B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Edscha North America, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Edscha USA, Inc.; DBA Edscha Jackson, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**38-3385309** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**Edscha Birmingham<br>Suite 438B<br>401 South Old Woodward<br>Birmingham, MI**          ZIP Code **48009** | Street Address of Joint Debtor (No. and Street, City, and State):          ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Oakland** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):          ZIP Code | Mailing Address of Joint Debtor (if different from street address):          ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08) | Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Edscha North America, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Edscha North America, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Michael L. Gesas**
Signature of Attorney for Debtor(s)

**Michael L. Gesas   06186924**
Printed Name of Attorney for Debtor(s)

**Arnstein & Lehr LLP**
Firm Name

**120 South Riverside Plaza**
**Suite 1200**
**Chicago, IL 60606**

_____
Address

                              Email: mlgesas@arnstein.com
**(312) 876-7125  Fax: (312) 876-6260**
Telephone Number

**October 19, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Darlene Knight**
Signature of Authorized Individual

**Darlene Knight**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October 19, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Edscha North America, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 2880 Centerpoint Investments LLC c/o Bernard Financial Etkin Equities, 200 Franklin Center 29100 Northwestern Highway Southfield, MI 48341 | 2880 Centerpoint Investments LLC c/o Veronica Rickett, Property Manager Etkin Equities, 200 Franklin Center Southfield, MI 48341 | Landlord at 2800 Centerpoint Parkway, Suite 100 | | 470,317.97 |
| A.V. Gauge & Fixture 4000 Delduca Drive Old Castle Ontario, CANADA N0R1L0 | A.V. Gauge & Fixture 4000 Delduca Drive Old Castle Ontario, CANADA N0R1L0 | Customer tooling | Disputed | 113,480.00 |
| Accident Fund Insurance 232 South Capital Avenue Lansing, MI 48933 | Accident Fund Insurance 232 South Capital Avenue Lansing, MI 48933 | Workmen's Compensation Claims Payments | | 69,645.58 |
| CEF & Associates c/o Timothy Ferrel Simon, Galasso & Frantz PC 363 W Big Beaver Rd #250 Troy, MI 48084 | CEF & Associates c/o Timothy Ferrel Simon, Galasso & Frantz PC 363 W Big Beaver Rd #250 Troy, MI 48084 | Commission Agreement | Disputed | 49,298.88 |
| Chrysler LLC c/o Chris Maeso Dickinson Wright PLLC 38525 Woodward Avenue, Suite 2000 Bloomfield Hills, MI 48304 | Chrysler LLC c/o Chris Maeso Dickinson Wright PLLC 38525 Woodward Avenue, Suite 2000 Bloomfield Hills, MI 48304 | Subrogation rights due to hostage payments | | 90,030.00 |
| CLEVELAND DIE & MANUFACTURING 20303 FIRST AVE MIDDLEBURG HEIGHTS, OH 44130 | CLEVELAND DIE & MANUFACTURING 20303 FIRST AVE MIDDLEBURG HEIGHTS, OH 44130 | | | 29,750.00 |
| Detroit Testing Laboratory, Inc. 27485 George Merrelli Drive Warren, MI 48092 | Detroit Testing Laboratory, Inc. 27485 George Merrelli Drive Warren, MI 48092 | Judgment creditor | | 94,000.00 |
| EUROSPEC TOOLING 130 HARRY WALKER PKWY NEWMARKET ONTARIO, CANADA L3Y7B2 | EUROSPEC TOOLING 130 HARRY WALKER PKWY NEWMARKET ONTARIO, CANADA L3Y7B2 | Tooling | | 219,205.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Edscha North America, Inc.**                                    Case No.   _____

                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Ford Motor c/o Stephen S LaPlante**<br>**Miller Canfield Paddock Stone PLC**<br>**150 W Jefferson Ave, Suite 2500**<br>**Detroit, MI 48226** | **Ford Motor c/o Stephen S LaPlante**<br>**Miller Canfield Paddock Stone PLC**<br>**150 W Jefferson Ave, Suite 2500**<br>**Detroit, MI 48226** | **Subrogation rights due to hostage payments** | | **1,366,199.00** |
| **GE Capital**<br>**P.O. Box 640387**<br>**Pittsburgh, PA 15264-0387** | **GE Capital**<br>**P.O. Box 640387**<br>**Pittsburgh, PA 15264-0387** | **Through 9/10/09 U251 - $175,413.50 Furniture - $20,300.90** | | **195,714.40** |
| **General Electric Capital Corp**<br>**1301 Virginia Drive**<br>**Suite 200**<br>**Fort Washington, PA 19034** | **General Electric Capital Corp**<br>**1301 Virginia Drive**<br>**Suite 200**<br>**Fort Washington, PA 19034** | **Abandoned collateral 9/15/09 (Title to property will be determined post-petition.)** | **Disputed** | **1,131,700.00** |
| **General Motors c/o Donald F Baty Jr**<br>**Honigman Miller Schwartz and Cohn**<br>**2290 First Nat'l Bldg 660 Woodward**<br>**Detroit, MI 48226** | **General Motors c/o Donald F Baty Jr**<br>**Honigman Miller Schwartz and Cohn**<br>**2290 First Nat'l Bldg 660 Woodward**<br>**Detroit, MI 48226** | **Subrogation rights due to hostage payments** | | **656,113.00** |
| **HEICO UMFORMTECHIK**<br>**POSTFATCH 2010**<br>**59469 ENSE**<br>**NIEDERENSE, GERMANY** | **HEICO UMFORMTECHIK**<br>**POSTFATCH 2010**<br>**59469 ENSE**<br>**NIEDERENSE, GERMANY** | **Raw material** | | **29,733.80** |
| **Lee Industrial Contracting**<br>**631 Oakland Ave.**<br>**Ponitac, MI 48342** | **Lee Industrial Contracting**<br>**631 Oakland Ave.**<br>**Ponitac, MI 48342** | **Compressor repair and installation of chamber** | | **34,583.80** |
| **Mercedes c/o David D. Dowd III**<br>**420 North 20th Street**<br>**Suite 3400**<br>**Birmingham, AL 35203** | **Mercedes c/o David D. Dowd III**<br>**420 North 20th Street**<br>**Suite 3400**<br>**Birmingham, AL 35203** | **Subrogation rights due to hostage payments** | | **214,696.00** |
| **Nissan Motor c/o Michael R. Paslay**<br>**Waller Lansden Dortch & Davis LLP**<br>**511 Union Street, Suite 2700**<br>**Nashville, TN 37219** | **Nissan Motor c/o Michael R. Paslay**<br>**Waller Lansden Dortch & Davis LLP**<br>**511 Union Street, Suite 2700**<br>**Nashville, TN 37219** | **Subrogation rights due to hostage payments** | | **348,021.00** |
| **REINFRO LLC**<br>**3320 E  14TH STREET**<br>**BROWNSVILLE, TX 78521** | **REINFRO LLC**<br>**3320 E  14TH STREET**<br>**BROWNSVILLE, TX 78521** | **Zinc plating** | | **36,310.73** |
| **SPRING ENTERPRISES LLC**<br>**414 N. JACKSON ST.  87/11**<br>**JACKSON, MI 49201** | **SPRING ENTERPRISES LLC**<br>**414 N. JACKSON ST.  87/11**<br>**JACKSON, MI 49201** | **Raw material** | | **29,563.77** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Edscha North America, Inc.**                                                    Case No.   _____

                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **St. Paul Travelers c/o Bank of America 91287 Collections Center Drive Chicago, IL 60693-1287** | **St. Paul Travelers c/o Bank of America 91287 Collections Center Drive Chicago, IL 60693-1287** | **Workmen's compensation insurance claims payment** | | **62,492.00** |
| **STS Manufacturing, Inc. 3547 East 14th Street Suite G Brownsville, TX 78521-3242** | **STS Manufacturing, Inc. 3547 East 14th Street Suite G Brownsville, TX 78521-3242** | **Zinc plating** | | **34,048.91** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **October 19, 2009**                          Signature   **/s/ Darlene Knight**

                                                              **Darlene Knight
                                                              President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Edscha North America, Inc.** _____ ,   Case No. _____

Debtor

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 16 | 6,438,346.01 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 629,228,096.86 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 82 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 38 | | 43,129,465.67 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 141 | | | |
| Total Assets | | | 6,438,346.01 | | |
| Total Liabilities | | | | 672,357,562.53 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Edscha North America, Inc.**                              Case No. _____

                                    ,
                            Debtor          Chapter_____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re    **Edscha North America, Inc.**                                    ,    Case No. _____
                                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |
| | | (Report also on Summary of Schedules) | | |

__0__   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re   **Edscha North America, Inc.**                                                    ,   Case No. _____
                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Petty Cash** | - | 30.52 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **New Century Bank - Operating Account 1043140 363 West Ontario Street Chicago, IL 60610** | - | 93,582.45 |
| | | | **New Century Bank - Escrow Account #1043157 (Sale of Inventory Proceeds) 363 West Ontario Street Chicago, IL 60610** | - | 1,872,847.76 |
| | | | **New Century Bank - Proceeds from IP Licenses Account #1043207 363 West Ontario Street Chicago, IL 60610** | - | 902,080.50 |
| | | | **New Century Bank - Payroll Escrow Account #1043215 363 West Ontario Street Chicago, IL 60610** | - | 66,580.42 |
| | | | **New Century Bank - Proceeds from Sales of Equipment Account #1043249 363 West Ontario Street Chicago, IL 60610** | - | 49,353.31 |
| | | | **Pay Pal Account (Proceeds from sale of Furniture Fixtures & Equipment)** | - | 28,666.27 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |

Sub-Total >           **3,013,141.23**
(Total of this page)

__4__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Edscha North America, Inc.**                                          ,        Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Miscellaneous office artwork** | - | **Unknown** |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **9,999 Class I Shares of Jackson Matamoros, S.A. De C.V.** **523,785 Class II Shares of Jackson Matamoros, S.A. De C.V.** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Inter-company** **Edscha Mexico S.A. de C.V.** **San Luis Potosi** | - | 1,346,966.46 |
| | | **Inter-company** **Edscha of Canada L.P.** | - | 1,501,167.81 |

Sub-Total >            2,848,134.27
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **Edscha North America, Inc.**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Inter-company** **Jackson Matamoros S.A. de C.V. Matamoros** | - | **Unknown** |
| | | **Inter-company** **Edscha Roof Systems** **Mexico S.A. de C.V. Toluca** | - | **41,968.14** |
| | | **Inter-company** **Edscha Roof - Spartanburg LLC** | - | **493.26** |
| | | **Inter-company** **Edscha Roof Systems, Inc.** | - | **210,130.70** |
| | | **Inter-company** **Edscha Hauzenberg** | - | **44,928.00** |
| | | **Receivable due from former employee as a result of a 401k loan to the employee:** **Scott Campbell** **3432 Diane Drive** **Brighton, MI 48114** | - | **3,442.35** |
| | | **Orchid International Steel Resale** | - | **168,902.26** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Michigan Dept. of Revenue refund** | - | **20,078.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >     **489,942.71**
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Edscha North America, Inc.** ,    Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Various intellectual property interests subject to various licenses with customers**<br>**See Attachment B22**<br>**See #23 below** | - | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **See Attachment B23** | - | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Ford Explorer (vehicle structure modified for testing)** | - | **0.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computer equipment** | - | **Unknown** |
| | | **See Attachment B28** | - | **Unknown** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **See Attachment B29** | - | **Unknown** |
| 30. Inventory. | | **Edscha AG Inventory parts for Mercedes**<br>**Located in Brownsville, Texas** | - | **50,000.00** |
| | | **Plastic parts**<br>**Located in Brownsville, Texas** | - | **13,127.80** |
| | | **Scrap parts**<br>**Located in Brownsville, Texas** | - | **24,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

|  | Sub-Total > | **87,127.80** |
|---|---|---|
|  | (Total of this page) | |

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

**B6B (Official Form 6B) (12/07) - Cont.**

In re   **Edscha North America, Inc.**                                    ,        Case No. _____
_____
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Leasehold improvements** | **-** | **Unknown** |

Sub-Total >        **0.00**
(Total of this page)

Total >        **6,438,346.01**

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

**PATENTS, EDSCHA NORTH AMERICA - List by product/patent number.**

| Product | Patent Number | Grant Date | Title | Description |
|---------|---------------|------------|-------|-------------|
| Side Door Hinges | 5,018,243 | 5/28/1991 | VEHICLE DOOR HINGE WITH COMPOUND ROLLER STRUCTURE. | Door hinge assembly providing hold-open device consisting of a leaf spring carried on the body strap and a roller carried on the door strap. |
| | 5,452,501 | 9/26/1995 | HINGE AND CHECK ASSEMBLY. | A lightweight (cast alloy) integrated door check system whereby the door strap provides a spring biased contact surface for engaging in formed profiles in the body strap. (Note : Canadian Patent # 2,172,826 granted 12/14/1999) |
| | 5,509,175 | 4/23/1996 | VEHICLE DOOR HINGE WITH COMPOUND ROLLER STRUCTURE HAVING ONE PIECE SPOOL, SYNTHETIC BEARING SLEEVE AND PLIABLE ANNULAR RING. | As per 5,018,243 above, but incorporates a synthetic bushing between the roller spool and hinge pin to reduce noise. |
| | 6,629,337 | 10/7/2003 | DOUBLE-PIVOT RESISTANCE HINGE FOR MOTOR VEHICLE DOOR. | Double pivot door hinge that permits more than 90° opening with upper and lower hinges connected and provision for locking positions at various angles of door opening. |
| | 6,817,063 | 11/16/2004 | DOUBLE-PIVOT HINGE FOR MOTOR VEHICLE DOOR. | Continuation of 6,629,337 above, with additional claims. |
| | 6,836,933 | 1/4/2005 | VEHICLE DOOR HINGE | Low cost door hinge design using strip steel (Delta hinge). |
| | 7,150,492 | 12/19/2006 | DOUBLE-PIVOT HINGE FOR MOTOR VEHICLE DOOR. | Continuation of 6,629,337 and 6,817,063 above |
| | 7,197,797 | 4/3/2007 | METHOD FOR MANUFACTURING A VEHICLE DOOR HINGE. | Covers the method of manufacture of low cost door hinge design as detailed in 6,836,933 above. |

**Attachment B22**

| Product | Patent Number | Grant Date | Title | Description |
|---|---|---|---|---|
| Door Checks | 5,456,283 | 10/10/1995 | INFINITE HYDRAULIC CHECK | Hydraulic door check cylinder providing infinite number of door check positions and differential check efforts. (Note : Mexican Patent # 192466 granted 6/24/1999) |
| | 6,892,425 | 5/17/2005 | REMOVABLE DOOR CHECK DEVICE. | Removable metal clip for holding the vehicle door in the open position (paint clip). |
| | 6,948,214 | 9/27/2005 | REMOVABLE DOOR CHECK DEVICE. | Alternate designs to 6,892,425 above that do not require contact with a hinge pin or hinge axis. |
| | 61/040,389 | Pending | LOW MASS DOOR CHECK. | Application filed 3/28/2008. All plastic door check with snap-on/off cover plate and optional integrated dust seal. |

| Product | Patent Number | Grant Date | Title | Description |
|---|---|---|---|---|
| Vertical Hinges | 5,235,725 | 8/17/1993 | CLOSURE PANEL HINGE. | Decklid hinge utilizing a clock biasing spring to provide spring force versus closure panel position and weight. (Note : Canadian Patent # 2,126,226 granted 9/10/1996 and European Patent # 0618992 granted 7/8/1998) |
| | 12/047,890 | Pending | LINK SYSTEM AND METHOD THEREFOR. | Application filed 3/13/2008. Method of assembling link system. Reduction of overall finished assembly variation by oversizing component holes, clamping in assembly position and compressing fastener to compensate for any misalignment due to tolerance stack up. |
| | 12/124,651 | Pending | KEY CAM SYSTEM FOR HOOD HINGE WITH ACTIVE PEDESTRIAN PROTECTION SYSTEM. | Application filed 5/21/2008 A key-way cam design to provide a means to reset the hood after deployment of the pedestrian protection feature. |
| | 12/124,604 | Pending | OVER CENTER SPRUNG HOOD HINGE FOR USE WITH ACTIVE PEDESTRIAN PROTECTION SYSTEM. | Application filed 5/21/2008. An over-center spring design that provides a means to reset the hood after deployment of the pedestrian protection feature and eliminates the need for any temporary fastener, usually associated with such systems. |

| Product | Patent Number | Grant Date | Title | Description |
|---|---|---|---|---|
| Spare Tire Carrier | 5,228,661 | 7/20/1993 | SPARE TIRE CARRIER AND WINCH. | Basic old style design of tire carrier (example VN127). |
| | 5,718,553 | 2/17/1998 | TIRE PRESENTER. | Design allows spare tire to be extended at least partially external to the vehicle body, for ease of access. |
| | 6,443,846 | 9/3/2002 | SPARE TIRE CARRIER TORQUE-LIMITING SLIP MECHANISM. | A simplified slip mechanism to limit the maximum tensile stress placed on the cable and prevent failure. |
| | 6,527,252 | 3/4/2003 | SPARE TIRE CARRIER. | Secondary safety latch to prevent loss of the spare tire should a primary support system fail. (Note : Mexican Patent # 236030 granted 4/20/2006). |
| | 6,682,293 | 1/27/2004 | SPARE TIRE CARRIER SWIVEL. | Modifications to the geometry of the receiving end of the tire support fitting member to decrease wear and therefore failure rate of the cable. (Note : European Patent application filed 2/7/2003). |

**Edscha North America**
Equipment Leases

| Lessee | Asset(s) | Monthly Rental |
|---|---|---|
| Ford Motor Company | Miscellaneous Manufacturing Equipment | $9,000 |
| General Motors Corporation | Miscellaneous Manufacturing Equipment | $1,000 |
| | TOTAL | $10,000 |

**Attachment B23**

# Edscha North America
## Intellectual Property Licenses

| Licensee | Patent Number (s) | Timeframe | Revenue |
|---|---|---|---|
| Ford Motor Company | 5,018,243; 5,509,175 | December 31, 2012 (estimated) | $768,292 |
| | 6,892,425 | June 30, 2011 (estimated) | |
| | 5,228,661 | December 31, 2013 (estimated) | |
| | 6,443,846 | June 30, 2014 (estimated) | |
| | 6,682,293 | June 30, 2012 (estimated) | |
| General Motors Company | 6,443,846; 6,527,252; 6,682,293 | August, 2012 (estimated) | $86,741 |
| Edscha AG | EP 1,480,905 | July 26, 2010 | $47,062.50 |
| | | TOTAL | $902,095.50 |

| INVENTORY IN STORAGE OR IN USE | | |
|---|---|---|
| 1 | Baystack Access Hub | storage |
| 2 | book cases - short | storage |
| 1 | Box Misc Cables | storage |
| 1 | Box Misc IT stuff (Hard disks, Routes, CD readers) | storage |
| 1 | Box Network Cables | storage |
| 1 | box of heaters | storage |
| 1 | box of keyboards | storage |
| 1 | Box Power Cables | storage |
| 1 | Box Power Strips | storage |
| 4 | computer cases | storage |
| 1 | CRT 21" SUN Microsystems | storage |
| 1 | Dell Latitude C640  Service Tag 4RP7121 | storage |
| 1 | Dell Latitude D600 Service Tag (SJ45F41 | storage |
| 1 | desk - wood | storage |
| 2 | desk chairs | storage |
| 1 | desk side table - wood | storage |
| 1 | Exabyte Tape Drive EZ17-LVD | storage |
| 1 | External hard Disk Maxtor, Network storage | storage |
| 1 | GBC Binding machine | storage |
| 8 | Generic Computers | storage |
| 1 | HP Scanjet 3C SCSI | storage |
| 1 | HP Storage Ultrium 448 | storage |
| 5 | IBM  Dockstations ( 1- T60, 4- T32) | storage |
| 1 | IBM Intellstation Z-Pro Type6221 | storage |
| 2 | IBM RS60000 | storage |
| 1 | Label Machine Brother PT-2300 | storage |
| 1 | Laptop Latitude D800  Service Tag 9RSLR51 | storage |
| 1 | Laptop Toshiba 4020CDT / 6.4 | storage |
| 1 | Laptop Toshiba 4080XCDT 6.4 | storage |
| 1 | LCD 2007 WFpb (No stand) | storage |
| 6 | metal roll file drawers | storage |
| 1 | Nokia CC500 Modem | storage |
| 1 | ParaDyne Model | storage |
| 1 | Planar 15" LCD | storage |
| 1 | presentation easle | storage |
| 1 | Printer Epson Stylus Phot R300 | storage |
| 1 | Printer HP Laserjet 110 | storage |
| 1 | Printer Microline 590 Okidata | storage |
| 1 | Projector Epson Powerlite 5350 | storage |
| 1 | luggage rack | storage |
| 1 | Ricoh Printer Affice 220sp (Damaged) | storage |
| 1 | roll file drawer - wood | storage |
| 1 | Roll leg side chair | storage |
| 1 | Router Cisco 2500 2514 | storage |
| 1 | Router Cisco 2600 2620 | storage |
| 1 | Server PowerEdge 2600 | storage |
| 1 | shredder | storage |
| 6 | side chairs | storage |
| 2 | storage cabinet 3' | storage |
| 1 | storage table wheels | storage |
| 1 | Sun Microsystems Ultra10 | storage |
| 1 | table - 6' x 3' | storage |

# Attachment B28

| INVENTORY IN STORAGE OR IN USE | | |
|---|---|---|
| 1 | Tape Drive Quantum DLT1e | storage |
| 1 | Tape Drive SDX-D500C | storage |
| 1 | typewriter | storage |
| 1 | Verticle 3 hole punch | storage |
| 1 | Vista Network Modem | storage |
| 1 | wood table arm | storage |
| | | |
| 1 | 10-key Calculator - Casio DR250TM | CYNDI |
| 1 | Foot Rest (for desk) Black | CYNDI |
| 1 | Dell Monitor 19"FP | CYNDI |
| 1 | Dell Laptop D630 | CYNDI |
| 1 | tape dispenser | CYNDI |
| 1 | stapler | CYNDI |
| 1 | metal pencil holder | CYNDI |
| | | |
| 1 | Dell Dimension E521  19" | DEB |
| 1 | Dell flat screen monitor | DEB |
| 1 | External hard disk drive | DEB |
| 1 | tape dispenser | DEB |
| 1 | stapler | DEB |
| 1 | metal pencil holder | DEB |
| | | |
| 1 | 2 Shelf Bookcase | IN OFFICE |
| 2 | 4 drawer lateral file | IN OFFICE |
| 1 | Belkin OnmiView  Pro8-Port | IN OFFICE |
| 4 | Power Bar | IN OFFICE |
| 1 | Refridgerator Kenmore Elite | IN OFFICE |
| 1 | Ricoh Printer/Copier/Scanner Aficio SP222sf | IN OFFICE |
| 1 | Speaker Phone - Polycom SoundStation Premier | IN OFFICE |
| 2 | Swingline Hole Puncher | IN OFFICE |
| 1 | UPS APC Smart UPS | IN OFFICE |
| 1 | Microwave | IN OFFICE |
| 1 | IBM Server X225 | IN OFFICE |
| 1 | Dell Workstaion Precision 390 | IN OFFICE |
| 1 | IBM Server X225 | IN OFFICE |
| 1 | Switch Linksys 16 ports | IN OFFICE |
| 1 | Wireless access Point Linksys | IN OFFICE |
| 1 | Western Digital 8TB External HD | IN OFFICE |
| 1 | Western Digital 2TB External HD | IN OFFICE |
| 1 | 2 door cabinet | IN OFFICE |
| 3 | Desks | IN OFFICE |
| 7 | 3 roll desk cabinets | IN OFFICE |
| 1 | single line phone | IN OFFICE |
| 3 | metal trash cans | IN OFFICE |
| | | |
| 1 | Sharp El2196BL  12 digit calculator | MILLY |
| 1 | Dell latitude D630 | MILLY |
| 1 | tape dispenser | MILLY |
| 1 | stapler | MILLY |
| 1 | metal pencil holder | MILLY |
| | | |
| 1 | Blackberry and Holder | ROY |

| INVENTORY IN STORAGE OR IN USE | | |
|---|---|---|
| 1 | Docking Station | ROY |
| 1 | Laptop Carrying Case | ROY |
| 1 | Dell latitude E6400 | ROY |
| | | |
| | IBM Laptop - Carrying Case & Accessories | THOM |
| 1 | Docking Station | THOM |
| | | |
| 1 | Dell Latitude D430 Lapton | Darlene |
| 1 | Richoh Printer SP220C | Darlene |
| 1 | Dell Widescreen 23" LCD Monitor | Darlene |
| 1 | Monitor speakers | Darlene |
| | | |
| 1 | Dell Precision laptop | Marcelo |
| 1 | Dell latitude | Felipe |
| 1 | Dell latitude | Jeff P. |

| CUSTOMER | PROGRAM | LOCATION | PART. EQUIPMENT DESCRIPTION | VALUE | ACCUMULATED DEPRECIATION | BOOK VALUE |
|---|---|---|---|---|---|---|
| FORD | U251A | B5 | 13 HORNO MARCA GRIEVE | 190,550.94 | 131,835.70 | 58,715.24 |
| FORD/NISSAN | R15/L42C | B5 | 12 MESA, MEDICION GRANITO Y PRENSA ARBOR PRESS | 21,736.92 | 15,039.04 | 6,697.89 |
| FORD/NISSAN | R15/L42C | C5 | 15 SOLDADORA DE PUNTOS | 326,618.42 | 225,976.15 | 100,642.27 |
| GM | GMX380/384 | C4 | 18 DOS MAQUINA ENSAMBLE DE BISAGRAS MARCA UTICA | 462,600.00 | 101,193.75 | 361,406.25 |
| GM | GMX001 | B4 | 19 DOS MAQUINA ENSAMBLE DE BISAGRAS MARCA UTICA | 477,000.00 | 104,343.75 | 372,656.25 |
| GM | GMX295/GMT355/(/B1 | B2 | 29 LINEA DE ENSAMBLE BISAGRA DE PUERTA | 76,220.37 | 52,734.28 | 23,486.10 |
| GM | GMT201 | B2 | 30 LINEA ENSAMBLE BISAGRA DE PUERTA | 230,490.00 | 132,051.56 | 98,438.44 |
| GM | GMT800/H2 | B2 | 31 LINEA ENSAMBLE BISAGRA PUERTA (LADO PUERTA Y CARF | 217,580.94 | 150,536.84 | 67,044.10 |
| HONDA | ACCORD | B2 | 24 MESA Y REMACHADORAS PARA BISAGRA DE PUERTAS | 190,550.94 | 131,835.70 | 58,715.24 |
| HONDA | ACCORD | B2 | 25 DOS MAQUINAS PARA INSERCION DE PERNO | 52,329.00 | 7,086.22 | 45,242.78 |
| HONDA | ACCORD | B1 | 26 DOS MAQUINAS PARA INSERCION DE BUJE | 40,700.00 | 5,511.46 | 35,188.54 |
| MERCEDES | W164 | C2 | 28 LINEA PARA ENSAMBLE DE PEDAL DE FRENO | 46,423.23 | 32,793.55 | 13,629.68 |
| NISSAN | L42A | C2 | 22 MAQUINA BISAGRA COFRE NISSAN | 109,037.48 | 75,439.32 | 33,598.16 |
| NISSAN | D42A | C2 | 23 MAQUINA ENSAMBLE BISAGRA CAUELA (2 REMACHADOR | 166,202.76 | 114,990.03 | 51,212.74 |
| NISSAN | L42C | B2 | 27 MAQUINA ENSAMBLE BISAGRA COFRE Y CAUELA | 340,380.43 | 235,497.62 | 104,882.81 |
| VARIOS | | Press Room | 1 PRENSA MINSTER E2-600-120 | 502,249.00 | 66,268.97 | 435,980.03 |
| VARIOS | | Press Room | 2 PRENSA VERSON 400 TON | 310,000.00 | 40,902.78 | 269,097.22 |
| VARIOS | | Press Room | 3 PRENSA MINSTER E2-600-120 | 502,249.00 | 66,268.97 | 435,980.03 |
| VARIOS | | Press Room | 4 PRENSA MINSTER E2-400-96 | 360,317.00 | 47,541.83 | 312,775.17 |
| VARIOS | | Press Room | 5 PRENSA MINSTER E2-400-120 | 363,387.00 | 47,946.90 | 315,440.10 |
| VARIOS | | Press Room | 6 PRENSA MINSTER E2-400-96 | 500,000.00 | 496,527.78 | 3,472.22 |
| VARIOS | | Press Room | 7 GRUA VIAJERA CAP. 10TON CLARO 15MTS | 9,000.00 | 9,000.00 | - |
| VARIOS | | C5 | 8 PRENSA SEC NIAGARA E-90-S | 203,466.06 | 140,771.23 | 62,694.83 |
| VARIOS | | C5 | 9 PRENSA SEC FEDERAL CAP 120 TON | 60,473.44 | 60,473.44 | - |
| VARIOS | | Press Room | 32 MAQUINA CMM MARCA SLANT BRIDGE | 653,166.27 | 451,903.48 | 201,262.79 |
| VARIOS | | B2 | 33 MEDIDOR DE DUREZA MARCA MITUTOYO | 51,872.20 | 35,888.61 | 15,983.59 |
| VARIOS | | Exterior | 34 EQUIPO DE MEDICION MARCA B ROWN SHARPE MODELO | 44,635.00 | 15,622.25 | 29,012.75 |
| VARIOS | | Tool room | 35 COMPARADOR OPTICO VU | 5,000.00 | 5,000.00 | - |
| VARIOS | | A1 | 51 TORNO PARALELO MARCA BLOND | 2,000.00 | 666.67 | 1,333.33 |
| VARIOS | | A1 | 52 FRESADORA MARCA CHEVALIER MESA 48X9 | 8,405.00 | 8,405.00 | - |
| VARIOS | | A1 | 53 SIERRA VERTICAL KALAMAZOO | 1,058.62 | 732.42 | 326.20 |
| VARIOS | | A1 | 54 MONTACARGAS ROYAL CAP 30000 Lbs | 12,703.40 | 8,789.05 | 3,914.35 |
| VARIOS | | Receiving | 55 TRES BANDAS TRANSPORTADORAS | 9,739.27 | 6,738.27 | 3,001.00 |
| VARIOS | | Press Room | 56 BARREDORA TENNANT | 2,500.00 | 458.33 | 2,041.67 |
| VARIOS | | Parker | 57 FRESADORA SIN CABEZAL MARCA MIGHTY | 3,105.27 | 2,148.43 | 956.84 |
| VARIOS | | Parker | 36 FRESADORA VERTICAL WELLS | 54,342.30 | 37,597.59 | 16,744.72 |

**Attachment B29**

| | | | | |
|---|---|---|---|---|
| Tool room | 37 SIERRA VERTICAL | 2,495.00 | 2,495.00 | |
| Tool room | 38 RECTIFICADORA DE SUP PLANAS MARCA HACER | 72,691.65 | 50,292.88 | 22,398.78 |
| Tool room | 40 RECTIFICADORA MARCA THOMSON | 12,715.00 | 12,715.00 | - |
| Tool room | 41 ESTRUCTURA METALICA CON POLIPASTO CAP 5 TON | 14,467.76 | 10,009.75 | 4,458.01 |
| Tool room | 42 TORNO PARALELO MARCA VICTOR | 61,752.62 | 42,724.53 | 19,028.09 |
| Tool room | 43 TORNO PARALELO MARCA CLAUSING | 4,000.00 | 466.67 | 3,533.33 |
| Tool room | 44 FRESADORA VERTICAL BRIDGEPORT | 65,281.34 | 45,165.93 | 20,115.41 |
| Tool room | 45 MAQUINA DE SOLDAR MARCA MILLER | 13,762.01 | 9,521.47 | 4,240.54 |
| Tool room | 46 MAQUINA DE SOLDAR TIPO TIG | 10,939.04 | 7,568.35 | 3,370.69 |
| Tool room | 47 HORNO ELECTRICO PARA TEMPLADO DE PIEZAS | 10,939.04 | 7,568.35 | 3,370.69 |
| Tool room | 48 PROBADOR DE DUREZA MARCA GOIKO SEIKI | 28,935.51 | 20,019.49 | 8,916.02 |
| Tool room | 49 TALADRO DE PEDESTALMARCA ERLO | 2,500.00 | 291.67 | 2,208.33 |
| Tool room | 50 PRENSA HIDRAULICA TIPO H MARCA DAKE | 81,513.46 | 56,396.38 | 25,117.07 |
| | | 7,050,085.67 | 3,372,591.51 | 3,677,494.16 |

B6D (Official Form 6D) (12/07)

In re    **Edscha North America, Inc.**                                    Case No. _____
                                                    ,
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No.  **Grant Industries, Inc. Organization 33415 Grossbeck Highway Fraser, MI 48026** | | - | | | **Honda Straping Die from DieNamic #A11068701-801** | | | | | |
| | | | | | Value $            **Unknown** | | | | **42,200.00** | **Unknown** |
| Account No.  **HVB Banque Luxembourg Societe FKA-KRE/SFB2, 4, rue Alphonse Weiker, Luxembourg LUX L-2721** | | - | | | **3/30/05**  **Security interest granted on specific assets** | | | | | |
| | | | | | Value $            **Unknown** | | | | **441,110,271.00** | **Unknown** |
| Account No.  **Intermediate Capital Group PLC 20 Old Broad Street London EC2N 1DP UNITED KINGDOM** | | - | | | **Security interest granted on specific assets (Subordinate to HVB Banque Luxembourg Societe)** | | | | | |
| | | | | | Value $            **0.00** | | | | **187,303,019.00** | **Unknown** |
| Account No.  **Ranger Die, Inc. 2024 Kinney N.W. Grand Rapids, MI 49534** | | - | | | **Possession of Tooling relating to current GM production** | | | | | |
| | | | | | Value $            **Unknown** | | | | **772,606.86** | **Unknown** |

**0** continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | **629,228,096.86** | **0.00** |
| Total (Report on Summary of Schedules) | **629,228,096.86** | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **Edscha North America, Inc.**                                          Case No. _____

                                                                    ,
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                        __**81**__  continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Edscha North America, Inc.**                                          ,   Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Employment breach of contract claim | | | | | |
| Knight, Darlene 411 S. Old Woodward Unit #518 Birmingham, MI 48009 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 10,950.00 |
| Account No. | | | Employment breach of contract claim | | | | | |
| Threloff, Debra 856 White Street Lincoln Park, MI 48146 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 10,950.00 |
| Account No. | | | Employment breach of contract claim | | | | | |
| Webb, Roy 54651 Marissa Way Shelby Twp., MI 48316 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 10,950.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __1__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)

|  | 0.00 |
|---|---|
| 0.00 | 32,850.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Edscha North America, Inc.**                                    ,        Case No. _____

_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. Adams, Betty J. 6001 Boone Road Traverse City, MI 49684-8637 | - | | Retirement Benefit | | | X | Unknown | Unknown / Unknown |
| Account No. Adkins, John 3961 Sherwood Lakes Boulevard Jackson, MI 49201 | - | | Retirement Benefit | | | X | Unknown | Unknown / Unknown |
| Account No. Adkins, Sheila E 134 East Addison Street Jackson, MI 49203-4302 | - | | Retirement Benefit | | | X | Unknown | Unknown / Unknown |
| Account No. Agena, Akira 4097 Garland Drive Jackson, MI 49201-9032 | - | | Retirement Benefit | | | X | Unknown | Unknown / Unknown |
| Account No. Alber, Geneva 4940 Wanda Drive Jackson, MI 49201 | - | | Retirement Benefit | | | X | Unknown | Unknown / Unknown |

Sheet **2** of **81** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)          0.00 / 0.00
                                                              0.00 / 0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Edscha North America, Inc.**                  ,     Case No. _____

                                    **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Retirement Benefit | | | | | |
| **Aldrich, Brian**<br>**6500 Pomeroy Road**<br>**Jackson, MI 49201-9489** | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| **Allen, Douglas D.**<br>**7690 Caryn Way**<br>**Parma, MI 49269** | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| **Anderson, Laura**<br>**8900 North Meridian Road**<br>**Pleasant Lake, MI 49272** | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| **Ankney, Robert**<br>**159 Peacock Walk**<br>**Jackson, MI 49202-1130** | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| **Arnett, Bonnie**<br>**3271 Essingham Street**<br>**Jackson, MI 49201-9014** | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |

Sheet  **3**  of  **81**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal         **0.00**
(Total of this page)   **0.00**     **0.00**

B6E (Official Form 6E) (12/07) - Cont.

In re **Edscha North America, Inc.**                                          ,     Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ashworth, Rodney**<br>**236 Wall Street**<br>**Jackson, MI 49203-4375** | - | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>**Austin, Anthony**<br>**151 East Euclid Avenue**<br>**Jackson, MI 49203-4325** | - | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>**Austin, Gracie**<br>**151 East Euclid Street**<br>**Jackson, MI 49203-4325** | - | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>**Babineau, Michael**<br>**1227 Carson Avenue**<br>**Jackson, MI 49203-2303** | - | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>**Bailey, Charles**<br>**6292 Brooklyn Road**<br>**Jackson, MI 49201-8592** | - | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |

Sheet __4__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

|  |  |
|---|---|
| 0.00 |  |
| 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re    **Edscha North America, Inc.**                                    Case No. _____
                                                    ,
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Contributions to employee benefit plans

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>**Baker, Barbara**<br>**3834 Kingsridge Lane**<br>**Jackson, MI 49201-9097** | - | | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>**Barcalow, Gordon**<br>**10221 Sharon Drive**<br>**Greenville, MI 48838-9159** | - | | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>**Barton, Jacquelyn**<br>**5262 North Boulder Street**<br>**Jackson, MI 49201-8235** | - | | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>**Baxter, Norma J.**<br>**5237 Maple Lane Road**<br>**Rives Junction, MI 49277-9648** | - | | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>**Beach, Richard J.**<br>**13192 Toledo Road US 223**<br>**Manitou Beach, MI 49253** | - | | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |

Sheet __5__ of __81__ continuation sheets attached to        Subtotal        0.00
Schedule of Creditors Holding Unsecured Priority Claims        (Total of this page)        0.00        0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Edscha North America, Inc.**                                          , Case No. _____
                                           Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Bean, Janice E.** <br> **1402 Mitchell Street** <br> **Jackson, MI 49203** | - | | Retirement Benefit | | | X | Unknown <br><br> Unknown | Unknown <br><br> Unknown |
| Account No. <br><br> **Berry, Barbara** <br> **8145 Hyde Road** <br> **Clarklake, MI 49234-9768** | - | | Retirement Benefit | | | X | Unknown <br><br> Unknown | Unknown <br><br> Unknown |
| Account No. <br><br> **Berry, Jenilee** <br> **1100 Williams Street** <br> **Jackson, MI 49203** | - | | Retirement Benefit | | | X | Unknown <br><br> Unknown | Unknown <br><br> Unknown |
| Account No. <br><br> **Beverly, Connie** <br> **39 Oxford Street** <br> **Battle Creek, MI 49017-5413** | - | | Retirement Benefit | | | X | Unknown <br><br> Unknown | Unknown <br><br> Unknown |
| Account No. <br><br> **Blackman, Ann** <br> **157 Hollis Street** <br> **Jackson, MI 49203-4585** | - | | Retirement Benefit | | | X | Unknown <br><br> Unknown | Unknown <br><br> Unknown |

Sheet **6** of **81** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re **Edscha North America, Inc.**                                    ,    Case No. _____
                                     Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bliss, Martin**<br>**407 Wood Street**<br>**Stockbridge, MI 49285** | - | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>**Bodell, Martin**<br>**P.O. Box 512**<br>**Eaton Rapids, MI 48827-0512** | - | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>**Borkowski, Alberta**<br>**2251 Springport Road 267**<br>**Jackson, MI 49202** | - | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>**Boulton, Jeanette**<br>**c/o Jill M. Parks**<br>**316 Hillview Drive**<br>**Michigan Center, MI 49254-1224** | - | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>**Bowser, Mary M.**<br>**320 Woodland Avenue**<br>**Jackson, MI 49203-1069** | - | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |

Sheet __7__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 | |
|---|---|---|
| 0.00 | | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re    **Edscha North America, Inc.**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Boyle, George** <br> **511 Oak Street** <br> **Jackson, MI 49201-1428** | - | | Retirement Benefit | | | X | Unknown <br><br> Unknown | Unknown <br><br> Unknown |
| Account No. <br><br> **Bradstreet, Robert** <br> **214 Sunset Drive** <br> **Grass Lake, MI 49240** | - | | Retirement Benefit | | | X | Unknown <br><br> Unknown | Unknown <br><br> Unknown |
| Account No. <br><br> **Braun, Kym** <br> **1035 1st Street** <br> **Jackson, MI 49203-3030** | - | | Retirement Benefit | | | X | Unknown <br><br> Unknown | Unknown <br><br> Unknown |
| Account No. <br><br> **Bridges, Maxine** <br> **121 E. Robinson** <br> **Jackson, MI 49203** | - | | Retirement Benefit | | | X | Unknown <br><br> Unknown | Unknown <br><br> Unknown |
| Account No. <br><br> **Briston, Jason** <br> **717 18th Street** <br> **Jackson, MI 49203-1419** | - | | Retirement Benefit | | | X | Unknown <br><br> Unknown | Unknown <br><br> Unknown |

Sheet __8__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re **Edscha North America, Inc.** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | Retirement Benefit | | | | | |
| Brown, Clarence 7791 Napoleon Road Jackson, MI 49201 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Brown, Phoebe 103 Craft Road Brandon, FL 33511 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Brown, Shirley 708 South West Avenue Jackson, MI 49203-1600 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Brown, Tony 9244 Garfield Road Parma, MI 49269-9690 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Broyles, Phyllis A. 348 Pattie Ave. Jackson, MI 49202-3965 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |

Sheet __9__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Edscha North America, Inc.**                                      ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Retirement Benefit | | | | | |
| Burch, Gertrude A. 2534 Cascade Creek Drive Jackson, MI 49203-3770 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Burch, Phillip E. 944 Thomas Drive Jackson, MI 49203 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Burchett, D.J. 5585 Brooklyn Road Jackson, MI 49201 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Burden, Timothy 35639 South Kelly Drive Drummond Island, MI 49726-9440 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Burdick, Theodore E. 12326 East Chicago P.O. Box 252 Somerset Center, MI 49282 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |

Sheet __10__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 0.00 | 0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Edscha North America, Inc.** _____ ,   Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Burk, William W.**<br>**P.O. Box 5805**<br>**Hudson, FL 34674** | - | | Retirement Benefit | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No.<br><br>**Burkhalter, Maria**<br>**104 Layfayette Road**<br>**Michigan Center, MI 49254** | - | | Retirement Benefit | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No.<br><br>**Burns, Olivene**<br>**1404 Cherry Street**<br>**Jackson, MI 49202** | - | | Retirement Benefit | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No.<br><br>**Cameron, Betty J.**<br>**38022 Lawanda Loop**<br>**Zephyrhills, FL 33541** | - | | Retirement Benefit | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No.<br><br>**Campbell, Bonnie S.**<br>**32 Hillcrest**<br>**Munith, MI 49259-9734** | - | | Retirement Benefit | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |

Sheet __11__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00
0.00      0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Edscha North America, Inc.**                                    ,   Case No. _____
                                 Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Campbell, Marvin**<br>**5692 B Dr S**<br>**Battle Creek, MI 49014-8304** | - | | Retirement Benefit | | | X | **Unknown**<br><br>**Unknown** | **Unknown**<br><br>**Unknown** |
| Account No.<br><br>**Carey, Leonard**<br>**10571 Vicary Road**<br>**Horton, MI 49246** | - | | Retirement Benefit | | | X | **Unknown**<br><br>**Unknown** | **Unknown**<br><br>**Unknown** |
| Account No.<br><br>**Carlisle, Timothy**<br>**9877 Waterman Road**<br>**Brooklyn, MI 49230-8328** | - | | Retirement Benefit | | | X | **Unknown**<br><br>**Unknown** | **Unknown**<br><br>**Unknown** |
| Account No.<br><br>**Carter, T.E.**<br>**268 Amherst**<br>**Jackson, MI 49203** | - | | Retirement Benefit | | | X | **Unknown**<br><br>**Unknown** | **Unknown**<br><br>**Unknown** |
| Account No.<br><br>**Carthell, Fred**<br>**3912 Stillwell Avenue**<br>**Lansing, MI 48911-2159** | - | | Retirement Benefit | | | X | **Unknown**<br><br>**Unknown** | **Unknown**<br><br>**Unknown** |

Sheet __12__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | **0.00** |
| (Total of this page) | **0.00**   **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Edscha North America, Inc.**                                    ,      Case No. _____
                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Retirement Benefit | | | | | |
| Causer, Daniel 1886 Wetherby Road Jackson, MI 49201 | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Chapman, Avis L. 7520 N. Sandstone Road Jackson, MI 49201 | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Chatfield, Tina 7010 Seymour Road Jackson, MI 49201-9611 | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Chavez, Carol Ann 1100 South Highway 395 Apt. E8 Hermiston, OR 97838-2639 | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Chmiel, Stephanie 1418 Mitchell Street Jackson, MI 49203 | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |

Sheet __13__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Edscha North America, Inc.**                              , Case No. _____
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Retirement Benefit | | | | | |
| Clevenger, Bradley 419 North Chicago Street Jackson, MI 49201 | - | | | | | X | Unknown / Unknown | Unknown / Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Cook, Maynard R. 71 East Reehill Street Lecanto, FL 34461 | - | | | | | X | Unknown / Unknown | Unknown / Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Cornell, Theodore 28750 N Dr S Homer, MI 49245-9748 | - | | | | | X | Unknown / Unknown | Unknown / Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Corravo, Anthony 5601 Poplar Drive OP Jackson, MI 49201-8808 | - | | | | | X | Unknown / Unknown | Unknown / Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Craft, Kevin 2740 Francis Street Jackson, MI 49203-4618 | - | | | | | X | Unknown / Unknown | Unknown / Unknown |

Sheet __14__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                              | 0.00
(Total of this page)      0.00        | 0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Edscha North America, Inc.**                                          ,    Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | Retirement Benefit | | | | | | |
| Cross, Theodora 137 Phillips Court Michigan Center, MI 49254 | - | | | | | | X | | Unknown | |
| | | | | | | | | Unknown | | Unknown |
| Account No. | | | | Retirement Benefit | | | | | | |
| Crowden, Beverly 732 West Morrell Street Jackson, MI 49203-1661 | - | | | | | | X | | Unknown | |
| | | | | | | | | Unknown | | Unknown |
| Account No. | | | | Retirement Benefit | | | | | | |
| Culver, Frances 3565 Ann Arbor Road Jackson, MI 49201 | - | | | | | | X | | Unknown | |
| | | | | | | | | Unknown | | Unknown |
| Account No. | | | | Retirement Benefit | | | | | | |
| Cunningham, Leakiath 2396 Wallace Drive Jackson, MI 49203-3751 | - | | | | | | X | | Unknown | |
| | | | | | | | | Unknown | | Unknown |
| Account No. | | | | Retirement Benefit | | | | | | |
| Curl, Nancy J. 1429 Whitney Street Jackson, MI 49202-2436 | - | | | | | | X | | Unknown | |
| | | | | | | | | Unknown | | Unknown |

Sheet __15__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re  **Edscha North America, Inc.**                                          ,      Case No. _____
                                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | Retirement Benefit | | | | | |
| Curtis, Robert K. 2910 South Peak Lake Road West Branch, MI 48661 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Damron, Kathie 4122 York Lane Jackson, MI 49201-7153 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Dangler, Grace 121 Walcott Avenue Jackson, MI 49203-4564 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Daniels, Terry 2965 N Dr S Dewey Lk Brooklyn, MI 49230 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Davis, Bonnie 910 Third Street Jackson, MI 49203 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |

Sheet __16__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal — 0.00
(Total of this page) — 0.00 — 0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Edscha North America, Inc.** , Case No. _____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Retirement Benefit | | | | | |
| Davis, James F. 3012 Benton Boulevard Lansing, MI 48906-2734 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Day, Thomas 6051 Flagstar Drive Jackson, MI 49201 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Debolt, Shirley 1132 LaMoine Jackson, MI 49203 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Debra Bradley 12036 Easton Road Rives Junction, MI 49277-9721 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Derhammer, Judith A. 531 St. Clair St. Jackson, MI 49202-2149 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |

Sheet __17__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 0.00 | 0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Edscha North America, Inc.**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | Retirement Benefit | | | | | |
| Dermyer, Adalie 10505 Lansing Avenue Rives Junction, MI 49277 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Detamore, Gary 17659 Lewis Road Cement City, MI 49233 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Dexter, Robert 237 North Forbes St. Jackson, MI 49202-3709 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Dixon, Marlene 3992 Shore Ham Drive Jackson, MI 49201-9041 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Dixon, Richard C. 3992 Shoreham Drive Jackson, MI 49201-9041 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |

Sheet __18__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

0.00      0.00

B6E (Official Form 6E) (12/07) - Cont.

In re **Edscha North America, Inc.** _____ ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Retirement Benefit | | | | | |
| Dohm, Virginia E. 273 Birdsall Drive E Battle Creek, MI 49017 | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Dollaway, Frances 1223 Carson Street Jackson, MI 49203 | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Dorer, Angela 258 Wilson Street Raceland, LA 70394-3137 | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Doyle, Shirley A. 3616 Shady Ridge Jackson, MI 49201 | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Drake, Calvin 112 Hollywood Street Jackson, MI 49202-2345 | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |

Sheet __19__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Edscha North America, Inc.** , Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | Retirement Benefit | | | | | |
| Draper, M.J. P.O. Box 834 Michigan Center, MI 49254-0834 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Dresser, Alberta J. c/o Darlene McNitt 621 Jefferson Street Jackson, MI 49202 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Dresser, Phyllis 1609 East Ganson Street Jackson, MI 49202-3625 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Ebersole, Mary 4199 North Dearing Road Parma, MI 49269-9776 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Edging, Shelby 110 CR 1015 Cunningham, KY 42035-9417 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |

Sheet __20__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 0.00 | 0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Edscha North America, Inc.**  _____ ,    Case No. _____
                                          **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | Retirement Benefit | | | | | |
| Edmonds, Gloria 711 Bemer Street Albion, MI 49224-1071 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Eggleston, Rodney D. 6509 North Lake Road Jackson, MI 49201 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Eidenier, Loren 12495 Dearmyer Road Brooklyn, MI 49230-9142 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Elliott, Jimmie 7111 Coonhill Road Munith, MI 49259-9739 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Ely, Ella J. 344 North Horton Street Jackson, MI 49202 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |

Sheet __21__ of __81__ continuation sheets attached to          Subtotal          0.00
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)    0.00          0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Edscha North America, Inc.** , Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Retirement Benefit | | | | | |
| Ely, Sharon 9860 Stearns Road Cement City, MI 49233-9066 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Eubanks, Mary 309 East Prospect Street Jackson, MI 49203-4315 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Evans, Arlene 904 East McDevitt Avenue Apartment H Jackson, MI 49203 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Evans, Paula 3100 Shirley Drive Jackson, MI 49201-8679 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Everett, Kathy 6390 Skylark Drive Jackson, MI 49201-8549 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |

Sheet __22__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)
| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re **Edscha North America, Inc.** ,                    Case No. _____
_____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Retirement Benefit | | | | | |
| Everett, Lary 714 Mill Street Lot 8 Leslie, MI 49251-9380 | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Faber, Kathleen M. 8955 Blackman Road Rives Junction, MI 49277 | - | | | | | | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Fall, Richard 105 West Meadow Heights Avenue Jackson, MI 49203-6508 | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Fidler, James 1608 East Ganson Street Jackson, MI 49202-3626 | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Finch, Gerald 301 Lakeside Drive Jackson, MI 49203 | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |

Sheet **23** of **81** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal          **0.00**
(Total of this page)    **0.00**          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Edscha North America, Inc.**                              ,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Flannery, Linda<br>157 Hollis<br>Jackson, MI 49203-4585 | - | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>Flores, Jose<br>1905 East Ganson Street<br>Jackson, MI 49202-3609 | - | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>Flores, Maria<br>818 East Beach Drive<br>Brooklyn, MI 49230-8226 | - | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>Foote, Melba R.<br>6861 Draper Road<br>Jackson, MI 49201 | - | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>Ford, Rosemary<br>2579 South Chapel Road<br>Parma, MI 49269 | - | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |

Sheet __24__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | 0.00 |
| (Total of this page) | 0.00    0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Edscha North America, Inc.**                                    ,     Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Retirement Benefit | | | | | |
| Foster, Charles 3418 Mayapple Lane Apartment 11 Jackson, MI 49201-7286 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Frizzell, Barbara A. 5502 Maple Lane Road Rives Junction, MI 49277-9500 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Fudalski, Elaine 1143 Herbert J Jackson, MI 49202 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Fugate, Glenna 7619 Maple Lane Road Horton, MI 49246 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Gaitan, Gilbert 170 Potte Street Cement City, MI 49233 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |

Sheet __25__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Edscha North America, Inc.**                                    ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Retirement Benefit | | | | | |
| Galford, S.F. 301 East Argyle Street Jackson, MI 49202 | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Galicki, Cecilia 1316 Walnut Jackson, MI 49203-3355 | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Gallegos, Robert 114 Falls Avenue Apartment 15 Granite Falls, NC 28630-1622 | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Gardner, Donald H. 2240 Brookly Road Lot 4A Jackson, MI 49203-4790 | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Gault, Duane 901 Dexter Road Brooklyn, MI 49230 | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |

Sheet __26__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re **Edscha North America, Inc.** ,        Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Ghannam, David** <br>**1102 Circle Drive** <br>**Jackson, MI 49201-9542** | - | | Retirement Benefit | | | X | Unknown <br><br> Unknown | Unknown <br><br> Unknown |
| Account No. <br><br>**Gibson, William** <br>**510 Maple Street** <br>**Leslie, MI 49251-9451** | - | | Retirement Benefit | | | X | Unknown <br><br> Unknown | Unknown <br><br> Unknown |
| Account No. <br><br>**Glasper, Cleavon** <br>**300 Booth Drive** <br>**Jackson, MI 49203** | - | | Retirement Benefit | | | X | Unknown <br><br> Unknown | Unknown <br><br> Unknown |
| Account No. <br><br>**Glaspie, Harold** <br>**412 Harwood Street** <br>**Jackson, MI 49201** | - | | Retirement Benefit | | | X | Unknown <br><br> Unknown | Unknown <br><br> Unknown |
| Account No. <br><br>**Gonzalez, Michael** <br>**309 South Comstock Street** <br>**Addison, MI 49220-9605** | - | | Retirement Benefit | | | X | Unknown <br><br> Unknown | Unknown <br><br> Unknown |

Sheet __27__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal | 0.00 |
|---|---|---|
|  | (Total of this page) | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Edscha North America, Inc.** _____ ,    Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Retirement Benefit | | | | | | |
| Goodell, Joseph E. 2204 Ridgeway Road Jackson, MI 49203 | - | | | | | X | | Unknown | |
| | | | | | | | Unknown | | Unknown |
| Account No. | | | Retirement Benefit | | | | | | |
| Gordon, Earl 495 Skyline Drive Horton, MI 49246 | - | | | | | X | | Unknown | |
| | | | | | | | Unknown | | Unknown |
| Account No. | | | Retirement Benefit | | | | | | |
| Gordon, Lyndell 21 Pete Street Jackson, MI 49203-6077 | - | | | | | X | | Unknown | |
| | | | | | | | Unknown | | Unknown |
| Account No. | | | Retirement Benefit | | | | | | |
| Grant, Reynolds L. 539 South Rosewood Jackson, MI 49201-8461 | - | | | | | X | | Unknown | |
| | | | | | | | Unknown | | Unknown |
| Account No. | | | Retirement Benefit | | | | | | |
| Green, Charlinda 877 Venus Circle Albion, MI 49224-9105 | - | | | | | X | | Unknown | |
| | | | | | | | Unknown | | Unknown |

Sheet __28__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Edscha North America, Inc.**                                     ,    Case No. _____
                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | Retirement Benefit | | | | | |
| Gregory, Robert H. 176 Tinsley Creek Eddyville, KY 42038 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Grimm, Charlotte 617 Avenue A St Brooklyn, MI 49230 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Gruenberg, Barbara 509 Vicary Road Cement City, MI 49233-9716 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Grzesikowski, I 829 Lakeside Michigan Center, MI 49254 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Hagen, Larry 910 Backus Street Jackson, MI 49202-3204 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |

Sheet __29__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Edscha North America, Inc.**                                            ,    Case No. _____
                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Retirement Benefit | | | | | |
| Hancock, Beulah R. 514 Harris Street Jackson, MI 49201 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Hannibal, Marilyn 217 Elm Court Brooklyn, MI 49230-8960 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Harbaugh, Mark Anthony 10674 Wesch Road Jackson, MI 49202 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Harper, Gladys 123 Riley Blvd. Bedford, IN 47421 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Harris, Dennis 7387 Benton Road Jackson, MI 49201-9209 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |

Sheet __30__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal | 0.00 | |
|---|---|---|---|
|  | (Total of this page) | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                           Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Edscha North America, Inc.**                                    ,       Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Hayes, Vernon**<br>**2126 Pioneer**<br>**Jackson, MI 49201** | - | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>**Hayward, Paul Eugene**<br>**107 Lincoln Street**<br>**Litchfield, MI 49252-9783** | - | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>**Heath, Gloria**<br>**237 Wall Street**<br>**Jackson, MI 49203** | - | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>**Heintz, Merton G.**<br>**227 West Palmer Avenue**<br>**Jackson, MI 49203** | - | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>**Hemminger, Ron**<br>**9573 Clinton Road**<br>**Jackson, MI 49201-9499** | - | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |

Sheet __31__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Edscha North America, Inc.**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Henman, David**<br>**10520 Keane Drive**<br>**Grass Lake, MI 49240-8803** | - | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>**Hicks, Phyllis**<br>**6565 Coon Hill**<br>**Munith, MI 49259** | - | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>**Higgins, Georgia M.**<br>**2001 Cascade Drive**<br>**Jackson, MI 49203** | - | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>**Hinkle, Martin**<br>**506 North Pleasant Street**<br>**Albion, MI 49224** | - | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>**Holt, Merle E.**<br>**c/o Don Simpson**<br>**P.O. Box 26**<br>**Parma, ID 83660-0026** | - | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |

Sheet __32__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 0.00 | 0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Edscha North America, Inc.** , Case No. _____
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Retirement Benefit | | | | | |
| Howard, Laurie 2914 Key Street Jackson, MI 49202-3898 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Huff, Mary 814 Virginia Street Jackson, MI 49202 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Hulbert, Elva 8733 Manton Drive Jackson, MI 49201 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Hunt, Dolly M. 2623 Hickory Street Jackson, MI 49202 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Hurt, Mary 1500 West North Apartment D 37 Jackson, MI 49202-3161 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |

Sheet __33__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 0.00 | 0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re  **Edscha North America, Inc.**                              ,        Case No. _____

                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Retirement Benefit | | | | | |
| Iles, Beulah F. 9123 River Park Road Jackson, MI 49201-8737 | - | | | | | X | Unknown / Unknown | Unknown / Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Irvine, Cheryl 165 East Lowry Street Brooklyn, MI 49230-9305 | - | | | | | X | Unknown / Unknown | Unknown / Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Jacobs, Betty L. 3216 Hawthorn Circle Jackson, MI 49201 | - | | | | | X | Unknown / Unknown | Unknown / Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Jenkins, Cindy 2718 Clark Drive Jackson, MI 49202-1610 | - | | | | | X | Unknown / Unknown | Unknown / Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Jenkins, James 710 21st Street Jackson, MI 49201-1314 | - | | | | | X | Unknown / Unknown | Unknown / Unknown |

Sheet __34__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00
0.00        0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Edscha North America, Inc.**                                          ,     Case No. _____
                                    **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Jennings, Sherry**<br>**1426 Dakota Place**<br>**Jackson, MI 49201-8452** | - | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>**Johantgen, Wilma**<br>**4501 Sears Road**<br>**Horton, MI 49246-9561** | - | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>**Johnson, Deborah**<br>**207 Forest Court**<br>**Jackson, MI 49203-5620** | - | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>**Johnston, E.**<br>**1465 Commanche Lane**<br>**Jackson, MI 49201-8437** | - | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>**Jones, James**<br>**1523 Roswell Road**<br>**Apartment 237**<br>**Marietta, GA 30062-9027** | - | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |

Sheet __35__ of __81__ continuation sheets attached to            Subtotal              0.00
Schedule of Creditors Holding Unsecured Priority Claims        (Total of this page)      0.00      0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Edscha North America, Inc.**                                              ,        Case No. _____
                                               Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H J | W C | | | | | | |
| Account No. | | | | Retirement Benefit | | | | | |
| Jones, Virginia C. c/o Kathleen A. Jones 703 Oakdale Avenue Jackson, MI 49203-2919 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Jupp, Susan 200 East Race Street Apartment 331 Leslie, MI 49251-9431 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Karazim, Dorothy 503 Madison Street Jackson, MI 49202 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Karpinski, Mary c/o Joseph Reason P.O. Box 426 Napoleon, MI 49261-0426 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Kasprzycki, Frances 314 South Dwight Street Jackson, MI 49203 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |

Sheet __36__ of __81__ continuation sheets attached to                                       Subtotal                0.00
Schedule of Creditors Holding Unsecured Priority Claims                  (Total of this page)          0.00            0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Edscha North America, Inc.**                                        ,        Case No. _____
                                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Retirement Benefit | | | | | |
| **Keiser, Terry** **2108 Glasgow Road** **Jackson, MI 49201-9757** | - | | | | | X | Unknown Unknown | **Unknown** **Unknown** |
| Account No. | | | Retirement Benefit | | | | | |
| **Keith, Charles** **5000 Mieczewo** **Michigan Center, MI 49254** | - | | | | | X | Unknown Unknown | **Unknown** **Unknown** |
| Account No. | | | Retirement Benefit | | | | | |
| **Kemmer, Rose** **400 East Argyle** **Jackson, MI 49202** | - | | | | | X | Unknown Unknown | **Unknown** **Unknown** |
| Account No. | | | Retirement Benefit | | | | | |
| **Kies, Bernard** **9200 Watson Road** **Jackson, MI 49203** | - | | | | | X | Unknown Unknown | **Unknown** **Unknown** |
| Account No. | | | Retirement Benefit | | | | | |
| **Kimmel, Carl R.** **101 East Michigan** **Apartment 4B** **Jackson, MI 49201-1440** | - | | | | | X | Unknown Unknown | **Unknown** **Unknown** |

Sheet __37__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | **0.00** | |
| (Total of this page) | **0.00** | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Edscha North America, Inc.**                                    ,      Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Kimmel, Robert** 165 Albion Road Albion, MI 49224-9150 | - | | Retirement Benefit | | | X | Unknown / Unknown | Unknown / Unknown |
| Account No. **King, Rhonda S.** 615 Rock Street Jackson, MI 49202-2431 | - | | Retirement Benefit | | | X | Unknown / Unknown | Unknown / Unknown |
| Account No. **King, Vietta M.** 113 Bernadette Drive Michigan Center, MI 49254-1404 | - | | Retirement Benefit | | | X | Unknown / Unknown | Unknown / Unknown |
| Account No. **Klinger, Shelly** 6524 Lansing Road Charlotte, MI 48813 | - | | Retirement Benefit | | | X | Unknown / Unknown | Unknown / Unknown |
| Account No. **Konopka, Cecelia E.** 32469 Washington Street Livonia, MI 48150-3715 | - | | Retirement Benefit | | | X | Unknown / Unknown | Unknown / Unknown |

Sheet __38__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)        0.00 / 0.00        0.00 / 0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Edscha North America, Inc.**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Retirement Benefit | | | | | |
| Kopella, E. 464 Cooper Street Jackson, MI 49201-1520 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Kopski, Frank 17101 Forrister Road Hudson, MI 49247-8704 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Kraft, Frances 2004 West Franklin Street Jackson, MI 49203-1346 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Kraft, Paul D. 2004 West Franklin Street Jackson, MI 49203-1346 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Lacinski, Donald 515 South Gorham Street Jackson, MI 49203 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |

Sheet __39__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Edscha North America, Inc.** ,                    Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Retirement Benefit | | | | | |
| Lagow, Joseph 3462 Sunnyheart Avenue Jackson, MI 49202-2646 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Laird, Keith 4257 Indian Trail Jackson, MI 49201-9718 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Latoski, Patricia 9126 Greenwood Road Jackson, MI 49201 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Latoski, William 9126 Greenwood Road Jackson, MI 49201 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Leavitt, Carol 3103 Carlton Boulevard Jackson, MI 49203-2523 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |

Sheet __40__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 0.00 | 0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Edscha North America, Inc.**                                      ,    Case No. _____

                                                      **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Retirement Benefit | | | | | |
| Lee, Mary A. 14428 Devereaux Road Albion, MI 49224-9192 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Lefaive, Kathleen 3596 Cherry Blossom Drive Jackson, MI 49201-8060 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Leutz, Daniel and Beatrice A. 810 North East Avenue Jackson, MI 49202-3425 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Lewis-Graham, Clarissa 703 Valhalla Drive Jackson, MI 49202 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Link, D. Cecil 1749 Park Drive Jackson, MI 49203-5442 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |

Sheet __41__ of __81__ continuation sheets attached to      Subtotal      0.00
Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page)    0.00    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Edscha North America, Inc.**                                              ,    Case No. _____

                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Livingston, Dorothy** <br> **816 Woodworth Road** <br> **Jackson, MI 49202** | - | | Retirement Benefit | | | X | Unknown <br><br> Unknown | Unknown <br><br> Unknown |
| Account No. <br><br> **Logan, Theodore** <br> **132 West Brooklyn Road** <br> **Jackson, MI 49201** | - | | Retirement Benefit | | | X | Unknown <br><br> Unknown | Unknown <br><br> Unknown |
| Account No. <br><br> **Lowe, Anis** <br> **12180 Curtis Road** <br> **Grass Lake, MI 49240** | - | | Retirement Benefit | | | X | Unknown <br><br> Unknown | Unknown <br><br> Unknown |
| Account No. <br><br> **Lowe, Linda** <br> **9551 Sayers Road** <br> **Munith, MI 49259-9756** | - | | Retirement Benefit | | | X | Unknown <br><br> Unknown | Unknown <br><br> Unknown |
| Account No. <br><br> **Ludwig, Craig** <br> **P.O. Box 213** <br> **Napoleon, MI 49261-0213** | - | | Retirement Benefit | | | X | Unknown <br><br> Unknown | Unknown <br><br> Unknown |

Sheet __42__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Edscha North America, Inc.** _____ , Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Retirement Benefit | | | | | |
| Lusby, Carolyn K. 131 Nevada Avenue Apartment 201 La Follette, TN 37766-2489 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Lyons, Ernest 1580 East Mosherville Jonesville, MI 49250 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Malipsey, Bernice 1529 Locust Street Jackson, MI 49203 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Mallett, Mary 131 West Robinson Street Jackson, MI 49203-4235 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Mallett, Walter 2939 Woods Circle Drive Parma, MI 49269 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |

Sheet __43__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re     **Edscha North America, Inc.**                                    ,      Case No. _____
                                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | Retirement Benefit | | | | | |
| Malone, Casey 123 Pierce Avenue Jackson, MI 49203-4560 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Marshall, Norsie 7471 South Ardmore Lane Jackson, MI 49201-9677 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Mast, Betty L. 14 Ackerson Lake Road Jackson, MI 49201-8749 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Mast, Bruce 641 9th Street Michigan Center, MI 49254-1323 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Mayo, Ron 8540 Clough Road Parma, MI 49269-9631 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |

Sheet __44__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)    0.00

0.00    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re **Edscha North America, Inc.** ,                    Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | Retirement Benefit | | | | | |
| McClure, Jane 7799 Browns Lake Road Jackson, MI 49201-8370 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| McClure, John 7799 Browns Lake Road Jackson, MI 49201-8370 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| McClure, Michael P.O. Box 6396 Jackson, MI 49204-6396 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| McGlothen, Betty 1224 Loeser Avenue Jackson, MI 49203 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| McWilliams, William 370 Watts Road Jackson, MI 49203-2327 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |

Sheet __45__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re __Edscha North America, Inc._____,   Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Contributions to employee benefit plans
_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | Retirement Benefit | | | | | |
| Mickel, Kenneth 315 South Berrien Street Albion, MI 49224-1803 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Mills, Barbara A. 7393 SW 10th Street Ocala, FL 34474 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Mills, Maretta 5039 Pine Drive Jackson, MI 49201 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Mills, William S. 4474 Springbrook Road Jackson, MI 49201 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Miskowski, David 5055 Rimers Drive Jackson, MI 49201-9339 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |

Sheet __46__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal    0.00
(Total of this page)    0.00    0.00

B6E (Official Form 6E) (12/07) - Cont.

In re **Edscha North America, Inc.**                                    , Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Mohr, Diana** <br> **11649 Hickory Lane** <br> **Tavares, FL 32778** | - | | Retirement Benefit | | | X | Unknown <br><br> Unknown | Unknown <br><br> Unknown |
| Account No. <br><br> **Moore, Eddie** <br> **1030 Maple Street** <br> **Jackson, MI 49203-3149** | - | | Retirement Benefit | | | | Unknown <br><br> Unknown | Unknown <br><br> Unknown |
| Account No. <br><br> **Morrison, Steven** <br> **1600 South Sandstone Road** <br> **Jackson, MI 49201-8984** | - | | Retirement Benefit | | | X | Unknown <br><br> Unknown | Unknown <br><br> Unknown |
| Account No. <br><br> **Morton, Emily** <br> **1610 Cascade Court** <br> **Jackson, MI 49203** | - | | Retirement Benefit | | | X | Unknown <br><br> Unknown | Unknown <br><br> Unknown |
| Account No. <br><br> **Mosley, Douglas** <br> **1276 Sheffield Drive** <br> **Somerset Center, MI 49282-9507** | - | | Retirement Benefit | | | X | Unknown <br><br> Unknown | Unknown <br><br> Unknown |

Sheet __47__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | 0.00 |
| (Total of this page) | 0.00 |  0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Edscha North America, Inc.** ,  Case No. _____
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | Retirement Benefit | | | | | |
| Moull, Linda D. 29651 South Drive N Springport, MI 49284-9448 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Mullins, Anne K. 392 Richard Spring Arbor, MI 49283 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Murdock, Eleanor 239 East Cairo Drive Tempe, AZ 85282-3607 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Murray, Jack 7908 West Circle Drive Jackson, MI 49202 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Myers, Paul 5625 Bennett Road Jackson, MI 49201-9476 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |

Sheet __48__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| Subtotal | 0.00 | |
|---|---|---|
| (Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re    **Edscha North America, Inc.**                                                    Case No. _____
_____,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Naragon, Roy** <br>**44 Whitney Estate Boulevard** <br>**Hillsdale, MI 49242** | - | | Retirement Benefit | | | X | Unknown <br><br> Unknown | Unknown <br><br> Unknown |
| Account No. <br><br>**Nichols, Daniel** <br>**7801 East Michigan Avenue** <br>**Jackson, MI 49201** | - | | Retirement Benefit | | | X | Unknown <br><br> Unknown | Unknown <br><br> Unknown |
| Account No. <br><br>**Nichols, Dolores** <br>**519 Dalton Road** <br>**Jackson, MI 49201-8828** | - | | Retirement Benefit | | | X | Unknown <br><br> Unknown | Unknown <br><br> Unknown |
| Account No. <br><br>**Nichols, Georgia** <br>**307 Douglas Street** <br>**Jackson, MI 49203-4127** | - | | Retirement Benefit | | | X | Unknown <br><br> Unknown | Unknown <br><br> Unknown |
| Account No. <br><br>**Nixon, F.** <br>**811 Seymour Avenue** <br>**Jackson, MI 49202** | - | | Retirement Benefit | | | X | Unknown <br><br> Unknown | Unknown <br><br> Unknown |

Sheet __49__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Edscha North America, Inc.**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Retirement Benefit | | | | | |
| **Nortley, Daniel** **102 Oak Street** **Jackson, MI 49203-5643** | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| **Ojeda, Irene J.** **216 Frost Street** **Jackson, MI 49202-2310** | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| **Oliver, Patricia** **612 Steward Avenue** **Jackson, MI 49202-3220** | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| **Olney, Deborah** **10991 Bibbins Road** **Horton, MI 49246-9604** | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| **Palmer, Carolyn** **1702 Pringle Avenue** **Jackson, MI 49203-2078** | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |

Sheet __50__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Edscha North America, Inc.**  ,  Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Retirement Benefit | | | | | |
| Partridge, Susan 923 Whitney Street Jackson, MI 49202-3418 | | - | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Patrick, Marie 4617 Moscow Road Spring Arbor, MI 49283-9766 | | - | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Pawlak, Gertrude c/o Ronald Pawlak 711 Lake Drive Six Lakes, MI 48886-9781 | | - | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Pelham, Denise 2655 East Alpine Lake Drive Apartment B Jackson, MI 49203-6337 | | - | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Perrin, Christine 214 West South Street Jackson, MI 49203 | | - | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |

Sheet **51** of **81** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Edscha North America, Inc.** ,                    Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Peterson, Alberta<br>297 South Nellsville Road<br>Houghton Lake, MI 48629-9080 | - | | Retirement Benefit | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No.<br><br>Phelps, Alldine<br>4010 Locust<br>Jackson, MI 49201 | - | | Retirement Benefit | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No.<br><br>Phillips, Mark<br>10761 Resort Road<br>Pleasant Lake, MI 49272-9718 | - | | Retirement Benefit | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No.<br><br>Phillips, Patricia<br>10761 Resort Road<br>Pleasant Lake, MI 49272-9718 | - | | Retirement Benefit | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No.<br><br>Philpott, Karl<br>P.O. Box 513<br>Spring Arbor, MI 49283-0513 | - | | Retirement Benefit | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |

Sheet __52__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Edscha North America, Inc.** ,   Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | Retirement Benefit | | | | | |
| Pickell, Joyce 1108 Herbert J Avenue Jackson, MI 49202-1928 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Pierce, Orpha c/o Nancy Hicks 517 North Pleasant Street Jackson, MI 49202-3623 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Pline, Kathleen 403 East Argyle Street Jackson, MI 49202 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Porter, John J. 3112 Timberline Drive Lansing, MI 48911 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Ptak, John 1127 Grace Avenue Jackson, MI 49203 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |

Sheet __53__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
| (Total of this page) | | 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re **Edscha North America, Inc.** ,                    Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Retirement Benefit | | | | | |
| Raheem, Wali E. 144 West Euclid Avenue Munith, MI 49259 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Ramme, Richard 1500 West North Street Apartment C30 Jackson, MI 49202-3156 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Reagle, Omey 14496 18 1/2 Mile Road Marshall, MI 49068 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Reber, Billy 59 Pete Street Jackson, MI 49203 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Reber, Virginia 2 Ackerson Lake Road Jackson, MI 49201 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |

Sheet __54__ of __81__ continuation sheets attached to                Subtotal                0.00
Schedule of Creditors Holding Unsecured Priority Claims        (Total of this page)        0.00        0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Edscha North America, Inc.** , Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Retirement Benefit | | | | | |
| Reed, Rosemary 222 M. Grinnell Street Jackson, MI 49202 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Rench, Barbara 1232 Lamoine Street Jackson, MI 49203 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Renfer, Margaret T. c/o Theodore A. Renfer 902 Virginia Street Jackson, MI 49202-2454 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Rice, Mollie 306 West Cody Circle Payson, AZ 85541-3172 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Richey, Randall 6831 Price lake Road N 49201-8013 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |

Sheet __55__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00 |
(Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re   **Edscha North America, Inc.**                                          ,   Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>Rider, Edwin<br>911 North Blackstone Street<br>Jackson, MI 49202-3304 | - | | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>Riker, Glenola M.<br>505 Stonehenge Drive<br>Lebanon, TN 37090 | - | | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>Riley, Anne<br>2714 Granada Drive<br>Apartment 1C<br>Jackson, MI 49202-5227 | - | | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>Rinnert, Joyce A.<br>299 South Moore Road<br>Bad Axe, MI 48413 | - | | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>Robarge, Louise<br>211 North Manning Street<br>Apartment 1<br>Hillsdale, MI 49242-1267 | - | | | Retirement Benefit | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |

Sheet _56_ of _81_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Edscha North America, Inc.**                                    ,      Case No. _____
                                    **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Retirement Benefit | | | | | |
| Roberts, Owen 4475 Yuma Drive Jackson, MI 49201 | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Robinson, Velma 947 Russell Street Jackson, MI 49203 | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Rodriguez, Janice G. 813 Virginia Street Jackson, MI 49202-2453 | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Roland, Christine 301 Steward Avenue Apartment F18 Jackson, MI 49201-1186 | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Rose, B.I. 8540 Folks Road Hanover, MI 49241-9788 | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |

Sheet __57__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 0.00 | 0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Edscha North America, Inc.** , Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | Retirement Benefit | | | | | |
| **Russell, Barbara** **414 Woodworth Street** **Leslie, MI 49251-9483** | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| **Rutledge, Valerie** **6861 Draper Road** **Jackson, MI 49201-8731** | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| **Sabin, John E.** **6031 Leora Lane** **Jackson, MI 49201-8979** | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| **Sachjen, Doris M.** **c/o Sachjen, Roy D.** **12503 West Michigan Avenue** **Parma, MI 49269-9607** | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| **Sadowski, John** **743 North State Street** **Jackson, MI 49203** | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |

Sheet __58__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | 0.00 |
| (Total of this page) | 0.00    0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re    **Edscha North America, Inc.** ,                          Case No. _____
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Contributions to employee benefit plans

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Retirement Benefit | | | | | | |
| Sage, Jeff 124 Cambridge Drive Charlotte, MI 48813-2114 | - | | | | | X | Unknown | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | | |
| Saldana, Julia 9250 Starvation Lake Road NE Mancelona, MI 49659-9595 | - | | | | | X | Unknown | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | | |
| Sanders, Monte G. 567 7th Street P.O. Box 756 Michigan Center, MI 49254-0756 | - | | | | | X | Unknown | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | | |
| Sanford, Jerilyn 5303 Cooper Road Leslie, MI 49251 | - | | | | | X | Unknown | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | | |
| Sauceda, Manuel 808 Hibbard Jackson, MI 49202 | - | | | | | X | Unknown | Unknown | Unknown |

Sheet __59__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re  **Edscha North America, Inc.** ,                    Case No. _____
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | Retirement Benefit | | | | | |
| Saumier, Mary J. 713 South Webster Street Jackson, MI 49203-1637 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Savicki, Ellaruth 3300 Spirea Court Apt. 110 Jackson, MI 49202 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Scheuer, Thomas 195 North harrington Road Parma, MI 49269-9707 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Schrader, Doug 214 South Gorham Street Jackson, MI 49203-2019 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Schweda, Linda 727 North State Street Jackson, MI 49202 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |

Sheet __60__ of __81__ continuation sheets attached to                    Subtotal        0.00
Schedule of Creditors Holding Unsecured Priority Claims          (Total of this page)    0.00        0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Edscha North America, Inc.** _____ ,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Retirement Benefit | | | | | |
| Scott, Mary A. 1266 Oakbrook West Jackson, MI 49201 | | - | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Seidenstucker, Clarence 661 South Street Grass Lake, MI 49240 | | - | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Selepak, Pauline 18 Montford Street Battle Creek, MI 49017-5412 | | - | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Shafer, Laurie 11455 Hayes Road Jackson, MI 49202 | | - | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Shafer, Olive P. 9 Westwood Avenue Tequesta, FL 33469 | | - | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |

Sheet __61__ of __81__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re  **Edscha North America, Inc.**                                          ,          Case No. _____

                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sharlow, Kenneth**<br>**113 Gibson Place**<br>**Jackson, MI 49202-3329** | - | | Retirement Benefit | | | X | Unknown<br>**Unknown** | **Unknown**<br>**Unknown** |
| Account No.<br><br>**Shaw, Richard**<br>**2621 South Saint Anthony Street**<br>**Jackson, MI 49203-3712** | - | | Retirement Benefit | | | X | Unknown<br>**Unknown** | **Unknown**<br>**Unknown** |
| Account No.<br><br>**Shelley, Luttie Mae**<br>**195 Maple Road**<br>**P.O. Box 887**<br>**Michigan Center, MI 49254-0887** | - | | Retirement Benefit | | | X | Unknown<br>**Unknown** | **Unknown**<br>**Unknown** |
| Account No.<br><br>**Shepherd, Carla**<br>**7250 Wooster Road**<br>**Jackson, MI 49201** | - | | Retirement Benefit | | | X | Unknown<br>**Unknown** | **Unknown**<br>**Unknown** |
| Account No.<br><br>**Shew, Diane**<br>**5660 Trailer Park Drive**<br>**Jackson, MI 49201-8839** | - | | Retirement Benefit | | | X | Unknown<br>**Unknown** | **Unknown**<br>**Unknown** |

Sheet __62__ of __81__ continuation sheets attached to                               Subtotal                    **0.00**
Schedule of Creditors Holding Unsecured Priority Claims          (Total of this page)          **0.00**          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Edscha North America, Inc.**                                            ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Retirement Benefit | | | | | |
| **Shook, Melinda 452 Roxbury Circle Jackson, MI 49203-7187** | - | | | | | X | Unknown / Unknown | Unknown / Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| **Simpson, Donald W. P.O. Box 26 Parma, ID 83660-0026** | - | | | | | X | Unknown / Unknown | Unknown / Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| **Sisk, Sylvia M. 4134 N. Draper Road Jackson, MI 49203** | - | | | | | X | Unknown / Unknown | Unknown / Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| **Skinner, Elsie E. 2719 Hillcrest Blvd. Jackson, MI 49203** | - | | | | | X | Unknown / Unknown | Unknown / Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| **Skrzynski, Richard 5100 Ackerson Lake Road Jackson, MI 49201-8716** | - | | | | | X | Unknown / Unknown | Unknown / Unknown |

Sheet __63__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | 0.00 |
| (Total of this page) | 0.00 / 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Edscha North America, Inc.**                                          ,    Case No. _____
                                                                Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No.<br><br>**Smak, Eugene J.**<br>**5670 Trailer Park Drive**<br>**Jackson, MI 49201** | - | | | Retirement Benefit | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No.<br><br>**Smith, Clarence**<br>**10840 Bunkerhill Road**<br>**Jackson, MI 49201** | - | | | Retirement Benefit | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No.<br><br>**Smith, Marion**<br>**1585 Hiawatha**<br>**Jackson, MI 49201** | - | | | Retirement Benefit | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No.<br><br>**Smith, Martin**<br>**8100 East Michigan Avenue**<br>**Jackson, MI 49201** | - | | | Retirement Benefit | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No.<br><br>**Smith, William**<br>**P.O. Box 602**<br>**Concord, MI 49237-0602** | - | | | Retirement Benefit | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |

Sheet __64__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                    0.00
(Total of this page)         0.00            0.00

B6E (Official Form 6E) (12/07) - Cont.

In re    **Edscha North America, Inc.**                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Retirement Benefit | | | | | |
| Sparks, James M. 505 North Pleasant Street Jackson, MI 49202 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Sprague, Darlene P.O. Box 167 Grass Lake, MI 49240 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Squires, Richard L. 412 Camellia Terrace Maryville, TN 37801-3582 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Stanley, Donna M. 18 Kulp Court Apartment 8 Battle Creek, MI 49017-3852 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Steffey, Jean 5722 Reynolds Road Jackson, MI 49201 | - | | | | | | X | | Unknown |
| | | | | | | | | Unknown | Unknown |

Sheet __65__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Edscha North America, Inc.**                                         ,   Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. Stephens, Jacquelyne 4366 Zion Road Jackson, MI 49201-9594 | - | | Retirement Benefit | | | X | Unknown / Unknown | Unknown / Unknown |
| Account No. Stephens, John 9850 Moscow Road Horton, MI 49246-9799 | - | | Retirement Benefit | | | X | Unknown / Unknown | Unknown / Unknown |
| Account No. Stephens, Mildred 239 North Dwight Street Jackson, MI 49202 | - | | Retirement Benefit | | | X | Unknown / Unknown | Unknown / Unknown |
| Account No. Stevick, Eric 424 Pattie Avenue Albion, MI 49224 | - | | Retirement Benefit | | | X | Unknown / Unknown | Unknown / Unknown |
| Account No. Stewart, Marlene 3100 East South Street Jackson, MI 49201-8777 | - | | Retirement Benefit | | | X | Unknown / Unknown | Unknown / Unknown |

Sheet __66__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Edscha North America, Inc.**                                         ,    Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Retirement Benefit | | | | | |
| Stiles, L. 4568 Sears Road Horton, MI 49246-9561 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Stone, Frances 10650 North Black River Road Cheboygan, MI 49721 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Stover, Harold 335 Lakeside Grass Lake, MI 49240 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Straub, Marilyn A. 3336 Seymour Road Jackson, MI 49201-8880 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Sunkle, Denise 7637 Caryn Way Parma, MI 49269-9535 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |

Sheet __67__ of __81__ continuation sheets attached to            Subtotal                     0.00
Schedule of Creditors Holding Unsecured Priority Claims        (Total of this page)        0.00              0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Edscha North America, Inc.**_____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Retirement Benefit | | | | | |
| **Sunkowski, Ronald** **5281 Oak Point Road** **Jackson, MI 49201** | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| **Swartz, Jule T.** **4600 Blackman Road** **Jackson, MI 49201** | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| **Teller, Betty E.** **c/o Wayne Teller** **1912 San Silvestro Drive** **Venice, FL 34285-4572** | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| **Templeton, Thomas** **P.O. Box 2** **Jonesville, MI 49250-0002** | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| **Terry, Clara** **1060 Grasvenor Road** **Grass Lake, MI 49240-9315** | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |

Sheet __68__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00 |
(Total of this page) | 0.00 | 0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Edscha North America, Inc.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Contributions to employee benefit plans

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Retirement Benefit | | | | | |
| Thompson, Glina J. 149 North Harvey Road Jackson, MI 49201-8415 | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Thompson, Theresa A. 122 Stanley Avenue Jackson, MI 49203-3247 | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Tobey, Joe 146 Woodland Avenue Jackson, MI 49203-1045 | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Treadway, Betty 320 1/2 Orange Street Jackson, MI 49202 | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Treichel, Gary L. 10909 Hart Highway Dimondale, MI 48821 | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |

Sheet __69__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Edscha North America, Inc.**                                          ,        Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Treichel, Janice M.**<br>**1809 Tyson Street**<br>**Jackson, MI 49203** | | - | Retirement Benefit | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No.<br><br>**Turner, Larry**<br>**3800 Fairview Avenue**<br>**Jackson, MI 49203-2455** | | - | Retirement Benefit | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No.<br><br>**Valdez, Bobby**<br>**707 Winifred Street**<br>**Jackson, MI 49202-3059** | | - | Retirement Benefit | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No.<br><br>**Van Straaten, Maxine**<br>**310 Ashley Court**<br>**Brooklyn, MI 49230-9369** | | - | Retirement Benefit | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No.<br><br>**Vaught, Sandra**<br>**826 Orange Street**<br>**Jackson, MI 49202-2521** | | - | Retirement Benefit | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |

Sheet __70__ of __81__ continuation sheets attached to        Subtotal        0.00
Schedule of Creditors Holding Unsecured Priority Claims        (Total of this page)        0.00        0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Edscha North America, Inc.**                              Case No. _____
                                                    ,
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Retirement Benefit | | | | | |
| Vickery, Onaria 407 Wood Street Stockbridge, MI 49285 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Vickery, Quinton G. 158 Blocker Hollow Road Somerville, AL 35670-6400 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Vincent, Gregory 805 North Monroe Street Jackson, MI 49203 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Wagoner, Constance 612 Winifred Street Jackson, MI 49202-3060 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Walker, Denzial W. 123 East Addison Jackson, MI 49203 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |

Sheet __71__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re **Edscha North America, Inc.** ,                     Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Retirement Benefit | | | | | |
| Walsh, Janice 9943 Rexford Road Jackson, MI 49201-9250 | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Walsh, Ronald 2624 Bow Street Parma, MI 49269 | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Walz, George P. 3645 Saint Luke St. Jackson, MI 49201-8830 | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Watts, Rose 352 North Arbor View Drive Spring Arbor, MI 49283-9656 | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Weaver, Asa N. 4200 Springport Road Jackson, MI 49201 | - | | | | | X | | Unknown |
| | | | | | | | Unknown | Unknown |

Sheet __72__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re **Edscha North America, Inc.** ,  Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Retirement Benefit | | | | | |
| **Webb, Sean** **2441 East Territorial Road** **Rives Junction, MI 49277-9745** | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| **Welch, B.M.** **2933 Wolhaven Lane** **Jackson, MI 49201** | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| **Wells, Irene** **1655 West Sturgeon Bay Trail** **Levering, MI 49755-9766** | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| **Wells, Irene M.** **800 Fairyland** **Jackson, MI 49202** | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| **West, Carol F.** **1180 herbert** **Jackson, MI 49202** | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |

Sheet **73** of **81** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re **Edscha North America, Inc.** , Case No. _____
                                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Retirement Benefit | | | | | |
| White, Sam 156 West Mansion Jackson, MI 49203-4268 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Whiteaker, Donald 3236 matthews Street Jackson, MI 49203 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Whiteaker, Paul 23 Embassy Road Jackson, MI 49202-3801 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Wiggins, Dorothy Rt. 3 8106 Lansing Jackson, MI 49201 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Wiggins, Thais 3748 Dibble Jackson, MI 49201 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |

Sheet **74** of **81** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Edscha North America, Inc.**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

_____

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | Retirement Benefit | | | | | |
| Wilburn, Deborah 14273 Nmoor Drive Jackson, MI 49201 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Wilcox, Mary Jane 5625 Poplar Drive Jackson, MI 49201 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Williams, Harold 12501 Brooklyn Road Brooklyn, MI 49230-8304 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Williams, Ida 425 North Pleasant Street Jackson, MI 49202-3665 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Retirement Benefit | | | | | |
| Williams, Linda 119 West Addison Jackson, MI 49203-4208 | - | | | | | | X | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |

Sheet __75__ of __81__ continuation sheets attached to         Subtotal         0.00
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)    0.00       0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Edscha North America, Inc.** ,                    Case No. _____
_____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Retirement Benefit | | | | | |
| Williams, Sandra J. 6252 Pomeroy Road Jackson, MI 49201-9424 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Williams, William 425 North Pleasant Street Jackson, MI 49202-3665 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Wilson, Joseph 5425 Brooklyn Road Apartment 10 Jackson, MI 49201-8541 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Wines, Joseph C. c/o Jackson County Guardian 1715 Lansing Avenue Jackson, MI 49202 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Winters, Michelle 115 Stanley Avenue Jackson, MI 49203-3246 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |

Sheet __76__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Edscha North America, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Retirement Benefit | | | | | |
| Woodard, James 272 Ackerson Lake Drive Jackson, MI 49201-8755 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Woodard, Joyce M. 1251 Fairfax St. Jackson, MI 49203-3505 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Worthington, Patricia E. 748 Loomis Street Jackson, MI 49202-3449 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Wyatt, R.G. 578 Gilletts Lake Road Jackson, MI 49201 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Wysocki, Kirk 7881 Hollywood Drive Jackson, MI 49201-9237 | - | | | | | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |

Sheet __77__ of __81__ continuation sheets attached to      Subtotal                0.00
Schedule of Creditors Holding Unsecured Priority Claims      (Total of this page)    0.00        0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Edscha North America, Inc.**                                          ,    Case No. _____
                                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Retirement Benefit | | | | | |
| Zawacki, Richard J. 3122 South Rose Avenue Inverness, FL 34450 | - | | | | | X | Unknown / Unknown | Unknown / Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Zentgraf, Gail 237 Gilman Road Michigan Center, MI 49254-1120 | - | | | | | X | Unknown / Unknown | Unknown / Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Zul, Jose 738 North East Avenue Jackson, MI 49202-3423 | - | | | | | X | Unknown / Unknown | Unknown / Unknown |
| Account No. | | | Retirement Benefit | | | | | |
| Zyla, Dennis 300 River Terrace Drive Apartment 812 Benton Harbor, MI 49022-5046 | - | | | | | X | Unknown / Unknown | Unknown / Unknown |
| Account No. | | | | | | | | |

Sheet **78** of **81** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| Subtotal | 0.00 |
| (Total of this page) | 0.00 / 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Edscha North America, Inc.**                                    Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | For Notice Purposes Only | | | | | |
| D. Patrick Mullarkey Tax Division (DOJ) P.O. Box 55 Ben Franklin Station Washington, DC 20044 | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | |
| Account No. | | | For Notice Purposes Only | | | | | |
| Illinois Department of Revenue Bankruptcy Section Level 7-425 100 West Randolph Street Chicago, IL 60601 | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | |
| Account No. | | | For Notice Purposes Only | | | | | |
| Instituto Mexicano del Seguro Social Sub Delegacion Matamoros Alvaro Obregon No. 238, esq. Segunda Colonia Jardin Matamoros Tamaulipas. CP 87330 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | |
| Account No. | | | For Notice Purposes Only | | | | | |
| Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114-0326 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | |
| Account No. | | | For Notice Purposes Only | | | | | |
| Internal Revenue Service Mail Stop 5010 CHI 230 South Dearborn Street Chicago, IL 60604 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | |

Sheet __79__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00 |
(Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re   **Edscha North America, Inc.**                    ,     Case No. _____

                           Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | For Notice Purposes Only | | | | | |
| **Michigan Department of Treasury Collection/Bankruptcy Unit P.O. Box 30168 Lansing, MI 48909** | - | | | | | | | **Unknown** |
| | | | | | | | **Unknown** | **Unknown** |
| Account No. | | | For Notice Purposes Only | | | | | |
| **Michigan Department of Treasury P.O. Box 30059 Lansing, MI 48909** | - | | | | | | | **Unknown** |
| | | | | | | | **Unknown** | **Unknown** |
| Account No. | | | For Notice Purposes Only | | | | | |
| **Michigan Department of Treasury Collections Division P.O. Box 30199 Lansing, MI 48909-7699** | - | | | | | | | **Unknown** |
| | | | | | | | **Unknown** | **Unknown** |
| Account No. | | | For Notice Purposes Only | | | | | |
| **Michigan Department of Treasury c/o Attorney General's Office 3030 West Grand Boulevard Suite 10-200 Detroit, MI 48202-6030** | - | | | | | | | **Unknown** |
| | | | | | | | **Unknown** | **Unknown** |
| Account No. | | | For Notice Purposes Only | | | | | |
| **Michigan Department of Treasury P.O. Box 30783 Lansing, MI 48909** | - | | | | | | | **Unknown** |
| | | | | | | | **Unknown** | **Unknown** |

Sheet __80__ of __81__ continuation sheets attached to        Subtotal     **0.00**
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)    **0.00**      **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Edscha North America, Inc.**                                              ,          Case No. _____

_____
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | For Notice Purposes Only | | | | | |
| **Michigan Unemployment Insurance Agency Tax Office - Suite 11-500 3024 West Grand Boulevard Detroit, MI 48202-6024** | | - | | | | | **Unknown** | **Unknown** / **Unknown** |
| Account No. | | | For Notice Purposes Only | | | | | |
| **SecretariaDeFinanzasGobiernoDeTam aulipas Departamento deAtencion al Contribuyente Edificio Tiempo Nuevo, planta baja Blvd Emilio Portes Gil No. 1260 Ciudad Victoria Tamaulipas** | | - | | | | | **Unknown** | **Unknown** / **Unknown** |
| Account No. | | | For Notice Purposes Only | | | | | |
| **Servicio de Administracion Tributaria Administracion local deRecaudacion deMet Prolongacion Calixto Ayala No. 202 Col. Industrial, CP 87350 H. Matamoros Tamaulipas** | | - | | | | | **Unknown** | **Unknown** / **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __81__ of __81__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | **0.00** / 0.00 |
| Total (Report on Summary of Schedules) | 0.00 | **0.00** / **32,850.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **Edscha North America, Inc.**                                              Case No. _____

                                                                ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Landlord at 2800 Centerpoint Parkway, Suite 100 | | | | |
| **2880 Centerpoint Investments LLC c/o Bernard Financial Etkin Equities, 200 Franklin Center 29100 Northwestern Highway Southfield, MI 48341** | - | | | | | | 470,317.97 |
| Account No. | | | Customer tooling | | | | |
| **A.V. Gauge & Fixture 4000 Delduca Drive Old Castle Ontario, CANADA N0R1L0** | - | | | | | X | 113,480.00 |
| Account No. | | | Legal fees / Employment issues | | | | |
| **Abbott, Thomson & Beer 180 West Michigan Avenue, Suite 601 P.O. Box 450 Jackson, MI 49204-0450** | - | | | | | | 10,719.54 |
| Account No. | | | Freight / delivery | | | | |
| **ABF Freight System 2006 Dunigan Drive P.O. Box 1063 Jackson, MI 49204** | - | | | | | | 29,067.69 |

__37__  continuation sheets attached

Subtotal
(Total of this page)          623,585.20

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:27036-091001   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Edscha North America, Inc.**                                    ,      Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Accident Fund Insurance** <br>**232 South Capital Avenue** <br>**Lansing, MI 48933** | - | | | **Workmen's Compensation Claims Payments** | | | | 69,645.58 |
| Account No. <br><br>**Action Mat & Towel** <br>**2300 E. 12 Mile Rd.  Ste 102** <br>**Warren, MI 48092** | - | | | **11/22/2008** <br>**Mats around building** | | | | 1,146.96 |
| Account No. <br><br>**ACUMENT GLOBAL TECHNOLOGIES** <br>**24201 NETWORK PLACE** <br>**CHICAGO, IL 60673-1242** | - | | | **Cam washers and pins** | | | | 981.20 |
| Account No. <br><br>**Advanced Manufacturing Group** <br>**29488 Woodward   Ste 183** <br>**Royal Oak, MI 48073** | - | | | **2/10/2009** <br>**Consulting** | | | | 618.75 |
| Account No. <br><br>**ADVANCED TECH SERVICE BUREAU** <br>**44978 FORD RD. STE D** <br>**CANTON, MI 48187** | - | | | **Professional services - processing of ASN's for customer shipments** | | | | 868.00 |

Sheet no. __1__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**73,260.49**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edscha North America, Inc.**                                                      ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**AFESA SUPPLY**<br>**5021 S ALLISON ST**<br>**EDINBURG, TX 78539** | - | | **Die supplies** | | | | 5,864.00 |
| Account No.<br><br>**AIR PLUS INTERNATIONAL**<br>P.O. Box 7247-6064<br>Philadelphia, PA 1170-6064 | - | | 2/25/2009<br>Corporate Credit card | | | | 19,469.62 |
| Account No.<br><br>All City Heating and Air Cond<br>3263 Hilton Rd.<br>Fernadale, MI 48220 | - | | 3/12/2009<br>Thermatron repair | | | | 1,131.80 |
| Account No.<br><br>All in One  Vending<br>3009 Carley Ct.<br>Auburn Hills, MI 48326 | - | | 11/12/2008<br>Vending supplies | | | | 215.00 |
| Account No.<br><br>Alta Lift Truck Services<br>1425 Reliable Parkway<br>Lock Box 1425<br>Chicago, IL 60686 | - | | 11/7/2008<br>Elec rider prev maint | | | | 143.41 |

Sheet no. __2__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,823.83

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edscha North America, Inc.**                                          ,     Case No. _____
                                          **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Maintenance supplies | | | | |
| ALTRA AUTOMATIZACION P O BOX 533153 HARLINGEN, TX 78553 | | - | | | | | | 174.86 |
| Account No. | | | | 12/31/2008 Corp Membership 55 employees | | | | |
| American Society of Employers Dept 235901 P O Box 67000 Detroit, MI 48267-2359 | | - | | | | | | 660.00 |
| Account No. | | | | 11/3/2008 Monthly contract hosting - computer support | | | | |
| Analyst International 36257 Treasiru Center Chicago, IL 60694-6200 | | - | | | | | | 2,100.00 |
| Account No. | | | | 12/1/2008 ANX managed Service Customer Service package, etc. | | | | |
| ANX eBusiness Corp. Dept 77399 P O Box 77000 Detroit, MI 48277-0399 | | - | | | | | | 18,125.00 |
| Account No. | | | | Service business for production parts | | | | |
| Aphase II 6120 Center Drive Lansing, MI 48933 | | - | | | | | | 2,358.75 |

Sheet no. __3__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,418.61

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edscha North America, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Environmental Audit Matamoros - $25,296.25 Centerpoint - $3,091.07 | | | | |
| AQSR CANADA INC 2550 MATHESON BLVD EAST, SUITE 126 MISSISSAUGA ONTARIO, CANADA L4W4Z1 | - | | | | | | | 28,387.32 |
| Account No. | | | | Employee | | | | |
| Ashbrook, Frauke 5092 Bernice Dr. Almont, MI 48003 | - | | | | | | X | 0.00 |
| Account No. | | | | Freight | | | | |
| AVERITT EXPRESS P O BOX 3145 COOKVILLE, TN 38502-3145 | - | | | | | | | 765.22 |
| Account No. | | | | 2/13/2009 Corporate Legal Counsel | | | | |
| Baker & McKenzie One Prudential Plaza Ste 3500 130 East Randolf Dr. Chicago, IL 60601-6384 | - | | | | | | | 2,673.00 |
| Account No. | | | | Maintenance supplies | | | | |
| BALTEC CORPORATION 130 TECHNOLOGY DR CANONSBURG, PA 15317 | - | | | | | | | 1,135.00 |

Sheet no. __4__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **32,960.54**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edscha North America, Inc.**                                              ,    Case No. _____
                                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Employee | | | | |
| Bartolomeo, Karen 13363 Southshore Apt. #103 Sterling Heights, MI 48312 | | - | | | | | X | 0.00 |
| Account No. | | | | Freight | | | | |
| BAX GLOBAL DEPT  CH 10391 PALENTINE, IL 60055-0391 | | - | | | | | | 847.75 |
| Account No. | | | | Employee | | | | |
| Benway, Cheryl 5199 N. Genesee Rd. Flint, MI 48506 | | - | | | | | X | 0.00 |
| Account No. | | | | Employee | | | | |
| Bieth, Emilia 7346 Crystal Lake Dr. Apt. #4 Swartz Creek, MI 48473 | | - | | | | | X | 0.00 |
| Account No. | | | | Employee | | | | |
| Bochenek, Robert 7191 Danbrooke West Bloomfield, MI 48322 | | - | | | | | X | 0.00 |

Sheet no. __5__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    847.75

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edscha North America, Inc.**                                              ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Employee | | | | |
| Bolterstein, Cynthia 5669 Deerwood Lane Commerce Twp., MI 48382 | | - | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Rework | | | | |
| BOYD KINZER JR. QUALITY CONSULTANT 1101 BANBURY LANE BRENTWOOD, TN 37027 | | - | | | | | | |
| | | | | | | | | 5,425.00 |
| Account No. | | | | Microsoft Software Licensing | | | | |
| C.I.T. Microsoft Licensing P.O. Box 550599 Jacksonville, FL 32255-0599 | | - | | | | | | |
| | | | | | | | | 18,596.38 |
| Account No. | | | | Employee | | | | |
| Campbell, Scott 3432 Diane Drive Brighton Twp., MI 48114 | | - | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | 12/19/2008 savings contract | | | | |
| CBI 2504 E. Michigan Lansing, MI 48912-4039 | | - | | | | | | |
| | | | | | | | | 26.95 |

Sheet no. __6__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    24,048.33

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edscha North America, Inc.**                                                    ,        Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 11/6/2008 Computer supplies | | | | |
| CDW Corporation P O Box 75723 Chicago, IL 60675-5723 | - | | | | | | | 1,143.52 |
| Account No. | | | | Commission Agreement | | | | |
| CEF & Associates c/o Timothy Ferrel Simon, Galasso & Frantz PC 363 W Big Beaver Rd #250 Troy, MI 48084 | - | | | | | | X | 49,298.88 |
| Account No. | | | | Raw material | | | | |
| CENTURY FASTENERS 10238 SYCAMORE DR LAKERIDGE INS PK. ASHLAND, VA 23005 | - | | | | | | | 4,220.32 |
| Account No. | | | | 8/5/2008 Generator expense for obstacle course for company picnic | | | | |
| Chris Nodman Assoc. 4632 Elizabeth Lake Road Waterford, MI 48238 | - | | | | | | | 150.00 |
| Account No. | | | | Subrogation rights due to hostage payments | | | | |
| Chrysler LLC c/o Chris Maeso Dickinson Wright PLLC 38525 Woodward Avenue, Suite 2000 Bloomfield Hills, MI 48304 | - | | | | | | | 90,030.00 |

Sheet no. __7___ of __37__ sheets attached to Schedule of                          Subtotal                     144,842.72
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edscha North America, Inc.** _____,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Cintas Corp** <br> **37005 Industrial Drive** <br> **Livonia, MI 48150** | - | | **11/29/2008** <br> **Cabinet Supplies - First aid** | | | | 299.57 |
| Account No. <br><br> **CLEVELAND DIE & MANUFACTURING** <br> **20303 FIRST AVE** <br> **MIDDLEBURG HEIGHTS, OH 44130** | - | | **Tooling supplies Honda** | | | | 29,750.00 |
| Account No. <br><br> **CommunicationBrokers** <br> **2894 Thornhills SE** <br> **Grand Rapids, MI 49546** | - | | **12/20/2008** <br> **Telephone savings** | | | | 3,998.45 |
| Account No. <br><br> **Corporate Auto** <br> **2285 N. Opdyke Rd.** <br> **Auburn Hills, MI 48326** | - | | **11/8/2008** <br> **Rental for tech show** | | | | 600.00 |
| Account No. <br><br> **Cortes, Felipe** <br> **1967 Hunters Lane** <br> **Lake Orion, MI 48360** | - | | **Employee** | | | X | 0.00 |

Sheet no. __8__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,648.02

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edscha North America, Inc.**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>CT Corporation<br>P O Box 4349<br>Carol Stream, IL 60197-4349 | - | | 11/1/2008<br>Domestic Representation | | | | 1,004.00 |
| Account No.<br><br>Davenport, Hanf & Cocker, LLC<br>28300 Kensington Lane<br>Suite 400<br>Perrysburg, OH 43551 | - | | Professional services - Process 5500 - Audits & Financial Statements | | | | 3,832.00 |
| Account No.<br><br>Davidson, Davidson and Kappel<br>485 Seventh Ave<br>14th Floor<br>New York, NY 10018 | - | | 11/5/2008<br>Patent attorneys | | | | 6,351.23 |
| Account No.<br><br>DECKER MANUFACTURING CORP<br>2230 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | - | | Raw material | | | | 2,966.28 |
| Account No.<br><br>DESIGN ASSEMBLY & TESTING<br>6068 NORTH EXPRESS WAY<br>BROWNSVILLE, TX 78526 | - | | Die supplies | | | | 5,350.00 |

Sheet no. __9__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     19,503.51

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edscha North America, Inc.**                                              ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Detroit Pencil Company**<br>**1100 Combermere**<br>**Troy, MI 48083** | - | | **12/3/2008**<br>**Office Supplies** | | | | 1,043.92 |
| Account No.<br><br>**Detroit Testing Laboratory, Inc.**<br>**27485 George Merrelli Drive**<br>**Warren, MI 48092** | - | | **2/20/2009**<br>**Judgment creditor** | | | | 94,000.00 |
| Account No.<br><br>**DIXIE TOOL CO.**<br>**275 KINGS HIGHWAY STE 102**<br>**BROWNSVILLE, TX 78521** | - | | **Die supplies** | | | | 2,485.02 |
| Account No.<br><br>**Doeren Mayhew**<br>**755 West Big Beaver Road**<br>**Troy, MI 48084** | - | | **Professional services**<br>**Process 5500 Audits & Financial Statements** | | | | 12,878.15 |
| Account No.<br><br>**DS CALIBRATION SERVICES**<br>**864 WEST  PRICE RD**<br>**BROWNSVILLE, TX 78520** | - | | **Quality control service** | | | | 375.00 |

Sheet no. __10__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

110,782.09

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edscha North America, Inc.** _____ ,   Case No. _____
                                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Inter-company payables Cash Pool - Daily meeting of cash accounts Trade payables - Services | | | | |
| Edscha AG Hohenhagener Str. 26-28 D42855 Remscheid GERMANY | - | | | | | | | 36,009,681.78 |
| Account No. | | | | Inter-company payables Material for production | | | | |
| Edscha Karosserieprodukte Scharwachter Str. 5 D94491 Hengersberg GERMANY | - | | | | | | | 1,375.35 |
| Account No. | | | | Inter-company payables Sales support | | | | |
| Edscha Mexico SA de CV San Luis Potosi Cirquito Mexico No. 215 Parque Industrial Tres Nacion 78395 San Luis Potosi MEXICO | - | | | | | | | 12,935.13 |
| Account No. | | | | Inter-company payables Material for Production | | | | |
| Edscha of Canada L.P. 5795 Don Murie Street Niagara Falls Ontario CANADA L2E 6X8 | - | | | | | | | 573,867.48 |
| Account No. | | | | Quality control service | | | | |
| ELM PLATING 1319 SOUTH ELM ST JACKSON, MI 49203 | - | | | | | | | 1,875.00 |

Sheet no. __11__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **36,599,734.74**

B6F (Official Form 6F) (12/07) - Cont.

In re **Edscha North America, Inc.**                                          , Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | J C | | | | | |
| Account No. | | | | | 11/30/2008 testing | | | | |
| Environtronics Inc. Slot 303137 P O Box 66973 Chicago, IL 60666-0973 | - | | | | | | | | 5,949.75 |
| Account No. | | | | | Professional fees for preparation of Mexican Tax Returns | | | | |
| Ernst & Young LLP P.O. Box 640382 Pittsburgh, PA 15264-0382 | - | | | | | | | | 21,567.23 |
| Account No. | | | | | Epsilon | | | | |
| EUROSPEC TOOLING 130 HARRY WALKER PKWY NEWMARKET ONTARIO, CANADA L3Y7B2 | - | | | | | | | | 219,205.00 |
| Account No. | | | | | 12/18/2008 Lab supplies | | | | |
| Fastbolt 127 Hollow Dr. Piedmont, SC 29673 | - | | | | | | | | 204.75 |
| Account No. **xxxx-x438-8** | | | | | Postage / freight | | | | |
| FED EX P O BOX 660481 DALLAS, TX 75266-0481 | - | | | | | | | | 715.27 |

Sheet no. __**12**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                247,642.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Edscha North America, Inc.** _____,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Federal Express** <br> **P O Box 371461** <br> **Pittsburgh, PA 15250-7461** | - | | **1/11/2009** <br> **Postage / freight** | | | | 4,050.80 |
| Account No. <br><br> **Fernandez Espino** <br> **105 E San Antonio #330** <br> **El Paso, TX 79901** | - | | **3/23/2009** <br> **Legal fees for Matamoros** | | | | 680.00 |
| Account No. <br><br> **FOCAL POINT LAUNCH SUPPORT** <br> **P O BOX 88** <br> **EASTWOOD, KY 40018** | - | | **Rework** | | | | 4,830.60 |
| Account No. <br><br> **Ford Motor c/o Stephen S LaPlante** <br> **Miller Canfield Paddock Stone PLC** <br> **150 W Jefferson Ave, Suite 2500** <br> **Detroit, MI 48226** | - | | **Subrogation rights due to hostage payments** | | | | 1,366,199.00 |
| Account No. <br><br> **G-SHANK INC** <br> **1034 OLD PORT ISABEL RD. #2** <br> **BROWNSVILLE, TX 78521** | - | | **Tool - Spare Tire Carrier** | | | | 2,321.30 |

Sheet no. __13__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,378,081.70

B6F (Official Form 6F) (12/07) - Cont.

In re **Edscha North America, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **GE Capital** <br> **P.O. Box 640387** <br> **Pittsburgh, PA 15264-0387** | - | | | **Through 9/10/09** <br> **U251 - $175,413.50** <br> **Furniture - $20,300.90** | | | | 195,714.40 |
| Account No. <br><br> **General Electric Capital Corp** <br> **1301 Virginia Drive** <br> **Suite 200** <br> **Fort Washington, PA 19034** | - | | | **7/11/03** <br> **Abandoned collateral 9/15/09** <br> **(Title to property will be determined post-petition.)** | | | X | 1,131,700.00 |
| Account No. <br><br> **General Motors c/o Donald F Baty Jr** <br> **Honigman Miller Schwartz and Cohn** <br> **2290 First Nat'l Bldg 660 Woodward** <br> **Detroit, MI 48226** | - | | | **Subrogation rights due to hostage payments** | | | | 656,113.00 |
| Account No. <br><br> **Georgian Bay Plastics** <br> **874 Fuller Avenue** <br> **Penetanguishene** <br> **CANADA L9M1G8** | - | | | **Plastic parts** | | | | 3,188.22 |
| Account No. <br><br> **GLACIER GARLOCK BEARINGS** <br> **700 MID ATLANTIC PKWY** <br> **P O BOX 189** <br> **THOREFARE, NJ 08086** | - | | | **Raw material** | | | | 11,662.90 |

Sheet no. __14__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    1,998,378.52

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edscha North America, Inc.**                                                                     ,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Employee | | | | |
| Gramling, Ryan 2060 Royal Ave Berkley, MI 48072 | - | | | | | | | 0.00 |
| Account No. | | | | 1/2/2009 Recycling services | | | | |
| Great Lakes Recycling 30615 Groesbeck Highway Roseville, MI 48066 | - | | | | | | | 119.85 |
| Account No. | | | | 12/31/2008 Messaging services for Matamoros and Niagara | | | | |
| GXS P O Box 640371 Pittsburgh, PA 15264-0371 | - | | | | | | | 492.49 |
| Account No. | | | | Raw material | | | | |
| HEICO UMFORMTECHIK POSTFATCH 2010 59469 ENSE NIEDERENSE, GERMANY | - | | | | | | | 29,733.80 |
| Account No. | | | | Vertical hinges | | | | |
| HENKEL CORPORATION 32100 STEPHENSON HWY MADISON HEIGHTS, MI 48071 | - | | | | | | | 4,489.20 |

Sheet no. __**15**__ of __**37**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,835.34

B6F (Official Form 6F) (12/07) - Cont.

In re **Edscha North America, Inc.** _____,   Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Seals | | | | |
| **HENKEL KGAA HENKELSTR. 67 DUESSELDORF, GERMANY** | - | | | | | | | 13,653.13 |
| Account No. | | | | Employee | | | | |
| **Herominski, Douglas 116 Saber Way Lake Orion, MI 48362** | - | | | | | | X | 0.00 |
| Account No. | | | | Employee | | | | |
| **Herreria Monroy, Jose Luis 3039 Holben Dr. Lake Orion, MI 48360** | - | | | | | | X | 0.00 |
| Account No. | | | | Raw material | | | | |
| **HIRSCHMAN AUTOMOTIVE GMBH OBERER PASPELWEG 6-8 A6830 RANKWELL-BREDERLS** | - | | | | | | | 7,238.40 |
| Account No. | | | | 11/30/2008 Immigration lawyers | | | | |
| **Hodgson Russ LLP The Guaranty Bldg 140 Pearl St.   Ste 100 Buffalo, NY 14202** | - | | | | | | | 3,974.00 |

Sheet no. __16__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,865.53

B6F (Official Form 6F) (12/07) - Cont.

In re __**Edscha North America, Inc.**_____, Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 1/15/2009 Recruitment/outplacement | | | | |
| HR Advantage 14036 Bournemuth Shelby Twp., MI 48315 | | - | | | | | | 800.00 |
| Account No. | | | | Die Supplies | | | | |
| HUTCHINSON TOOL SALES IMPERIAL ELECTRIC 350 COUNTRY DRIVE P O BOX 587 BENSENVILLE, IL 60106-0587 | | - | | | | | | 3,254.10 |
| Account No. | | | | 1/28/2009 Catia and other licenses | | | | |
| IBM P O Box 643600 Pittsburgh, PA 15264-3600 | | - | | | | | | 26,590.00 |
| Account No. | | | | 6/5/2009 copier rental - copier returned | | | | |
| Ikon Financial Services P O Box 9115 Macon, GA 31208-9115 | | - | | | | | X | 1,572.70 |
| Account No. | | | | Maintenance supplies | | | | |
| IMPERIAL ELECTRIC MOTOR 905 E TYLER P O BOX 1111 BROWNSVILLE, TX 78522-1111 | | - | | | | | | 21,755.00 |

Sheet no. __17__ of __37__ sheets attached to Schedule of                  Subtotal
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)     **53,971.80**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Edscha North America, Inc.**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Controls for assembly equipment | | | | |
| **INTEC AUTOMATED CONTROLS**<br>**14050 SIMONE DR**<br>**SHELBY TWP, MI 48315** | - | | | | | | 4,305.00 |
| Account No. | | | 1/10/2009<br>Lab Supplies | | | | |
| **IPC**<br>**P O Box 668307**<br>**Pompano Beach, FL 33066-8307** | - | | | | | | 1,934.11 |
| Account No. | | | 11/30/2008<br>Acctng and Eng files - storage | | | | |
| **Iron Mountain**<br>**P O Box 27128**<br>**New York, NY 10087-7128** | - | | | | | | 1,869.02 |
| Account No. | | | | | | | |
| **Jackson Matamoros SA de CV**<br>**AV Uniones#2300 Parque Industrial**<br>**Del Norte H. Matamoros**<br>**Tamaulipas, MEXICO   87316** | - | | | | | | 531,453.00 |
| Account No. | | | Die work | | | | |
| **JNM TOOL & MANUFACTURE**<br>**3900 DELDUCA DRIVE**<br>**OLD CASTLE**<br>**ONTARIO, CANADA NOR10** | - | | | | | X | 25,000.00 |

Sheet no. __**18**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**564,561.13**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edscha North America, Inc.**_____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2/15/2009 Prototype parts | | | | |
| **Jo-Ad Industries 31465 Stephenson Hwy. Madison Heights, MI 48071-1683** | - | | | | | | | | 10,380.00 |
| Account No. | | | | | 1/13/2009 IT Services from August to December 2008 | | | | |
| **Juan Restrpov 37251 Santa Barabara Dr. Lathrup Village, MI 48076** | - | | | | | | | | 10,400.00 |
| Account No. | | | | | 12/19/2008 Prototype parts | | | | |
| **Karl Spah GmbH Industriestrasse Sheer, GERMANY D72516** | - | | | | | | | | 107.84 |
| Account No. | | | | | 11/6/2008 Prototype parts | | | | |
| **Kenwal Steel Industriestrasse Sheer, GERMANY D72516** | - | | | | | | | | 2,500.00 |
| Account No. | | | | | Employee | | | | |
| **Kmieciak, Ryan 34199 State St. Farmington, MI 48335** | - | | | | | | | X | 0.00 |

Sheet no. __19__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,387.84

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edscha North America, Inc.** _____ ,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | **Employee** | | | X | |
| **Knight, Darlene**<br>**411 S. Old Woodward**<br>**Unit #518**<br>**Birmingham, MI 48009** | | | | | | | | **0.00** |
| Account No. | | - | | **Life insurance** | | | | |
| **Kochanski, Allan**<br>**4209 Blue Heron Drive**<br>**Auburn Hills, MI 48326** | | | | | | | | **Unknown** |
| Account No. | | - | | **Employee** | | | X | |
| **Kosnik, Kelly**<br>**53654 Pappy Lane**<br>**Shelby Twp., MI 48316** | | | | | | | | **0.00** |
| Account No. | | - | | 12/17/2008<br>**Compressor repair and installation of chamber** | | | | |
| **Lee Industrial Contracting**<br>**631 Oakland Ave.**<br>**Ponitac, MI 48342** | | | | | | | | **34,583.80** |
| Account No. | | - | | **Die supplies** | | | | |
| **LINK INDUSTRIAL**<br>**1008 W FERGUSON AVE**<br>**P O BOX 1783**<br>**PHARR, TX 78577** | | | | | | | | **2,606.00** |

Sheet no. __20__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**37,189.80**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edscha North America, Inc.**                                                      ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Freight | | | | |
| **MACH1 AIR SERVICE**<br>**1530 W BROADWAY**<br>**TEMPLE, AZ 85282** | - | | | | | | **19,259.85** |
| Account No. | | | Employee | | | | |
| **Marcella, Claudio Sergio**<br>**1140 Woodbriar Ct.**<br>**Oxford, MI 48371** | - | | | | | X | **0.00** |
| Account No. | | | Two-out prog. die to run RH strap-mid door side, RD. PN 16636407<br>Two-out prog. die to run LH strap-mid door side, RD. PN 16636406 | | | | |
| **Markson Tool & Manufacturing Company**<br>**679 South State Street**<br>**Sparta, MI 49345** | - | | | | | X | **Unknown** |
| Account No. | | | 2/2/2009<br>4th installment of Cons fees for business insurance | | | | |
| **Marsh**<br>**25255 Mound Rd**<br>**Warren, MI 48091** | - | | | | | | **23,436.16** |
| Account No. | | | Employee | | | | |
| **Martin, Matthew**<br>**1558 Maddox St.**<br>**West Bloomfield, MI 48324** | - | | | | | X | **0.00** |

Sheet no. __21__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **42,696.01**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Edscha North America, Inc.**                                    ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Martone, Theresa <br> 5651 Copper Rd. <br> Jackson, MI 49201 | | - | | Employee | | | X | <br><br><br> 0.00 |
| Account No. JD289246 <br><br> McGraw-Hill <br> c/o JD Power and Associates <br> 2625 Townsgate Road <br> Westlake Village, CA 91361 | | - | | One-yr. subscription to North American Automotive Production Forecast | | | | <br><br><br> 10,335.00 |
| Account No. <br><br> Mercedes c/o David D. Dowd III <br> 420 North 20th Street <br> Suite 3400 <br> Birmingham, AL 35203 | | - | | Subrogation rights due to hostage payments | | | | <br><br><br> 214,696.00 |
| Account No. <br><br> Mercer, Daniel <br> 8650 Big Lake Rd. <br> Clarkston, MI 48346 | | - | | Employee | | | X | <br><br><br> 0.00 |
| Account No. <br><br> MEXICO INDUSTRIAL SUPPLY <br> P O BOX 5356 <br> BROWNSVILLE, TX 78523-5356 | | - | | Die supplies | | | | <br><br><br> 16,826.01 |

Sheet no. __22__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

241,857.01

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edscha North America, Inc.** _____,   Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 12/6/2008 Testing services | | | | |
| **MGA Research Box 68-9916 Milwaukee, WI 53268-9916** | - | | | | | | 990.00 |
| Account No. | | | 1/1/2009 membership | | | | |
| **Michigan Chamber of Commerce 600 S. Walnut St. Lansing, MI 00489-3322** | - | | | | | | 395.00 |
| Account No. | | | Die supplies | | | | |
| **MICHIGAN COATING PRODUCTS INC 601 IONIA AVE GRAND RAPIDS, MI** | - | | | | | | 96.10 |
| Account No. | | | Raw material | | | | |
| **MNP CORPORATION DRAWER 0116 P O BOX B33321 DETROIT, MI 48232-5231** | - | | | | | | 154.29 |
| Account No. | | | Spare parts | | | | |
| **Moeller Manufacturing Company, Inc. James M Dworman-Dean & Fulkerson PC 801 W. Big Beaver Rd., 5th Floor Troy, MI 48084** | - | | | X | X | X | Unknown |

Sheet no. __23__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **1,635.39**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edscha North America, Inc.**                                              ,   Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Maintenance supplies | | | | |
| MOTION INDUSTRIES INC P O BOX 849737 DALLAS, TX 78284 | - | | | | | | | | 4,528.75 |
| Account No. | | | | | Fasteners | | | | |
| Motor City Fastener 1600 East Ten Mile Road Hazel Park, MI 48030 | - | | | | | | | | 1,676.54 |
| Account No. | | | | | Professional fees servicing disability claims | | | | |
| NGS American, Inc. P.O. Box 7676 Saint Clair Shores, MI 48080-7676 | - | | | | | | | | 375.00 |
| Account No. | | | | | Subrogation rights due to hostage payments | | | | |
| Nissan Motor c/o Michael R. Paslay Waller Lansden Dortch & Davis LLP 511 Union Street, Suite 2700 Nashville, TN 37219 | - | | | | | | | | 348,021.00 |
| Account No. | | | | | Employee | | | | |
| O'Bryan, Gary 19537 Waltham Beverly Hills, MI 48025 | - | | | | | | | X | 0.00 |

Sheet no. __24__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **354,601.29**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edscha North America, Inc.**                                    ,    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2/21/2009 Consulting | | | | |
| O'Keefe, Timothy 8919 Knolson Ave. Livonia, MI 48150 | | - | | | | | | 1,000.00 |
| Account No. | | | | Employee | | | | |
| Oancea, Timothy 2753 Bradway Blvd. Bloomfield Hills, MI 48301 | | - | | | | | X | 0.00 |
| Account No. | | | | 2/15/2009 Dues for 2009 | | | | |
| OESA 1301 West Long Lake   Ste 225 Troy, MI 48098 | | - | | | | | | 7,200.00 |
| Account No. | | | | Office supplies | | | | |
| Office Depot c/o James Stevens & Daniels 1283 College Park Drive Dover, DE 19904-8713 | | - | | | | | X | Unknown |
| Account No. | | | | Maintenance supplies | | | | |
| ORBITFORM 1600 EXECUTIVE DR JACKSON, MI 49203 | | - | | | | | | 901.00 |

Sheet no. __25__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,101.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edscha North America, Inc.**                                              ,    Case No. _____
                                               Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2/5/2009 membership dues-final | | | | |
| Pacer Service Center P O Box 70951 Charlotte, NC 28272-0951 | - | | | | | | | 15.44 |
| Account No. | | | | Employee | | | | |
| Painter (Hefferman), Lena 464 Schoolhouse St. Ortonville, MI 48462 | - | | | | | | X | 0.00 |
| Account No. | | | | Event tickets | | | | |
| Palace of Auburn Hills c/o Palace Sports & Entertainment 6 Championship Drive Auburn Hills, MI 48326 | - | | | | | | X | 29,000.00 |
| Account No. | | | | Employee | | | | |
| Park, Jeffry 118 E. Washington Milford, MI 48381 | - | | | | | | X | 0.00 |
| Account No. | | | | Warehouse | | | | |
| PARKER & COMPANY P O BOX 271 BROWNSVILLE, TX 78521 | - | | | | | | | 10,526.54 |

Sheet no. __26__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         39,541.98

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Edscha North America, Inc.** _____,    Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Employee | | | | |
| Parker, Thomas 7107 Elder Ct. S. West Bloomfield, MI 48324 | | - | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Employee | | | | |
| Payne, Greg 2554 Mentz Dr. Romeo, MI 48065 | | - | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Financial Accounting Software Licenses and Maintenance | | | | |
| PEARTREE SOFTWARE 550 PARKSIDE DR  UNIT 8A WATERLOO, ONTARIO, CANADA N2L5V4 | | | | | | | | |
| | | | | | | | | 7,896.00 |
| Account No. | | | | Straps for shipping parts | | | | |
| Pentar Stamping P.O. Box 1449 Jackson, MI 49204 | | - | | | | | | |
| | | | | | | | | 9,123.57 |
| Account No. | | | | Employee | | | | |
| Pepperman, Cyndi 1650 High Pointe Dr. Commerce Twp., MI 48390 | | - | | | | | X | |
| | | | | | | | | 0.00 |

Sheet no. __27__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **17,019.57**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edscha North America, Inc.**                                              ,            Case No. _____

                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **PP2 4149143-005** <br><br> **Pitney Bowes Global Financial Services** <br> **c/o LTD Financial Services, L.P.** <br> **7322 Southwest Freeway** <br> **Suite 1600** <br> **Houston, TX 77074** | | - | | | **Lease of postage meter - postage meter returned** | | | X | 0.00 |
| Account No. <br><br> **PRECISION RESOURCE KETCHENER PLANT** <br> **265 BREITHAUPT ST** <br> **KITCHENER,  ONTARIO, CANADA** <br> **N2H5H3** | | - | | | **Die supplies** | | | | 4,768.57 |
| Account No. <br><br> **PRODUCT ACTION INTERNATIONAL** <br> **2506 RELIABLE PARKWAY** <br> **CHICAGO, IL 60686-0025** | | - | | | **Rework** | | | | 14,930.95 |
| Account No. <br><br> **Proffit, Shawn** <br> **18540 Morningside** <br> **Eastpointe, MI 48021** | | - | | | **Employee** | | | X | 0.00 |
| Account No. <br><br> **PROMESS INCOR.** <br> **11429 EAST GRAND RIVER** <br> **P O BOX 748** <br> **BRIGHTON, MI 48116** | | - | | | **Maintenance supplies** | | | | 5,161.58 |

Sheet no. __28__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   24,861.10

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edscha North America, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Maintenance supplies | | | | |
| PSI REPAIR SERVICES INC 11900 MAYFIELD LIVONIA, MI 48150-1785 | - | | | | | | | 5,563.00 |
| Account No. | | | | Quality control service | | | | |
| QCT TECH 1605 EAST AVIS DRIVE MADISON HEIGHTS, MI 48071 | - | | | | | | | 6,450.00 |
| Account No. | | | | 10/31/2008 Patent attorneys | | | | |
| Radar Fishman 6756 Reliable Parkway Chicago, IL 60686 | - | | | | | | | 12,654.71 |
| Account No. | | | | Zinc plating | | | | |
| REINFRO LLC 3320 E  14TH STREET BROWNSVILLE, TX 78521 | - | | | | | | | 36,310.73 |
| Account No. | | | | 2/9/2009 copier maintenance | | | | |
| Ricoh Americas Corp PO Box 4245 Carol Stream, IL 60197-4245 | - | | | | | | | 264.05 |

Sheet no. __29__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

61,242.49

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __**Edscha North America, Inc.**_____,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Rework | | | | |
| **RIF ERVICES LLC**<br>**1900 BILLY MITCHELL BLVD. STE B**<br>**BROWNSVILLE, TX 78521** | - | | | | | | 8,017.00 |
| Account No. | | | Warehouse rental - $7,000 rental per month | | | | |
| **Rinehart Properties**<br>**802 Flamingo Drive**<br>**Apollo Beach, FL 33572** | - | | | | | X | Unknown |
| Account No. | | | 1/31/2009<br>**Annual flag manintenance** | | | | |
| **Rocket Enterprise**<br>**30660 Ryan**<br>**Warren, MI 48092** | - | | | | | | 829.15 |
| Account No. | | | 11/30/2008<br>**testing** | | | | |
| **Roush Industries**<br>**12011 Market Street**<br>**Livonia, MI 48150** | - | | | | | X | 4,500.00 |
| Account No. | | | 12/11/2008<br>**Prototype parts** | | | | |
| **RPK Mexico**<br>**RFC REM-010301-JY8**<br>**Oriente5, no. 132, Ciudad Industrial**<br>**C.P. 38010 Celaya    GTO, MEXICO**<br>**38010-0** | - | | | | | | 15,300.00 |

Sheet no. __**30**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **28,646.15**

B6F (Official Form 6F) (12/07) - Cont.

In re **Edscha North America, Inc.** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Bushings | | | | |
| SAINT GOBAIN - GMBH AM NORDKANAL 37 WILLICH NORDRHEIN WESTFALEN, GERMANY D47877 | | - | | | | | | 635.10 |
| Account No. | | | | Bushings | | | | |
| SAINT GOBAIN PERFORMANCE P O BOX 64-2625 PITTSBURGH, PA 15264-2625 | | - | | | | | | 6,049.14 |
| Account No. | | | | Bushings | | | | |
| SAINT GOBAIN PERFORMANCE PLASTICS INDUSTRIAL AEROSPACIAL 3601 FRACC.INDUSTRIAL SALTILLO-RAMOS RAMOS ARIZPE, COAHILA MEXICO | | - | | | | | | 7,430.61 |
| Account No. | | | | Employee | | | | |
| Salazar, Marcelo 615 Woodglen Cir. Apt. #207 Auburn Hills, MI 48341 | | - | | | | | X | 0.00 |
| Account No. | | | | Employee | | | | |
| Schneider-Weidmann, Gunnar 508 Georgian Ct. Troy, MI 48098 | | - | | | | | X | 0.00 |

Sheet no. __31__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,114.85

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edscha North America, Inc.**                                      ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 12/6/2008 cylinder rod | | | | |
| Shaltz Fluid Power 5163 Commerce Rd. Flint, MI 48507 | - | | | | | | |
| | | | | | | | 2,423.29 |
| Account No. | | | Rework & quality liason | | | | |
| SHIELDS, LISA 4000 ALPINE PRWY A4 ZANESFIELD, OH 43360 | - | | | | | | |
| | | | | | | | 160.00 |
| Account No. | | | 12/2/2008 shredding services | | | | |
| Shred-it 1351 Combermere Troy, MI 48083 | - | | | | | | |
| | | | | | | | 147.20 |
| Account No. | | | 4/7/2009 Maintenance, enhancement and support services | | | | |
| Siemens Product Lifecycle P O Box 502825 Sterling Heights, MI 63150-2825 | - | | | | | | |
| | | | | | | | 1,511.00 |
| Account No. | | | Maintenance supplies | | | | |
| SIEMERS INSPECTION SERVICE 713 W PRAIRIE ST VICKSBURG, MI 49097 | - | | | | | | |
| | | | | | | | 7,125.00 |

Sheet no. __32__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,366.49

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edscha North America, Inc.**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 12/24/2008 Temp staff from beginning of December | | | | |
| Snelling Staffing P O Box 214059 Auburn Hills, MI 48321 | | - | | | | | | | 2,006.98 |
| Account No. | | | | | Raw material | | | | |
| SPRING ENTERPRISES LLC 414 N. JACKSON ST.  87/11 JACKSON, MI 49201 | | - | | | | | | | 29,563.77 |
| Account No. | | | | | Workmen's compensation insurance claims payment | | | | |
| St. Paul Travelers c/o Bank of America 91287 Collections Center Drive Chicago, IL 60693-1287 | | - | | | | | | | 62,492.00 |
| Account No. | | | | | Quality control service | | | | |
| STORK TECHNIMET INC P O BOX 673666 DETROIT, MI 48267-3666 | | - | | | | | | | 1,858.08 |
| Account No. | | | | | Zinc plating | | | | |
| STS Manufacturing, Inc. 3547 East 14th Street Suite G Brownsville, TX 78521-3242 | | - | | | | | | | 34,048.91 |

Sheet no. __33__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **129,969.74**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Edscha North America, Inc._____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 12/18/08 Phone maintenance | | | | |
| SunTel Services 1095 Crooks Road Suite 100 Troy, MI 48084 | - | | | | | | X | |
| | | | | | | | | 3,684.88 |
| Account No. | | | | Employee | | | | |
| Tabacaru, Danut 2180 Bass Lake Rd. Commerce Twp., MI 48382 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Leasing | | | | |
| THE COPYLADY LLC P O BOX 3229 BROWNSVILLE, TX 48523-3229 | - | | | | | | | |
| | | | | | | | | 5,795.51 |
| Account No. | | | | 12/30/2008 Chamber services | | | | |
| Thermatron Industries MB Unit 689590 Milwaukee, WI 53268 | - | | | | | | | |
| | | | | | | | | 975.00 |
| Account No. | | | | Fasteners | | | | |
| THOMSON FASTENERS INC 290 FOURTH STREET POSTAL BAG 5300 GANANOQUE  ONTARIO, CANADA K7G-2W9 | - | | | | | | | |
| | | | | | | | | 5,472.20 |

Sheet no. __34__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,927.59

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edscha North America, Inc.**                                                              Case No. _____

_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Employee | | | | |
| Threloff, Debra 856 White St. Lincoln Park, MI 48146 | | - | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | 9/13/07 Various Tool Ventures Jobs involving Die Repair including all parts, tools, accessions, fittings, increases, parts, repairs, supplies, engineering changes, relating to the various jobs. | | | | |
| Tool Ventures, Inc. 4621 Spartan Industrial Drive Grandville, MI 49418 | | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | 11/7/07 Equipment | | | | |
| Tool-Plas Systems, Inc. 1905 Black Acre Drive Oldcastle Ontario CANADA NOR 1L0 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Professional Services 5500 Consulting | | | | |
| Towers Perrin P.O. Box 8500 S-6110 Philadelphia, PA 19178-6110 | | - | | | | | | |
| | | | | | | | | 4,360.92 |
| Account No. | | | | Plating services | | | | |
| TRICO COMPONENTS 1354 RELIABLE PARKWAY CHICAGO, IL 60686-0001 | | - | | | | | | |
| | | | | | | | | 13,206.31 |

Sheet no. __35__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    17,567.23

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Edscha North America, Inc.**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | Employee | | | X | |
| Vazquez, Agustin Calle hacienda SanDiego delos Padres 28 Fraccionamiento Santa Elena San Mateo Atenco 52100 Estado de MEXICO, IA 52100 | | | | | | | | 0.00 |
| Account No. | | - | | Custom tooling GM351/3/4 | | | X | |
| Wardcraft Conveyor & Die Products One Wardcraft Drive Spring Arbor, MI 49283 | | | | | | | | 29,475.00 |
| Account No. | | - | | Employee | | | X | |
| Webb, Roy 54651 Marissa Way Shelby Twp., MI 48316 | | | | | | | | 0.00 |
| Account No. | | - | | Quality control service | | | | |
| WEIGHT & TEST SOLUTIONS INC. P O BOX 4296 BROWNSVILLE, TX 78523-4296 | | | | | | | | 1,244.88 |
| Account No. | | - | | Leasing | | | | |
| WELLS FARGO FINANCIAL LEASING P O BOX 6434 CAROLD STREAM, IL 60197-6434 | | | | | | | | 11,228.41 |

Sheet no. __36__ of __37__ sheets attached to Schedule of          Subtotal                | 41,948.29 |
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Edscha North America, Inc.** _____, Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Employee | | | | |
| West, Frank 18310 Birch Dr. Macomb, MI 48044 | | - | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Employee | | | | |
| Wheeler, Robert 7250 N. Village Dr. Clarkston, MI 48346 | | - | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Employee | | | | |
| Wiese, Crystal 56445 Scotland Blvd. Shelby Twp., MI 48316 | | - | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Employee | | | | |
| Wiese, Stephen 9560 Arnold Fair Haven, MI 48023 | | - | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Employee | | | | |
| Zoldak, Timothy 920 Elm Ave. Windsor, Ont. Canada N9A 5H5 | | - | | | | | X | |
| | | | | | | | | 0.00 |

Sheet no. __37__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

Total
(Report on Summary of Schedules)      43,129,465.67

B6G (Official Form 6G) (12/07)

In re    **Edscha North America, Inc.**                                                     Case No. _____

                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **2880 Centerpoint Investments LLC**<br>**c/o Bernard Financial**<br>**Etkin Equities, 200 Franklin Center**<br>**29100 Northwestern Highway**<br>**Southfield, MI 48341** | **2800 Centerpoint Parkway, Suite 100 lease -**<br>**$36,989 rental per month thru 2013** |
| **BP Commercial, LLC**<br>**c/o Broder & Sachse RE Service**<br>**Attn:  Property Manager**<br>**260 E. Brown St., Suite 200**<br>**Birmingham, MI 48009** | **Month to Month  - $368.21 per month**<br>**Birmingham Place Office, 401 S. Old Woodward,**<br>**Suite 438B, Birmingham, MI 48009** |
| **GE Commercial Finance**<br>**Global Asset Management**<br>**44 Old Ridgebury Road**<br>**Danbury, CT 06810** | **Account 4128459-0008**<br>**2005 U251 Automotive Assembly Line plus all**<br>**attachments, accessories and related equipment -**<br>**$4,585 rental per month thru 2013** |
| **GE Commercial Finance**<br>**Global Asset Management**<br>**44 Old Ridgebury Road**<br>**Danbury, CT 06810** | **Account 4128459-0007**<br>**2005 U251 Automotive Assembly Line plus all**<br>**attachments, accessories and related equipment -**<br>**$52,000 rental per month thru 2013** |
| **GE Commercial Finance**<br>**Global Asset Management**<br>**44 Old Ridgebury Road**<br>**Danbury, CT 06810** | **Account 4128459-000_**<br>**Furniture lease - $5,669.94 rental per month thru**<br>**2011** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Edscha North America, Inc.**                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Edscha AG**<br>**Postfach 100951**<br>**D42809 Remscheid, GERMANY** | **CEF & Associates c/o Timothy Ferrel**<br>**Simon, Galasso & Frantz PC**<br>**363 W Big Beaver Rd, #250**<br>**Troy, MI 48084** |
| **Edscha AG**<br>**Postfach 100951**<br>**D42809 Remscheid, GERMANY** | **HVB Banque Luxembourg Societe**<br>**FKA-KRE/SFB2, 4, rue Alphonse**<br>**Weiker, Luxembourg**<br>**LUXEMBOURG L-2721** |
| **Edscha AG**<br>**Postfach 100951**<br>**D42809 Remscheid, GERMANY** | **Intermediate Capital Group PLC**<br>**20 Old Broad Street**<br>**London EC2N 1DP**<br>**UNITED KINGDOM** |
| **Edscha Jackson Inc.**<br>**30555 Southfield Road**<br>**Suite 50**<br>**Southfield, MI 48076** | **General Electric Capital Corp**<br>**1301 Virginia Drive**<br>**Suite 200**<br>**Fort Washington, PA 19034** |
| **Edscha Mexico S.A. de C.V.**<br>**Cirquito Mexico S.A. de C.V.**<br>**Parque Industrial Tres Nacion 78395**<br>**San Luis Potosi, MEXICO** | **CEF & Associates c/o Timothy Ferrel**<br>**Simon, Galasso & Frantz, PC**<br>**363 W Big Beaver Rd #250**<br>**Troy, MI 48084** |
| **Edscha Mexico S.A. de C.V.**<br>**Cirquito Mexico S.A. de C.V.**<br>**Parque Industrial Tres Nacion 78395**<br>**San Luis Potosi, MEXICO** | **HVB Banque Luxembourg Societe**<br>**FKA-KRE/SFB2, 4, rue Alphonse**<br>**Weiker, Luxembourg**<br>**LUXEMBOURG L-2721** |
| **Edscha Mexico S.A. de C.V.**<br>**Cirquito Mexico S.A. de C.V.**<br>**Parque Industrial Tres Nacion 78395**<br>**San Luis Potosi, MEXICO** | **Intermediate Capital Group PLC**<br>**20 Old Broad Street**<br>**London EC2N 1DP**<br>**UNITED KINGDOM** |
| **Edscha New York**<br>**130 Pine Drive**<br>**Amherst, NY 14228** | **CEF & Associates c/o Timothy Ferrel**<br>**Simon, Gelasso & Frantz PC**<br>**363 W Big Beaver Rd #250**<br>**Troy, MI 48084** |
| **Edscha of Canada LP**<br>**5795 Don Murie Street**<br>**Niagara Falls**<br>**Ontario, CANADA  L2E6X8** | **CEF & Associates c/o Timothy Ferrel**<br>**Simon, Gelasso & Frantz PC**<br>**363 W Big Beaver Rd #250**<br>**Troy, MI 48084** |

1

_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

In re    **Edscha North America, Inc.**_____,    Case No. _____
                                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Edscha Roof Systems Mexico SA de CV**<br>**Calle Ernesto Monroy Manzana 4 Lote**<br>**Parque Industrial Exportec 11**<br>**Toluca, Edo de MEXICO** | **CEF & Associates c/o Timothy Ferrel**<br>**Simon, Gelasso & Frantz PC**<br>**363 W Big Beaver Rd #250**<br>**Troy, MI 48084** |
| **Edscha Roof Systems Mexico SA de CV**<br>**Calle Ernesto Monroy Manzana 4 Lote**<br>**Parque Industrial Exportec 11**<br>**Toluca, Edo de MEXICO** | **HVB Banque Luxembourg Societe**<br>**FKA-KRE/SFB2, 4, rue Alphonse**<br>**Weiker, Luxembourg**<br>**LUXEMBOURG L-2721** |
| **Edscha Roof Systems Mexico SA de CV**<br>**Calle Ernesto Monroy Manzana 4 Lote**<br>**Parque Industrial Exportec 11**<br>**Toluca, Edo de MEXICO** | **Intermediate Capital Group PLC**<br>**20 Old Broad Street**<br>**London EC2N 1DP**<br>**UNITED KINGDOM** |
| **Jackson Matamoros S.A. de C.V.**<br>**AV Uniones No. 2300**<br>**Tamaulipas Mexico   87316** | **FINSA**<br>**Ave de la Industria No. 555-C**<br>**Col Valle del Campestre**<br>**San Pedro Garza Garcia N.L. C.P.   66265** |
| **Jackson Matamoros S.A. de C.V.**<br>**AV Uniones No. 2300**<br>**Tamaulipas, MEXICO   87316** | **HVB Banque Luxembourg Societe**<br>**FKA-KRE/SFB2, 4, rue Alphonse**<br>**Weiker, Luxembourg**<br>**LUXEMBOURG L-2721** |
| **Jackson Matamoros S.A. de C.V.**<br>**AV Uniones No. 2300**<br>**Tamaulipas, MEXICO   87316** | **Intermediate Capital Group PLC**<br>**20 Old Broad Street**<br>**London EC2N 1DP**<br>**UNITED KINGDOM** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Edscha North America, Inc.**                                                  Case No. _____

                                          Debtor(s)                          Chapter     **11** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**143**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **October 19, 2009** _____        Signature   **/s/ Darlene Knight** _____

                                                     **Darlene Knight**
                                                     **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Edscha North America, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$84,719,000.00** | **Income from operation of business for fiscal year ending 6/30/07** |
| **$56,725,000.00** | **Income from operation of business for fiscal year ending 6/30/08** |
| **$45,460,538.00** | **Income from operation of business for fiscal year ending 6/30/09** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See SOFA Attachment 3a** | | **$0.00** | **$0.00** |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Edscha AG**<br>**Postfach 100951**<br>**D42809 Remscheid, GERMANY** | **10/08 through 9/09** | **$458,600.08** | **$0.00** |
| **Edscha Espana S.A.**<br>**Santander, SPAIN** | **10/08 through 9/09** | **$19,080.24** | **$0.00** |
| **Edscha of Canada L.P.**<br>**5795 Don Murie Street**<br>**Niagara Falls**<br>**Ontario, CANADA L2E6X8** | **10/08 through 9/09** | **$115,010.69** | **$0.00** |
| **Edscha Roof Systems, Inc.** | **10/08 through 9/09** | **$32,931.15** | **$0.00** |
| **Edscha Roof Systems Mexico SA de CV**<br>**Calle Ernesto Monroy Manzana 4 Lote**<br>**Parque Industrial Exportec 11**<br>**Toluca, Edo de MEXICO** | **10/08 through 9/09** | **$30,227.71** | **$0.00** |
| **Edscha Roof - Spartanburg LLC**<br>**805 Suburban Park Drive**<br>**Greer, SC 29651** | **10/08 through 9/09** | **$111,659.85** | **$0.00** |

3

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of
☐  this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Michigan Sales and Use Tax Audit** | **Tax Audit** | **Michigan Department of Revenue** | **In process** |
| **Mary Ebersole, et al. v. Edscha Jackson, Inc. d/b/a Edscha North America 08-cv-12925** | **Alleged ERISA violation under Federal Law and an age discrimination claim under the Elliot Larson Civil Rights Act of Michigan** | **United States District Court, Eastern District of Michigan, Southern Division** | **Plaintiffs filed a motion 6/11/09 requesting the addition of Edscha AG as party defendant and a temporary stay of activity for 60 days.** |
| **Dolly Hunt, et al. v. Edscha AG 09-cv-12045** | **Class action filed 5/27/09 on behalf of hourly union retirees of the Jackson Plant covered by a Retiree Health Plan** | **United States District Court, Eastern District of Michigan** | **Pending** |
| **U.S. Dept. of Labor, Employee Benefits Security Administration v. Edscha Jackson, Inc., Administrator of Edscha Jackson, Inc. Union 670 401(k) Plan and Edscha jackson, Inc. Salaried 401(k) Plan 08-0846D** | **Appeals of penalties levied by the Dept. of Labor** | **United States Department of Labor, Office of Administrative Law Judges** | **Appeals entered 8/19/08; no trial date set** |
| **Roush Industries v. Edscha North America 09-147585GC** | **Breach of contract** | **State of Michigan, 50th Judicial District** | **Pending** |
| **Edscha North America, Inc. v. Tool-Plas Systems, Inc.** | **Debtor filed suit for production of dies to produce door and trunk hinges that did not meet standards** | **American Arbitration Association** | **Edscha North America dismissed.  Case abandoned.** |
| **Moeller Mfg. Company v. Edscha North America Inc. Case No. 08-090979-CK** | **Breach of contract** | **State of Michigan 6th Judicial Circuit 1200 N. Telegraph Road, Dept. 404 Pontiac, MI 48341** | **During the discovery process the Case Evaualtion panel recommended the parties settle the case for $18,000 which was accepted.  Case resolved.** |
| **Air Road Express, Inc./Celadon v. Edscha North America Inc.** | **Dispute over logistics and transportation services provided to Debtor.** | | **No activity since August 2008.** |
| **Rinehart Properties, LLC v. Edscha Jackson, Inc.** | **Eviction proceeding** | **State of Michigan 52-4 Judicial District** | **Pending** |
| **Detroit Testing Laboratory, Inc. v. Edscha North America, Inc. 09-102027** | **Collection action** | **Oakland County Clerk's Office** | **Pending** |
| **Wardcraft Conveyor & Dir Products and Bree D. Vincent v. Edscha North America, Inc. 091478CK** | **Breach of Contract / unjust enrichment** | **4th Judicial Circuit Court, Jackson County, Michigan** | **Pending** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Vincente Rangel Mancilla v. Edscha North America** | | **Second District Court in the State of San Luis Potosi, San Luis Potosi Matehuala, San Luis Potosi, Zip 78170, Mexico** | **Pending** |
| **Edscha of Canada, L.P., Edscha Mexico S.A. de C.V., Edscha Jackson, Inc., Jackson Matamoros S.A. de C.V. and Edscha Roof Systems Mexico S.A. de C.V., all doing business as Edscha North America v. CEF & Associates** | **Business Dispute - Sales Representative Matter** | **State of Michigan - Oakland County Circuit Court** | **Settlement Agreement entered and payments being made** |
| **Suntel Services, LLC v. Edscha North America, Inc. 09-149667-GC** | **Breach of contract suit filed 8/18/09** | **State of Michigan 50th Judicial District** | **Pending** |
| **2880 Centerpoint Investments, LLC v. Edscha Jackson, Inc.** | **Demand for Possession** | **State of Michigan Demand for Possession and Non-Payment of Rent** | **Pending** |
| **Palace Sports & Entertainment v. Edscha North America, Inc. 09103718CK** | **Civil Action** | **6th Circuit Court, Oakland County, MI** | **Pending** |

None ☐   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Moeller Manufacturing Company, Inc. c/o James W. Dworman Dean & Fulkerson, PC 801 W Big Beaver Rd., 5th Floor Troy, MI 48084** | **5/6/2009** | **Judgement Creditor took possession of a car and forklift. Creditor returned these assets when payment was made to creditor in the amount of approximately $18k.** |

**5. Repossessions, foreclosures and returns**

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Pitney Bowes c/o LTD Financial Services, L.P. 7322 Southwest Freeway Suite 1600 Houston, TX 77074** | | **Leased postage meter returned** |
| **Ikon Financial P.O. Box 9115 Macon, GA 31208-9115** | | **Leased copier returned** |

5

**6. Assignments and receiverships**

None ■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ☐
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Auto Show Charity Payment**<br>**Metro Detroit Area Service Center**<br>**20450 Civic Center Drive**<br>**Southfield, MI 48076** | | **January, 2009** | **$5,200** |

**8. Losses**

None ■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Arnstein & Lehr LLP**<br>**120 South Riverside Plaza**<br>**Suite 1200**<br>**Chicago, IL 60606** | | **$100,321.00** |
| **Arnstein & Lehr LLP**<br>**120 S. Riverside Plaza**<br>**Suite 1200**<br>**Chicago, IL 60606** | | **$88,632.72 Retainer** |

6

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Foley & Lardner, LLP**<br>**One Detroit Center**<br>**500 Woodward Avenue, Suite 2700**<br>**Detroit, MI 48226-3489** | **8/31 and 9/9/09** | **$58,400.30** |
| **Sitko & Co.**<br>**516 West University**<br>**Rochester, MI 48306** | **9/15/09** | **$10,000** |

### 10. Other transfers

None ☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **2880 Centerpoint Investments LLC**<br>**c/o Bernard Financial**<br>**Etkin Equities, 200 Franklin Center**<br>**29100 Northwestern Highway**<br>**Southfield, MI 48341** | **9/15/09** | **Leasehold improvements abandoned to landlord when Debtor moved from 2880 Centerpoint Parkway, Pontiac, MI to Birmingham Place Office, 401 S. Old Woodward, Suite 438B, Birmingham, MI:  Exterior Lights, Four Flag Poles & Flags, Lights for Flags, Internal/External Overhead Door, Furniture Hool Electrical/Glass Interior Doors, Painting, Tile, Glass, Electrical, Etc., and Installed Carpeting.  Net Book Value = $36,966.40.** |

None ☑    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Comerica Bank**<br>**500 Woodward Avenue**<br>**Detroit, MI 48226** | **Edscha Jackson, Inc. Account #1850885581** | **9/21/09** |
| **Comerica Bank**<br>**500 Woodward Avenue**<br>**Detroit, MI 48226** | **Edscha Jackson, Inc. Commercial Loan #98951729880000000000** | **9/21/09** |
| **National City Bank**<br>**44330 Woodward Avenue**<br>**Pontiac, MI 48341** | **Edscha North America, Inc. Account #985014297** | **8/28/09** |

7

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| . | **Customers have asserted setoff rights against the related accounts receivables based on the accomodation funding paid pre-petition.** | **$2,628,964.00** |

**14. Property held for another person**

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **GE Furniture Storage Morse Moving & Storage 27651 Hidebrandt Suite 100 Romulus, MI 48174** | **GE Capital - furniture lease Assets abandoned by GE Capital on 9/15/09** | **Value and location of property undetermined at this time** |

**15. Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **2300 East Ganson Street Jackson, MI 49202** | **Edscha Jackson, Inc. used to own a manufacturing facility in Jackson, Michigan.** | **1998 - 5/2/08** |
| **2800 Centerpoint Parkway Pontiac, MI 48341** | **Edscha North America, Inc.** | **12/02 - 9/15/09** |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

8

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
■  or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■  Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■  the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
■  ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or

owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Pepperman, Cyndi**<br>**Edscha Birmingham**<br>**401 South Old Woodward**<br>**Suite 438B**<br>**Birmingham, MI 48009** | **10/15/07 - Present** |
| **Dorcey, John**<br>**5055 Greenfield**<br>**Brighton, MI 48114** | **9/25/06 - 9/30/07** |
| **Saltz, Marcia**<br>**11346 Sauk Trail**<br>**Jerome, MI 49249** | **8/27/01 - 1/30/09** |
| **Ruiz, Eduardo**<br>**Avendia Uniones 2300**<br>**Parque Industrial del Norte**<br>**Matamoros, MEXICO** | **6/11/08 - 9/18/09** |
| **Gonzalez, Joel**<br>**Avendia Uniones 2300**<br>**Parque Industrial Del Norte**<br>**Matamoros, MEXICO** | **3/25/08 - 5/21/09** |
| **Perez, Arturo**<br>**Avendia Uniones 2300**<br>**Parque Industrial del Norte**<br>**Matamoros, MEXICO** | **3/2/05 - 1/31/08** |
| **Rodriegez, Hugo**<br>**Avendia Uniones 2300**<br>**Parque Industrial del Norte**<br>**Matamoros, MEXICO** | **12/1/07 - 2/28/08** |
| **Ernst & Young**<br>**One Kennedy Square**<br>**777 Woodward Avenue**<br>**Suite 1000**<br>**Detroit, MI 48226-5495** | **2000 - Present** |
| **Weiss, Volker**<br>**Edscha AG**<br>**Hohenhagener Str 26.28**<br>**D42855 Remscheid GERMANY** | **Books and records were used on a consolidated basis with parent corporation.** |
| **Kleist, Jurgen**<br>**Edscha AG**<br>**Hohenhagener Str 26.28**<br>**D42855 Remscheid GERMANY** | **Books and records were used on a consolidated basis with parent corporation.** |
| **Garcia, Ernesto**<br>**Avendia Uniones 2300**<br>**Parque Industrial del Norte**<br>**Matamoros, MEXICO** | **3/22/95 - Present** |

None    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
☐    of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Sitko & Co.** | **516 West University**<br>**Rochester, MI 48307** | **2009** |
| **Ernst & Young** | **c/o Brian Coughlin**<br>**One Kennedy Square, Suite 1000**<br>**777 Woodward Avenue**<br>**Detroit, MI 48226** | **2000 - present** |
| **Hurtado Ruiz y Compania, S.C.** | **Attn: Hurtado Ruiz Cia**<br>**Norte 4 No.1 entre Av Lauro Villar y Oriente 2**<br>**Matamoros, Tamaulipas**<br>**MEXICO** | **2000 - present** |

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐    of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Pepperman, Cyndi** | **Edscha Birmingham**<br>**401 South Old Woodward**<br>**Suite 438B**<br>**Birmingham, MI 48009** |
| **Garcia, Ernesto** | **Avendia Uniones 2300**<br>**Parque Industrial del Norte**<br>**Matamoros, MEXICO** |

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐    issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Edscha AG**<br>**Hohenhagener Strasse 26-28**<br>**42855 Remscheid, GERMANY** | **Monthly until May 2009** |

**20. Inventories**

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
☐    and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **Due to size, inventory not attached but will be provided upon request.** | | **9/09** |
| **Due to size, inventory not attached but will be provided upon request.** | | **5/09 and 6/08** |

None    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
☐

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **Due to size, inventory not attached but will be provided upon request.** | **Cynthia Pepperman**<br>**Centerpoint** |
| **Due to size, inventory not attached but will be provided upon request.** | **Ernesto Garcia**<br>**Jackson Matamoros** |

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Edscha of New York, Inc.**<br>**130 Pineview Drive**<br>**Amherst, NY 14228** | | **Holding Company 100% interest** |

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Cheryl Benway**<br>**5199 North Genesse Road**<br>**Flint, MI 48506** | **Treasury Manager** | **7/31/09** |
| **Roy Webb**<br>**697 Penny Lane**<br>**Burlington, Ontario**<br>**CANADA L7T4H9** | **Vice President of Engineering** | **6/4/09** |
| **Dr. Manfred Puhlmann**<br>**Edscha AG**<br>**Hohenhagener Strasse 26-28**<br>**42855 Remscheid, GERMANY** | **Director** | **7/30/09** |
| **Volker Weiss**<br>**Edscha AG**<br>**Hohenhagener Strasse 26-28**<br>**42855 Remscheid, GERMANY** | **Director** | **7/30/09** |
| **Hans Peter Schulz**<br>**Edscha AG**<br>**Hohenhagener Strasse 26-28**<br>**42855 Remscheid, GERMANY** | **Director** | **7/30/09** |

12

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Darlene Knight**<br>**Edscha Birminigham**<br>**401 South Old Woodward**<br>**Suite 438B**<br>**Birmingham, MI 48009**<br>**President** | **November 2008 Bonus and compensation** | **$361,204.49** |
| **Roy Webb**<br>**697 Penny Lane**<br>**Burlington, Ontario**<br>**CANADA L7T4H9**<br>**Former Vice President of Engineering** | **November 2008 Bonus and compensation** | **$292,101.41** |
| **Cheryl Benway**<br>**5199 North Genesse Road**<br>**Flint, MI 48506**<br>**Treasury Manager** | **Compensation and bonus** | **$74,836.76** |

**24. Tax Consolidation Group.**

None ☐    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Edscha of New York, Inc.**<br>**130 Pineview Drive**<br>**Amherst, NY 14228** | **98-0198802** |

**25. Pension Funds.**

None ☐    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Edscha Jackson, Inc. Salaried Employees 401(k) Plan** | **38-3385309 Plan 001** |
| **Edscha Jackson, Inc. Union 670 401(k) Plan** | **38-3385309 Plan 004** |
| **Edscha Jackson, Inc. Hourly Employees Retirement Plan** | **38-3385309 Plan 002** |

13

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **October 19, 2009**                            Signature    **/s/ Darlene Knight**

                                                          **Darlene Knight**

                                                          **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

New Century Account #1043140

| date of Request | request from | category classification | Vendor | Customer | invoice number | invoice date | Reason for Expense | Past due date | Deposit | Payment | Payment date paid | Wire No. Wire Conf. # | Check/WC amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/22/2009 | D Knight | Legal Fees | Arnstein & Lehr | | Retainer Agreement | 7/22/2009 | Legal Retainer - to file petition | 7/2/2009 | $850,000.00 | $5.00 | 7/2/2009 | WIRE | |
| 7/22/2009 | D Threoff | Legal Fees | Arnstein & Lehr | | Retainer Agreement | 7/22/2009 | Legal Retainer - post petition | 7/2/2009 | | $50,000.00 | 7/2/2009 | | |
| 7/22/2009 | R Webb | acting software | Infinsource | Comerica | 7478 | 7/22/2009 | wire fee | 7/2/2009 | | $100,000.00 | 7/2/2009 | | |
| Deposit | | | Comerica | | | 7/22/2009 | COBRA reimb | 7/2/2009 | | $40.00 | 7/2/2009 | | |
| | | | National City | Comerica | | 7/22/2009 | Move our SLF Comerica acct | 7/2/2009 | $152,717.75 | $5.00 | 7/2/2009 | | |
| | | | Knut Hansel | | 6256-720 | 7/22/2009 | Close SLF Comerica acct | 7/2/2009 | $59,448.74 | $5.00 | 7/22/2009 | | |
| 7/24/2009 | K Hansel | expenses | USPS | | 6256-720 | 7/20/2009 | Close National City acct | 7/2/2009 | $51,250.59 | $5.00 | 7/22/2009 | | |
| 7/24/2009 | D Threoff | postage | US Industrial Tech | | 2583230901-0095 | 7/24/2009 | wire fee for above wire | 7/2/2009 | $3,917.66 | $40.00 | 7/22/2009 | | |
| 7/27/2009 | R Webb | waste removal | | | quote | 7/20/2009 | K Hansel Expense reports | 7/23/2009 | | $40.00 | 7/22/2009 | 901 | |
| 7/27/2009 | T Parker | personnel | Marcelo Salazar | | empl agreement | 7/24/2009 | postage | 7/27/2009 | | $65.66 | 7/22/2009 | 902 | |
| 7/27/2009 | C Pepperman | acting software | Peartree | | 6290/2009 | 7/27/2009 | removal of hazardous waste transfer | 7/27/2009 | | $2,695.00 | 7/22/2009 | 903 | |
| 7/27/2009 | C Pepperman | phones | AT&T | | 7/7-8/6 | 7/9/2009 | relocation expense | 7/27/2009 | | $8,000.00 | 7/22/2009 | | |
| 7/27/2009 | C Pepperman | phones | AT&T Mobility | | 8736887262/071112009 | 7/9/2009 | empl agreement | 7/27/2009 | $16,278.00 | $123.00 | 7/27/2009 | | |
| 7/27/2009 | C Pepperman | phones | AT&T | | 248m494445907 | 7/13/2009 | Aphase shipping consulting | 7/27/2009 | | $2,618.80 | 7/27/2009 | | |
| 7/27/2009 | C Pepperman | temp labor | Entech | | 10001550 | 7/20/2009 | internet access | 7/27/2009 | | $913.46 | 7/27/2009 | 907 | |
| 7/27/2009 | C Pepperman | temp labor | Entech | | 10001550 | 7/25/2009 | cell phones | 7/27/2009 | | $961.47 | 7/27/2009 | 908 | |
| 7/27/2009 | C Pepperman | shredding | ShredCorp | | July | 7/25/2009 | managed router service | 7/27/2009 | | $153.45 | 7/27/2009 | 909 | |
| 7/27/2009 | C Pepperman | utilities | City of Troy | | 5/6-7/14 | 7/14/2009 | temp service - hi-lo driver | 7/27/2009 | | $246.00 | 7/27/2009 | 906 | |
| 7/27/2009 | C Pepperman | phones | AT&T | | 248750880907 | 7/14/2009 | final meter read at Axtell warehouse | 7/27/2009 | $2,655.00 | $434.81 | 7/27/2009 | 905 | |
| 7/27/2009 | C Pepperman | medical | Blue Cross | | 9191001718 | 7/16/2009 | retiree medical - August | 7/27/2009 | | $230.53 | 7/27/2009 | 904 | |
| 7/30/2009 | D Threoff | funding | | | | 7/10/2009 | | 7/27/2009 | | $13,212.78 | 7/27/2009 | 912 | |
| 7/30/2009 | D Threoff | | Silfo Trust | | | 7/28/2009 | customer funding for above check run | 7/28/2009 | | $5.00 | 7/28/2009 | — | |
| 7/30/2009 | D Threoff | | Comerica | | | 7/28/2009 | Transfer funds to Comerica for ADP to take | 7/29/2009 | $3,105.37 | $30,313.57 | 7/29/2009 | 913 | |
| 7/30/2009 | C Pepperman | | Pay Payroll | | | 7/29/2009 | Pay Payroll taxes to ADP | 7/31/2009 | | $9,579.35 | 7/29/2009 | | |
| 7/31/2009 | Slifo | funding | E&Y | | | 7/13/2009 | deposit for E&Y to start work on tax returns | 7/30/2009 | | $10,500.00 | 7/29/2009 | | |
| 7/31/2009 | D Threoff | Payroll | ADP | | Pay 7/31/09 | 7/13/2009 | wire fee charges | 7/30/2009 | | $40.00 | 7/29/2009 | | |
| 7/31/2009 | Payroll | Payroll | | | Pay 7/31/09 | 7/4/2009 | August Life, AD&D and LTD | 7/30/2009 | | $235.08 | 7/30/2009 | 914 | |
| 7/30/2009 | Payroll | Benefits | Unum | | 01501399-002.9 | 8/1/2009 | retiree dental | 7/30/2009 | | $2,464.26 | 7/30/2009 | 915 | |
| 7/30/2009 | Payroll | Benefits | Delta | | 2603312 | 8/5/2009 | set up petty cash for small expenses | 7/30/2009 | | $50.00 | 7/30/2009 | | |
| 7/31/2009 | | petty cash | cash | Emilia Birth | 619451/630464 | 7/17, 7/24 | payroll processing fees | 7/31/2009 | | $254.06 | 7/31/2009 | 916 | |
| 7/31/2009 | Payroll | Payroll | ADP | | 80599 | 8/4/2009 | Deposit new maintenance fees | 7/31/2009 | | $40.00 | 7/31/2009 | 917 | |
| 8/4/2009 | R Wheeler | freight | UPS | Matamoros | weeks 29-31 | 8/4/2009 | Monthly rental | 7/31/2009 | | $332.08 | 7/31/2009 | 918 | |
| 8/4/2009 | C Pepperman | Bus Ins | Marsh | | 314851 | 8/4/2009 | ship via CEF files to Chicago | 8/4/2009 | | $848.00 | 8/4/2009 | 1002 | |
| 8/4/2009 | M.Bleh | Utilities | City of Pontiac | | 2105012/123/14 June | 8/7/2009 | Crime and workplace violence extension | 8/4/2009 | | $514.33 | 8/4/2009 | 1003 | |
| 8/4/2009 | C Pepperman | office expense | ShredCorp | | 45637 | 7/28/2009 | being posted 10 / 16 gallons of paper 7/31/09 | 8/4/2009 | | $200.00 | 8/4/2009 | 1004 | |
| 8/4/2009 | C Pepperman | building maint | Guardian Alarm | | 11583014 | 7/31/2009 | alarm system monitoring 8/4/09-9/3/09 | 8/4/2009 | | $206.64 | 8/4/2009 | 1001 | |
| 8/5/2009 | C Pepperman | off expense/petty cash | Emilia Birth | | | 8/5/2009 | for checks | 8/5/2009 | | $72.82 | | 1005 | |
| 8/5/2009 | D Knight | payroll | | | 80599 | 8/5/2009 | replenish $59 p/c and back for paper | 8/5/2009 | $81.71 | $81.71 | 8/5/2009 | | |
| 8/5/2009 | D Knight | payroll | Matamoros | | August rent and sec deposit | 8/5/2009 | Agreement for Centerpoint to pay Matta payroll | 8/5/2009 | | $40,070.00 | | | |
| 8/7/2009 | D Knight | rent | BF Commercial | | | 8/7/2009 | rent on new office space in Birmingham | 8/7/2009 | | $756.00 | 8/7/2009 | 1007 | |
| 8/7/2009 | M.Bleh | utilities | City of Troy | | 4121102 | 8/7/2009 | being posted AFTER the final meter read was | 8/7/2009 | $434.81 | $329.83 | 8/7/2009 | 905 | |
| 8/7/2009 | M.Bleh | utilities | City of Troy | | 4121102 | 8/7/2009 | being posted AFTER the final meter read was | 8/7/2009 | | $756.00 | 8/7/2009 | 1008 | |
| 8/10/2009 | D Knight | utilities | Parmaley"s Paint and Body Works | | CD log NO 5827-1 | 5/5/2009 | water for 6/9-7/9 | 8/10/2009 | | $500.00 | 8/7/2009 | 905 | |
| 8/10/2009 | D Knight | company auto | BMW Financial Services | | 40010524404dip | 7/31/2009 | repaid of vehicle before turning it back in | 8/10/2009 | | $350.00 | 8/10/2009 | 1009 | CK 106 VO |
| 8/10/2009 | K Hansel | expenses | Knut Hansel | | 7/28-8/9 2009 | 8/10/2009 | Knut travel expenses while in Pontiac | 8/10/2009 | | $7,046.43 | 8/10/2009 | 1010 | |

| date of Request | request from | category classification | Vendor | Customer | invoice number | invoice date | Reason for Expense | Past due date | Deposit | Payment | Payment date paid | Check No. Wire Conf. # | Check/WG amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/10/2009 | M.Beth | Payroll | ADP | | 642558 | 7/31/2009 payroll end date 7/17/09 | 7/31/2009 | | $40.00 | 8/10/2009 | 1011 | |
| 8/10/2009 | M.Beth | bldg waste | Great Lakes Recycling | | 104036 | 8/4/2009 pick up on 8/4/09 | 9/4/2009 | | $438.33 | 8/10/2009 | 1012 | |
| 8/10/2009 | M.Beth | tele conf call | A+ Conferencing | | 20090759003 | 7/28/2009 conf dates 6/30/09-7/28/09 | 7/28/2009 | | $39.95 | 8/10/2009 | 1013 | |
| 8/10/2009 | M.Beth | cell phone | Sprint | | 14952410 | period 6/20/09-7/19/09 | 7/23/2009 | | $126.96 | 8/10/2009 | 1014 | |
| 8/10/2009 | M.Beth | IT license | CIT Technology Fin Serv | | | 8/10/2009 Microsoft product licensing | 9/1/2009 | | $132.95 | 8/10/2009 | 1015 | |
| 8/10/2009 | M.Beth | Ikon Fin Services | IKON Financial Serv | | 80034664 | 8/3/2009 Printer lease for 8/21/09-9/20/09 | 9/1/2009 | | $9,298.19 | 8/10/2009 | 1016 | |
| 8/11/2009 | M.Beth | local long distance | AT & T | | 13706177 | 8/1/2009 local long distance | 8/31/2009 | | $295.63 | 8/11/2009 | 1017 | |
| 8/11/2009 | M.Beth | cell phone | Verizon | | 2268517949 | 8/1/2009 cell phone From 7/11/09-8/01/09 | 8/27/2009 | | $735.91 | 8/11/2009 | 1018 | |
| 8/11/2009 | M.Beth | Payroll 8/15/09 | Comerica | | Pay 8/15/09 | 8/11/2009 Transfer funds to Comerica for ADP to take | 8/15/2009 | | $525.12 | 8/11/2009 | 1019 | |
| 8/11/2009 | M.Beth | Payroll 8/15/09 | ADP | | Pay 8/15/09 | 8/11/2009 Pay Payroll taxes to ADP | 8/15/2009 | | $21,423.61 | 8/11/2009 | 1020 | |
| 8/11/2009 | C Fropperman | Payroll | New Century Retention | quote | Pay 8/15/09 | 8/11/2009 to New Centry Operating Account for two | 8/15/2009 | $79,982.78 | $16,811.78 | 8/11/2009 | transfer | |
| 8/13/2009 | C Fropperman | consulting | Adrian de Machado | | | 8/13/2009 wages and travel to Matamoros to close June | 8/14/2009 | | $11,000.00 | 8/11/2009 | wire | |
| 8/17/2009 | C Fropperman | | | | | Bank charges on above wires | 8/14/2009 | | $40.00 | 8/14/2009 | wire | |
| 8/17/2009 | C Fropperman | bus insurance | Marsh | | 315008 | 8/13/2009 coverage | 8/13/2009 | $1,713.87 | $100.00 | 8/17/2009 | 1021 | |
| 8/17/2009 | C Fropperman | Utilities | AT&T Mobility | | | 8/5/2009 water 7/11/09-8/12/09 | 8/13/2009 | | $674.89 | 8/19/2009 | 1022 | |
| 8/17/2009 | C Fropperman | cell phonecpp card | Radatz, Fishman & Grauer | | | 8/5/2009 7/4-8/3 cell phones & PC card | 8/13/2009 | | $50.00 | 8/19/2009 | 1023 | void |
| 8/17/2009 | C Fropperman | patent legal fees | Radatz, Fishman & Grauer | | | 7/31/2009 various invoices for patent legal fees | 7/31/2009 | $750.00 | $750.00 | | 1021 | $750.00 |
| 8/17/2009 | C Fropperman | labor attorney fees | Mika, Canfield, Paddock, & Stone | | 9871471 | 12/23/2008 settlement on old invoice | 12/23/2008 | | $5.00 | 8/14/2009 | wire | |
| 8/24/2009 | JL Herreria | storage | Melmar Industrial Park | | lease contract | 8/24/2009 sec deposit and first month rent | 8/24/2009 | | $119.00 | 8/24/2009 | 1022 | |
| 8/25/2009 | C Fropperman | Utilities | City of Pontiac | | 210505142115051210505012 | 8/19/2009 water 7/10/09-8/12/09 | 8/19/2009 | | $49.59 | 8/25/2009 | 1023 | |
| 8/25/2009 | M.Beth | A+ Conferencing | AT & T | | 2485464445241 | 8/13/09 interest access | 8/13/2009 | | $2,322.00 | 8/25/2009 | 1024 | |
| 8/25/2009 | M.Beth | Property Taxes | GE Capital | | 14642145 | 8/17/2009 property tax assessment 12/31/08 | 8/17/2009 | hold no ck write | $12,583.60 | 8/25/2009 | 1025 | |
| 8/25/2009 | M.Beth | Rent truck 4move | Mark Denny | | 21056506 | 8/24/2009 M. Denny paid with his CC for moving truck | 8/26/2009 | | $18,191.00 | 8/25/2009 | 1026 | |
| 8/25/2009 | C Fropperman | cell phone | Sprint | | US013010672B | 8/24/2009 coverage card for roy. | 8/24/2009 | | $3,200.00 | 8/26/2009 | 1027 void | 1027 void |
| 8/26/2009 | D Thristoff | Prof fees | E&Y | | 9219001895 6 | 8/24/2009 call advice | 8/24/2009 | | $49.39 | 8/26/2009 | 1028 | |
| 8/26/2009 | D Thristoff | health insurance | Blue Cire Network of MI | | aug-19 | 8/7/2009 coverage 9/1/09 - 9/30/09 | 9/12/2009 | | $2,322.00 | 8/26/2009 | 1029 | |
| 8/26/2009 | D Thristoff | auto/wc insurance | Liberty Mutual | | 10483356 | 8/19/2009 we and auto insurance | 9/8/2009 | | $12,583.60 | 8/26/2009 | 1030 | |
| 8/26/2009 | C Fropperman | acctng software | Peartree Software | | 7569 & 7570 | 8/25/2009 qtrly appl fees jack $500/ rasta $700 | 9/2/2009 | | $18,191.00 | 8/26/2009 | 1031 | |
| 8/26/2009 | C Fropperman | | | | | Payroll direct deposits | | | $3,200.00 | 8/26/2009 | | |
| 8/26/2009 | C Fropperman | | | | | Payroll taxes | | | $24,363.31 | 8/26/2009 | | |
| 8/26/2009 | C Fropperman | | | | | Deposit From Retention payroll for escrow | | $40,622.00 | $15,040.87 | 8/26/2009 | | |
| 8/26/2009 | C Fropperman | Prof fees | Parker & Co. | | Uo013010?512 | 8/26/2009 income tax return from 1120 NY yr. 6/30/09 | 8/26/2009 | $6,958.13 | $10,500.00 | 8/26/2009 | 1033 | 1032 void |
| 8/26/2009 | C Fropperman | Meta Will Aug Rent | Parker & Co. | | 11-4797402 | 8/20/2009 Parker warehouse rent for August. | 8/27/2009 | | $4,385.00 | 8/27/2009 | 1034 | |
| 8/26/2009 | C Fropperman | payroll we 8/7 & 8/15 | ADP Inc | | 659483 | 8/14/2009 payroll we 8/7 & 8/15 | 8/27/2009 | | $117.47 | 8/27/2009 | 1035 | |
| 8/26/2009 | C Fropperman | dental insurance | Delta Dental | | 2669172 | 8/26/2009 coverage period 9/1/09-9/30/09 | 8/27/2009 | | $1,806.70 | 8/27/2009 | 1036 | |
| 8/27/2009 | M.Beth | life insurance | Unum | | 0159199-002-9 | 8/14/2009 last pick up of shred fees | 8/31/2009 | | $115.12 | 8/27/2009 | 1037 | |
| 8/31/2009 | M.Beth | shredding | ShredCorp | | 083109 final pick up | 8/31/2009 1st retainer for meeting | 8/31/2009 | $1,708.02 | $160.00 | 8/31/2009 | 1038 | |
| 8/31/2009 | M Thristoff | local counsel | Foley & Lardner LLP | | Retainer Agreement | 8/26/2009 Month end bank charges | 8/31/2009 | | $97.50 | 8/31/2009 | WIRE | |
| 8/31/2009 | K Hansel | expenses | Knut Hansel | | 316658 | 8/27/2009 expenses incurred between 7/28 & 9/11 | 9/1/2009 | | $9,588.34 | 8/31/2009 | WIRE | |
| 9/1/2009 | C Fropperman | consulting | Marsh | | 316640 | 8/26/2009 Cons Fee agreed upon with DK and KH | 9/1/2009 | | $15,000.00 | 9/1/2009 | 1039 | |
| 9/1/2009 | M Salazar | annual report filing | CT Corporation | | 534603251 & 534471 9-RLI | 8/18 & 8/14 ENA and ENV annual filing | 9/1/2009 | | $13,975.71 | 9/1/2009 | 1040 | |
| 9/4/2009 | C Fropperman | Alarm for Centerpoint | Guardian Alarm | quote | | 9/1/2009 replacement server - new office | | | $1,537.40 | 9/1/2009 | 1041 | |
| 9/4/2009 | C Fropperman | | | | | 8/27/2009 ext of Crime and WP Vince trip/wire fee | 8/27/2009 | | $86.92 | 8/27/2009 | | |
| 9/4/2009 | C Fropperman | Business Insurance | Marsh | | 316658 | 8/27/2009 ACH ADP processing fees | 8/27/2009 | | $5,726.00 | 8/27/2009 | WIRE | |
| 9/4/2009 | C Fropperman | conference calling | A+ Conferencing | | 2009085903 | 8/20/2009 Parker warehouse rent for August. | 8/20/2009 | | $177.81 | 9/4/2009 | 1042 | |
| 9/4/2009 | C Fropperman | annual report filing | Marsh | | 11642832 | 9/7/2009 alarm for 9/4-10/3 | 9/7/2009 | | $206.64 | 9/4/2009 | 1043 | |
| 9/4/2009 | M Salazar | Legal Fees | Arnstein & Lehr | | 83109 | 8/31/2009 additional retainer | 8/31/2009 | | $125,000.00 | 9/4/2009 | WIRE | |

| date of Request | request from | category classification | Vendor | Customer | invoice number | invoice date | Reason for Expense | Past due date | Deposit | Payment | Payment date paid | Check No. Wire Conf. # | Check/WC amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/8/2009 C Pepperman | Business insurance | Estelna AG | | 91433297 | 9/7/2009 | wire for on above wire | 9/10/2009 | | $20.00 | 9/10/2009 | wire | |
| 9/8/2009 C Pepperman | storage | Iron Mountain | | APZ5437 & ATM5137 | 7/31 & 8/31 | storage of old financial and eng records | 9/15/2009 | | $12,291.42 | 9/11/2009 | 1048 | |
| 9/8/2009 C Pepperman | Internet & Multi-link, AT&T Internet Services | | 83757649T August | | 8/9/2009 | internet and multilink services | 9/15/2009 | | $718.34 | 9/2/2009 | 1049 | |
| 9/9/2009 C Pepperman | cash | | | reimbursement | 9/9/2009 | replenish petty cash | 9/23/2009 | | $2,618.80 | 9/23/2009 | 1045 | voided |
| 9/9/2009 K Hansel | petty cash | | | agreement | 9/9/2009 | additional retainer | 9/9/2009 | $33,438.88 | $8,433.89 | 9/9/2009 | 1046 | |
| 9/9/2009 K Hansel | Legal Fees | Foley & Lardner LLP | | | | | | | $90,024.00 | 9/9/2009 | WIRE | |
| 9/10/2009 C Weise | storage | Stor-A-Way | | quote | 9/10/2009 | storage of current documents / transfer of funds from retention escrow for payroll | 9/10/2009 | | $125.60 | 9/10/2009 | WIRE2 | |
| | | | | | | Payroll net | 9/10/2009 | $13,835.71 | $13,835.71 | 9/10/2009 | 1047 | |
| | | | | | | Payroll Taxes | | $34,261.08 | $34,261.08 | | | |
| 9/11/2009 D Knight | leased vehicle | BMW Financial Services | | estimate | 9/11/2009 | estimate of balance due on lease | 9/10/2009 | $4,889.10 | | | | |
| 9/11/2009 C Pepperman | storage | GE furniture and Storage | | quote 09-0103 | 9/11/2009 | tear down & pick up of GE Capital furniture | 9/15/2009 | | $12,000.00 | 9/15/2009 | 1048 | |
| 9/12/2009 D Knight | truck rental reimb | Mark Demy | | 12334933 | 9/12/2009 | truck rental 9/11 & 9/12 | 9/12/2009 | | $109.83 | 9/12/2009 | 1050 | |
| 9/12/2009 C Pepperman | electrician | Worldwide Industrial Contracting | | 11025 | 9/12/2009 | labor & Equip to complete wind down work | 9/23/2009 | | $600.00 | 9/12/2009 | 1051 | |
| 9/12/2009 D Knight | consulting | Sisko | | 5736 | 9/14/2009 | consulting August | 9/14/2009 | | $36,050.00 | 9/14/2009 | 1052 | |
| 9/15/2009 C Pepperman | consulting | Erman, Teicher, Miller | | agreement | | | | | $30,000.00 | 9/15/2009 | 1053 | |
| 9/15/2009 K Hansel | acctng software cons | Peartree | | 7585 & 7586 | 8/31/2009 | Rent for August & September per agreement | 9/15/2009 | | $405.00 | 9/14/2009 | 1054 | |
| 9/15/2009 C Pepperman | recycling | Great Lakes Recycling | | 169027 | 8/31/2009 | Cost to rev July entries | 9/10/2009 | | $198.50 | 9/15/2009 | 1055 | |
| 9/15/2009 C Pepperman | cell phones | Verizon | | 228152008 | 9/4/2009 | final pick up of recycling and bins | 9/4/2009 | | $33.00 | 9/15/2009 | 1056 | |
| 9/15/2009 C Pepperman | messaging services | GXS | | 577162 | 9/1/2009 | cell phones August | 9/26/2009 | | $39.95 | 9/15/2009 | 1057 | |
| 9/15/2009 C Pepperman | annual filing | State of Michigan | | agreement | 8/31/2009 | August messaging services | 9/20/2009 | | $75.00 | 9/16/2009 | 1058 | |
| 9/15/2009 C Pepperman | consulting | Sisko | | 2786/7993 | 9/15/2009 | retainer for continued service thru bankrupt | 9/15/2009 | | $10,000.00 | 9/15/2009 | 1059 | |
| 9/16/2009 C Pepperman | annual foreign corp filing | | | wire | 9/16/2009 | Foreign Corporation information update | 9/16/2009 | | $10,000.00 | 9/16/2009 | | |
| 9/17/2009 C Pepperman | refund of overpmt | EXA - trust - Sisko | | | 9/17/2009 | Alim next 11K catch up only 1K was sent | 9/17/2009 | | $51,713.86 | 9/17/2009 | wire | |
| 9/18/2009 C Pepperman | bank charges | Estelna Current Acct | | email | 9/18/2009 | clear eng bal in order to close bdcct | 9/18/2009 | | $3,105.00 | 9/18/2009 | wire | |
| 9/18/2009 C Pepperman | building repairs | Erman Teicher, Miller, Zucker & | | agreement | 9/18/2009 | bldg reprs not completed as of the day left bldg | 9/18/2009 | | $660.23 | 9/18/2009 | 1060 | |
| 9/23/2009 C Pepperman | utilities | City of Pontiac | | 21050012-001 & 2105013-001 | 9/17/2009 | water bill for Centerpoint office | 9/17/2009 | | $15,836.00 | 9/23/2009 | 1061 | |
| 9/23/2009 C Pepperman | general insurance | Marsh | | 316566 | 9/17/2009 | extension prem for poli 02115978 | 9/17/2009 | | $2,388.00 | 9/23/2009 | 1062 | |
| 9/23/2009 C Pepperman | cell phone expense | AT & T Mobile | | 83011292A873688292 | 9/2/2009 | cell phone usage for 08/04/09-09/03/09 | 9/26/2009 | | $62,760.16 | 9/23/2009 | 9/23/2009 | |
| 9/23/2009 C Pepperman | payroll tax due | ADP Great Lakes | | P/E 9/25-10/15 | 9/23/2009 | payroll expenses for pp 9/25-10/15 | 9/25/2009 | | $25,800.39 | 9/23/2009 | 9/23/2009 | |
| 9/23/2009 C Pepperman | tele conf call | A+ Conferencing | | est Sep and Oct bill | 9/23/2009 | tax con for Sep and Oct 2009 | 9/23/2009 | | $175.00 | 9/23/2009 | 1063 | |
| 9/23/2009 C Pepperman | cell phone | Verizon | | est Sep and Oct bill | 9/23/2009 | est cell phone for Sep and Oct 2009 | 9/23/2009 | | $200.00 | 9/23/2009 | 1064 | |
| 9/23/2009 C Pepperman | rent | BF Commercial | | October rent | 9/25/2009 | rent on new office space in Birmingham | 9/23/2009 | | $348.00 | 9/23/2009 | 1065 | |
| | | | | | | Deposit - Jon Roush | 9/23/2009 | $6,723.93 | | | | |
| 9/23/2009 C Pepperman | expenses | Knut Hansel | | exp 9/1-9/4 true up | 9/24/2009 | final expense reports for Knut | 9/24/2009 | | $2,000.37 | 9/24/2009 | 1066 | |
| 9/24/2009 C Pepperman | software expense | Peartree Software | | 0745707479 | 615-620409 | consulting / reinb pd paid by Sisko | 9/24/2009 | | $327.50 | 9/24/2009 | 1066 | |
| 9/24/2009 C Pepperman | dental insurance | Delta Dental | | 2739911 | 10/1/2009 | dental coverage 10/1/09 - 10/31/09 | 10/10/2009 | | $2,257.06 | 9/24/2009 | 1068 | 1067 void |
| 9/24/2009 C Pepperman | payroll expense | ADP Great Lakes | | pp 10/16-10/22/09 | 9/24/2009 | payroll expenses for pp 10/16-10/22/09 | 9/24/2009 | | | 9/24/2009 | wire | |
| 9/24/2009 C Pepperman | payroll tax due | ADP Great Lakes | | pp 10/16-10/22/09 | 9/24/2009 | payroll expenses for pp 10/16-10/22/09 | 9/24/2009 | | | 9/24/2009 | wire | |
| 9/25/2009 C Pepperman | life insurance | Cynthia Pepperman | | see list | 9/24/2009 | | 9/24/2009 | | $83.90 | 9/25/2009 | 1069 | |
| 9/25/2009 C Pepperman | life insurance | Unum | | 0150199-002 9 | 9/24/2009 | Life AD&D and LTD | 10/1/2009 | | $47.79 | 9/25/2009 | 1070 | |
| 9/28/2009 C Pepperman | office supplies | Staples - paper and batteries | | acct 210501-4-001 | 9/17/2009 | purchase paper and AAA batteries | 10/8/2009 | | $32.45 | 9/28/2009 | 1071 | |
| 9/28/2009 C Pepperman | utilities expense | City of Pontiac | | reimbursement | 9/11/2009 | water usage for 2800 Cgcc 8/12/09-9/9/09 | 9/28/2009 | | $106.76 | 9/28/2009 | 1072 | |
| 9/30/2009 C Pepperman | tele internet expense | Blue Cross | | | 10/2/2009 | past due charges for AT&T paid with ha CC | 10/2/2009 | | $191.26 | 9/30/2009 | 1073 | |
| 9/30/2009 C Pepperman | leased vehicle | BMW North America | | 92540018912 | 9/28/2009 | retire medical - October | 10/2/2009 | | $8,808.52 | 9/30/2009 | 1074 | |
| 10/2/2009 D Thielloff | medical | Blue Cross | | final balance | 10/2/2009 | Final payoff for leased BMW | 10/2/2009 | | $426.27 | 9/30/2009 | 1075 | |
| 10/2/2009 C Pepperman | Legal Fees | Fernandez Y Espino | | 80910 | 10/2/2009 | Legal fees for August | 9/24/2009 | | $62.50 | 10/5/2009 | 1076 | |
| | | | | | | | | $1,323,895.56 | $1,340,642.18 | | | |

National City Account #985014297

| 1 | date of Request | request from | category classification | Vendor Customer | invoice number | invoice date | Reason for Expense | Pmt due date | Payment |
|---|---|---|---|---|---|---|---|---|---|
| 114 | 7/13/2009 | D Threloff | Personnel | ADP | 4627260-00 | 7/10/2009 | increased tax liability | 7/10/2009 | $454.15 |
| | | | | | | | Bank analysis charges | | $105.00 |
| 115 | 7/17/2009 | C Benway | Bus Ins | Marsh | 314119 | 7/6/2009 | General Liability July 09 to Jun 10 | 7/6/2009 | $7,500.00 |
| 116 | 7/17/2009 | C Benway | Bus Ins | Marsh | 314453 | 7/13/2009 | Property/All Risk Insurance July 09 to June 10 | 7/13/2009 | $10,000.00 |
| | 7/23/2009 | K Hansel | move banks | New Century - Operating | close National City acct | 7/23/2009 | | 7/23/2009 | $51,250.59 |
| | 7/23/2009 | | | | | | wire fee to move balance of account | 7/23/2009 | $17.00 |
| | | | | | | | | | $69,326.74 |

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Edscha North America, Inc.**

Debtor(s)

Case No.

Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept to date | $ | 88,632.72 |
| Prior to the filing of this statement I have received | $ | 100,321.00 |
| Balance Due of Retainer | $ | -- 0 -- |

FEE APPLICATIONS
TO BE FILED WITH
COURT

2.    The source of the compensation paid to me was:

☒ Debtor          ☐ Other (specify):

3.    The source of compensation to be paid to me is:

☒ Debtor          ☐ Other (specify):

4.    ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **October 19, 2009**

**/s/ Michael L. Gesas**
**Michael L. Gesas 06186924**
**Arnstein & Lehr LLP**
**120 South Riverside Plaza**
**Suite 1200**
**Chicago, IL 60602**
**(312) 876-7125  Fax: (312) 876-6260**
**mlgesas@arnstein.com**

---

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Edscha North America, Inc.**

_____,

Debtor

Case No. _____

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Edscha New York**<br>**130 Pine Drive**<br>**Amherst, NY 14228** | **Common** | **100,000** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**October 19, 2009**_____        Signature__**/s/ Darlene Knight**_____

                                                                      **Darlene Knight**

                                                                      **President**

_Penalty for making a false statement or concealing property_:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__0__ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Edscha North America, Inc.**

_____
Debtor(s)

Case No.   _____

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:   _____   **614**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **October 19, 2009**
_____

**/s/ Darlene Knight**
_____
**Darlene Knight/President**
Signer/Title

2880 Centerpoint Investments LLC
c/o Bernard Financial
Etkin Equities, 200 Franklin Center
29100 Northwestern Highway
Southfield, MI 48341


A.V. Gauge & Fixture
4000 Delduca Drive
Old Castle
Ontario, CANADA N0R1L0


Abbott, Thomson & Beer
180 West Michigan Avenue, Suite 601
P.O. Box 450
Jackson, MI 49204-0450


ABF Freight System
2006 Dunigan Drive
P.O. Box 1063
Jackson, MI 49204


Accident Fund Insurance
232 South Capital Avenue
Lansing, MI 48933


Action Mat & Towel
2300 E. 12 Mile Rd.  Ste 102
Warren, MI 48092


ACUMENT GLOBAL TECHNOLOGIES
24201 NETWORK PLACE
CHICAGO, IL 60673-1242


Adams, Betty J.
6001 Boone Road
Traverse City, MI 49684-8637


Adkins, John
3961 Sherwood Lakes Boulevard
Jackson, MI 49201


Adkins, Sheila E
134 East Addison Street
Jackson, MI 49203-4302

Advanced Manufacturing Group
29488 Woodward  Ste 183
Royal Oak, MI 48073


ADVANCED TECH SERVICE BUREAU
44978 FORD RD. STE D
CANTON, MI 48187


AFESA SUPPLY
5021 S ALLISON ST
EDINBURG, TX 78539


Agena, Akira
4097 Garland Drive
Jackson, MI 49201-9032


AIR PLUS INTERNATIONAL
P.O. Box 7247-6064
Philadelphia, PA 1170-6064


Alan D. Budman


Alber, Geneva
4940 Wanda Drive
Jackson, MI 49201


Aldrich, Brian
6500 Pomeroy Road
Jackson, MI 49201-9489


Alexander Terras
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507


All City Heating and Air Cond
3263 Hilton Rd.
Fernadale, MI 48220


All in One  Vending
3009 Carley Ct.
Auburn Hills, MI 48326

Allen, Douglas D.
7690 Caryn Way
Parma, MI 49269


Alta Lift Truck Services
1425 Reliable Parkway
Lock Box 1425
Chicago, IL 60686


ALTRA AUTOMATIZACION
P O BOX 533153
HARLINGEN, TX 78553


American Society of Employers
Dept 235901
P O Box 67000
Detroit, MI 48267-2359


Analyst International
36257 Treasiru Center
Chicago, IL 60694-6200


Anderson, Laura
8900 North Meridian Road
Pleasant Lake, MI 49272


Ankney, Robert
159 Peacock Walk
Jackson, MI 49202-1130


ANX eBusiness Corp.
Dept 77399
P O Box 77000
Detroit, MI 48277-0399


Aphase II
6120 Center Drive
Lansing, MI 48933


AQSR CANADA INC
2550 MATHESON BLVD EAST, SUITE 126
MISSISSAUGA
ONTARIO, CANADA L4W4Z1

Arnett, Bonnie
3271 Essingham Street
Jackson, MI 49201-9014


Ashbrook, Frauke
5092 Bernice Dr.
Almont, MI 48003


Ashworth, Rodney
236 Wall Street
Jackson, MI 49203-4375


Austin, Anthony
151 East Euclid Avenue
Jackson, MI 49203-4325


Austin, Gracie
151 East Euclid Street
Jackson, MI 49203-4325


AVERITT EXPRESS
P O BOX 3145
COOKVILLE, TN 38502-3145


Babineau, Michael
1227 Carson Avenue
Jackson, MI 49203-2303


Bailey, Charles
6292 Brooklyn Road
Jackson, MI 49201-8592


Baker & McKenzie
One Prudential Plaza Ste 3500
130 East Randolf Dr.
Chicago, IL 60601-6384


Baker, Barbara
3834 Kingsridge Lane
Jackson, MI 49201-9097


BALTEC CORPORATION
130 TECHNOLOGY DR
CANONSBURG, PA 15317

Barcalow, Gordon
10221 Sharon Drive
Greenville, MI 48838-9159

Bartolomeo, Karen
13363 Southshore
Apt. #103
Sterling Heights, MI 48312

Barton, Jacquelyn
5262 North Boulder Street
Jackson, MI 49201-8235

BAX GLOBAL
DEPT CH 10391
PALENTINE, IL 60055-0391

Baxter, Norma J.
5237 Maple Lane Road
Rives Junction, MI 49277-9648

Beach, Richard J.
13192 Toledo Road US 223
Manitou Beach, MI 49253

Bean, Janice E.
1402 Mitchell Street
Jackson, MI 49203

Benway, Cheryl
5199 N. Genesee Rd.
Flint, MI 48506

Berry, Barbara
8145 Hyde Road
Clarklake, MI 49234-9768

Berry, Jenilee
1100 Williams Street
Jackson, MI 49203

Beverly, Connie
39 Oxford Street
Battle Creek, MI 49017-5413

Bieth, Emilia
7346 Crystal Lake Dr.
Apt. #4
Swartz Creek, MI 48473


Birchmont Financial, LLC


Blackman, Ann
157 Hollis Street
Jackson, MI 49203-4585


Bliss, Martin
407 Wood Street
Stockbridge, MI 49285


Bochenek, Robert
7191 Danbrooke
West Bloomfield, MI 48322


Bodell, Martin
P.O. Box 512
Eaton Rapids, MI 48827-0512


Bolterstein, Cynthia
5669 Deerwood Lane
Commerce Twp., MI 48382


Borkowski, Alberta
2251 Springport Road 267
Jackson, MI 49202


Boulton, Jeanette
c/o Jill M. Parks
316 Hillview Drive
Michigan Center, MI 49254-1224


Bowser, Mary M.
320 Woodland Avenue
Jackson, MI 49203-1069


BOYD KINZER JR. QUALITY CONSULTANT
1101 BANBURY LANE
BRENTWOOD, TN 37027

Boyle, George
511 Oak Street
Jackson, MI 49201-1428


BP Commercial, LLC
c/o Broder & Sachse RE Service
Attn:  Property Manager
260 E. Brown St., Suite 200
Birmingham, MI 48009


Bradstreet, Robert
214 Sunset Drive
Grass Lake, MI 49240


Braun, Kym
1035 1st Street
Jackson, MI 49203-3030


Bree D. Vincent
Marcoux Allen Schomer Bower Nichols
145 South Jackson Street
P.O. Box 787
Jackson, MI 49204-0787


Bridges, Maxine
121 E. Robinson
Jackson, MI 49203


Briston, Jason
717 18th Street
Jackson, MI 49203-1419


Brown, Clarence
7791 Napoleon Road
Jackson, MI 49201


Brown, Phoebe
103 Craft Road
Brandon, FL 33511


Brown, Shirley
708 South West Avenue
Jackson, MI 49203-1600

Brown, Tony
9244 Garfield Road
Parma, MI 49269-9690


Broyles, Phyllis A.
348 Pattie Ave.
Jackson, MI 49202-3965


Burch, Gertrude A.
2534 Cascade Creek Drive
Jackson, MI 49203-3770


Burch, Phillip E.
944 Thomas Drive
Jackson, MI 49203


Burchett, D.J.
5585 Brooklyn Road
Jackson, MI 49201


Burden, Timothy
35639 South Kelly Drive
Drummond Island, MI 49726-9440


Burdick, Theodore E.
12326 East Chicago
P.O. Box 252
Somerset Center, MI 49282


Burk, William W.
P.O. Box 5805
Hudson, FL 34674


Burkhalter, Maria
104 Layfayette Road
Michigan Center, MI 49254


Burns, Olivene
1404 Cherry Street
Jackson, MI 49202


C.I.T. Microsoft Licensing
P.O. Box 550599
Jacksonville, FL 32255-0599

c/o Jeffrey J. Fleury
Ahern Fleury
430 N. Old Woodward
Second Floor
Birmingham, MI 48009


C2C Resources, LLC


Cameron, Betty J.
38022 Lawanda Loop
Zephyrhills, FL 33541


Campbell, Bonnie S.
32 Hillcrest
Munith, MI 49259-9734


Campbell, Marvin
5692 B Dr S
Battle Creek, MI 49014-8304


Campbell, Scott
3432 Diane Drive
Brighton Twp., MI 48114


Carey, Leonard
10571 Vicary Road
Horton, MI 49246


Carlisle, Timothy
9877 Waterman Road
Brooklyn, MI 49230-8328


Carter, T.E.
268 Amherst
Jackson, MI 49203


Carthell, Fred
3912 Stillwell Avenue
Lansing, MI 48911-2159


Causer, Daniel
1886 Wetherby Road
Jackson, MI 49201

```
CBI
2504 E. Michigan
Lansing, MI 48912-4039


CDW Corporation
P O Box 75723
Chicago, IL 60675-5723


CEF & Associates c/o Timothy Ferrel
Simon, Galasso & Frantz PC
363 W Big Beaver Rd #250
Troy, MI 48084


CENTURY FASTENERS
10238 SYCAMORE DR
LAKERIDGE INS PK.
ASHLAND, VA 23005


Chapman, Avis L.
7520 N. Sandstone Road
Jackson, MI 49201


Chatfield, Tina
7010 Seymour Road
Jackson, MI 49201-9611


Chavez, Carol Ann
1100 South Highway 395
Apt. E8
Hermiston, OR 97838-2639


Chmiel, Stephanie
1418 Mitchell Street
Jackson, MI 49203


Chris Nodman Assoc.
4632 Elizabeth Lake Road
Waterford, MI 48238


Chrysler LLC c/o Chris Maeso
Dickinson Wright PLLC
38525 Woodward Avenue, Suite 2000
Bloomfield Hills, MI 48304
```

Cintas Corp
37005 Industrial Drive
Livonia, MI 48150


CLEVELAND DIE & MANUFACTURING
20303 FIRST AVE
MIDDLEBURG HEIGHTS, OH 44130


Clevenger, Bradley
419 North Chicago Street
Jackson, MI 49201


CommunicationBrokers
2894 Thornhills SE
Grand Rapids, MI 49546


Cook, Maynard R.
71 East Reehill Street
Lecanto, FL 34461


Cornell, Theodore
28750 N Dr S
Homer, MI 49245-9748


Corporate Auto
2285 N. Opdyke Rd.
Auburn Hills, MI 48326


Corravo, Anthony
5601 Poplar Drive
OP
Jackson, MI 49201-8808


Cortes, Felipe
1967 Hunters Lane
Lake Orion, MI 48360


Craft, Kevin
2740 Francis Street
Jackson, MI 49203-4618


Cross, Theodora
137 Phillips Court
Michigan Center, MI 49254

Crowden, Beverly
732 West Morrell Street
Jackson, MI 49203-1661


CT Corporation
P O Box 4349
Carol Stream, IL 60197-4349


Culver, Frances
3565 Ann Arbor Road
Jackson, MI 49201


Cunningham, Leakiath
2396 Wallace Drive
Jackson, MI 49203-3751


Curl, Nancy J.
1429 Whitney Street
Jackson, MI 49202-2436


Curtis, Robert K.
2910 South Peak Lake Road
West Branch, MI 48661


D. Patrick Mullarkey
Tax Division (DOJ)
P.O. Box 55 Ben Franklin Station
Washington, DC 20044


Damron, Kathie
4122 York Lane
Jackson, MI 49201-7153


Dangler, Grace
121 Walcott Avenue
Jackson, MI 49203-4564


Daniels, Terry
2965 N Dr S Dewey Lk
Brooklyn, MI 49230


Davenport, Hanf & Cocker, LLC
28300 Kensington Lane
Suite 400
Perrysburg, OH 43551

Davidson, Davidson and Kappel
485 Seventh Ave
14th Floor
New York, NY 10018


Davis, Bonnie
910 Third Street
Jackson, MI 49203


Davis, James F.
3012 Benton Boulevard
Lansing, MI 48906-2734


Day, Thomas
6051 Flagstar Drive
Jackson, MI 49201


Debolt, Shirley
1132 LaMoine
Jackson, MI 49203


Debra Bradley
12036 Easton Road
Rives Junction, MI 49277-9721


DECKER MANUFACTURING CORP
2230 PAYSPHERE CIRCLE
CHICAGO, IL 60674


Derhammer, Judith A.
531 St. Clair St.
Jackson, MI 49202-2149


Dermyer, Adalie
10505 Lansing Avenue
Rives Junction, MI 49277


DESIGN ASSEMBLY & TESTING
6068 NORTH EXPRESS WAY
BROWNSVILLE, TX 78526


Detamore, Gary
17659 Lewis Road
Cement City, MI 49233

Detroit Pencil Company
1100 Combermere
Troy, MI 48083


Detroit Testing Laboratory, Inc.
27485 George Merrelli Drive
Warren, MI 48092


Dexter, Robert
237 North Forbes St.
Jackson, MI 49202-3709


DIXIE TOOL CO.
275 KINGS HIGHWAY STE 102
BROWNSVILLE, TX 78521


Dixon, Marlene
3992 Shore Ham Drive
Jackson, MI 49201-9041


Dixon, Richard C.
3992 Shoreham Drive
Jackson, MI 49201-9041


Doeren Mayhew
755 West Big Beaver Road
Troy, MI 48084


Dohm, Virginia E.
273 Birdsall Drive E
Battle Creek, MI 49017


Dollaway, Frances
1223 Carson Street
Jackson, MI 49203


Dorer, Angela
258 Wilson Street
Raceland, LA 70394-3137


Doyle, Shirley A.
3616 Shady Ridge
Jackson, MI 49201

Drake, Calvin
112 Hollywood Street
Jackson, MI 49202-2345


Draper, M.J.
P.O. Box 834
Michigan Center, MI 49254-0834


Dresser, Alberta J.
c/o Darlene McNitt
621 Jefferson Street
Jackson, MI 49202


Dresser, Phyllis
1609 East Ganson Street
Jackson, MI 49202-3625


DS CALIBRATION SERVICES
864 WEST  PRICE RD
BROWNSVILLE, TX 78520


Ebersole, Mary
4199 North Dearing Road
Parma, MI 49269-9776


Edging, Shelby
110 CR 1015
Cunningham, KY 42035-9417


Edmonds, Gloria
711 Bemer Street
Albion, MI 49224-1071


Edscha AG
Hohenhagener Str. 26-28
D42855 Remscheid
GERMANY


Edscha AG
Postfach 100951
D42809 Remscheid, GERMANY

Edscha Jackson Inc.
30555 Southfield Road
Suite 50
Southfield, MI 48076


Edscha Karosserieprodukte
Scharwachter Str. 5
D94491 Hengersberg
GERMANY


Edscha Mexico S.A. de C.V.
Cirquito Mexico S.A. de C.V.
Parque Industrial Tres Nacion 78395
San Luis Potosi, MEXICO


Edscha Mexico SA de CV San Luis Potosi
Cirquito Mexico No. 215
Parque Industrial Tres Nacion 78395
San Luis Potosi
MEXICO


Edscha New York
130 Pine Drive
Amherst, NY 14228


Edscha of Canada L.P.
5795 Don Murie Street
Niagara Falls
Ontario
CANADA L2E 6X8


Edscha of Canada LP
5795 Don Murie Street
Niagara Falls
Ontario, CANADA  L2E6X8


Edscha Roof Systems Mexico SA de CV
Calle Ernesto Monroy Manzana 4 Lote
Parque Industrial Exportec 11
Toluca, Edo de MEXICO


Eggleston, Rodney D.
6509 North Lake Road
Jackson, MI 49201

Eidenier, Loren
12495 Dearmyer Road
Brooklyn, MI 49230-9142


Elliott, Jimmie
7111 Coonhill Road
Munith, MI 49259-9739


ELM PLATING
1319 SOUTH ELM ST
JACKSON, MI 49203


Ely, Ella J.
344 North Horton Street
Jackson, MI 49202


Ely, Sharon
9860 Stearns Road
Cement City, MI 49233-9066


Environtronics Inc.
Slot 303137
P O Box 66973
Chicago, IL 60666-0973


Ernst & Young LLP
P.O. Box 640382
Pittsburgh, PA 15264-0382


Eubanks, Mary
309 East Prospect Street
Jackson, MI 49203-4315


EUROSPEC TOOLING
130 HARRY WALKER PKWY
NEWMARKET
ONTARIO, CANADA L3Y7B2


Evans, Arlene
904 East McDevitt Avenue
Apartment H
Jackson, MI 49203

Evans, Paula
3100 Shirley Drive
Jackson, MI 49201-8679


Everett, Kathy
6390 Skylark Drive
Jackson, MI 49201-8549


Everett, Lary
714 Mill Street
Lot 8
Leslie, MI 49251-9380


Faber, Kathleen M.
8955 Blackman Road
Rives Junction, MI 49277


Fall, Richard
105 West Meadow Heights Avenue
Jackson, MI 49203-6508


Fastbolt
127 Hollow Dr.
Piedmont, SC 29673


FED EX
P O BOX 660481
DALLAS, TX 75266-0481


Federal Express
P O Box 371461
Pittsburgh, PA 15250-7461


Fernandez Espino
105 E San Antonio #330
El Paso, TX 79901


Fidler, James
1608 East Ganson Street
Jackson, MI 49202-3626


Finch, Gerald
301 Lakeside Drive
Jackson, MI 49203

Flannery, Linda
157 Hollis
Jackson, MI 49203-4585


Flores, Jose
1905 East Ganson Street
Jackson, MI 49202-3609


Flores, Maria
818 East Beach Drive
Brooklyn, MI 49230-8226


FOCAL POINT LAUNCH SUPPORT
P O BOX 88
EASTWOOD, KY 40018


Foote, Melba R.
6861 Draper Road
Jackson, MI 49201


Ford Motor c/o Stephen S LaPlante
Miller Canfield Paddock Stone PLC
150 W Jefferson Ave, Suite 2500
Detroit, MI 48226


Ford, Rosemary
2579 South Chapel Road
Parma, MI 49269


Foster, Charles
3418 Mayapple Lane
Apartment 11
Jackson, MI 49201-7286


Frizzell, Barbara A.
5502 Maple Lane Road
Rives Junction, MI 49277-9500


Fudalski, Elaine
1143 Herbert J
Jackson, MI 49202


Fugate, Glenna
7619 Maple Lane Road
Horton, MI 49246

G-SHANK INC
1034 OLD PORT ISABEL RD. #2
BROWNSVILLE, TX 78521


Gaitan, Gilbert
170 Potte Street
Cement City, MI 49233


Galford, S.F.
301 East Argyle Street
Jackson, MI 49202


Galicki, Cecilia
1316 Walnut
Jackson, MI 49203-3355


Gallegos, Robert
114 Falls Avenue
Apartment 15
Granite Falls, NC 28630-1622


Gardner, Donald H.
2240 Brookly Road
Lot 4A
Jackson, MI 49203-4790


Gault, Duane
901 Dexter Road
Brooklyn, MI 49230


GE Capital
P.O. Box 640387
Pittsburgh, PA 15264-0387


GE Commercial Finance
Global Asset Management
44 Old Ridgebury Road
Danbury, CT 06810


General Electric Capital Corp
1301 Virginia Drive
Suite 200
Fort Washington, PA 19034

General Motors c/o Donald F Baty Jr
Honigman Miller Schwartz and Cohn
2290 First Nat'l Bldg 660 Woodward
Detroit, MI 48226


Georgian Bay Plastics
874 Fuller Avenue
Penetanguishene
CANADA L9M1G8


Ghannam, David
1102 Circle Drive
Jackson, MI 49201-9542


Gibson, William
510 Maple Street
Leslie, MI 49251-9451


GLACIER GARLOCK BEARINGS
700 MID ATLANTIC PKWY
P O BOX 189
THOREFARE, NJ 08086


Glasper, Cleavon
300 Booth Drive
Jackson, MI 49203


Glaspie, Harold
412 Harwood Street
Jackson, MI 49201


Gonzalez, Michael
309 South Comstock Street
Addison, MI 49220-9605


Goodell, Joseph E.
2204 Ridgeway Road
Jackson, MI 49203


Gordon, Earl
495 Skyline Drive
Horton, MI 49246

Gordon, Lyndell
21 Pete Street
Jackson, MI 49203-6077


Gramling, Ryan
2060 Royal Ave
Berkley, MI 48072


Grant Industries, Inc. Organization
33415 Grossbeck Highway
Fraser, MI 48026


Grant, Reynolds L.
539 South Rosewood
Jackson, MI 49201-8461


Great Lakes Recycling
30615 Groesbeck Highway
Roseville, MI 48066


Green, Charlinda
877 Venus Circle
Albion, MI 49224-9105


Greenberg Grant & Richards, Inc.
Attn:  Paul Boyce
5858 Westheimer Road, Suite 500
Houston, TX 77057


Gregory, Robert H.
176 Tinsley Creek
Eddyville, KY 42038


Grimm, Charlotte
617 Avenue A St
Brooklyn, MI 49230


Gruenberg, Barbara
509 Vicary Road
Cement City, MI 49233-9716


Grzesikowski, I
829 Lakeside
Michigan Center, MI 49254

```
GXS
P O Box 640371
Pittsburgh, PA 15264-0371


Hagen, Larry
910 Backus Street
Jackson, MI 49202-3204


Hancock, Beulah R.
514 Harris Street
Jackson, MI 49201


Hannibal, Marilyn
217 Elm Court
Brooklyn, MI 49230-8960


Harbaugh, Mark Anthony
10674 Wesch Road
Jackson, MI 49202


Harper, Gladys
123 Riley Blvd.
Bedford, IN 47421


Harris, Dennis
7387 Benton Road
Jackson, MI 49201-9209


Hayes, Vernon
2126 Pioneer
Jackson, MI 49201


Hayward, Paul Eugene
107 Lincoln Street
Litchfield, MI 49252-9783


Heath, Gloria
237 Wall Street
Jackson, MI 49203


HEICO UMFORMTECHIK
POSTFATCH 2010
59469 ENSE
NIEDERENSE, GERMANY
```

Heintz, Merton G.
227 West Palmer Avenue
Jackson, MI 49203


Hemminger, Ron
9573 Clinton Road
Jackson, MI 49201-9499


HENKEL CORPORATION
32100 STEPHENSON HWY
MADISON HEIGHTS, MI 48071


HENKEL KGAA
HENKELSTR. 67
DUESSELDORF, GERMANY


Henman, David
10520 Keane Drive
Grass Lake, MI 49240-8803


Herominski, Douglas
116 Saber Way
Lake Orion, MI 48362


Herreria Monroy, Jose Luis
3039 Holben Dr.
Lake Orion, MI 48360


Hicks, Phyllis
6565 Coon Hill
Munith, MI 49259


Higgins, Georgia M.
2001 Cascade Drive
Jackson, MI 49203


Hinkle, Martin
506 North Pleasant Street
Albion, MI 49224


HIRSCHMAN AUTOMOTIVE GMBH
OBERER PASPELWEG 6-8
A6830 RANKWELL-BREDERLS

Hodgson Russ LLP
The Guaranty Bldg
140 Pearl St.    Ste 100
Buffalo, NY 14202


Holt, Merle E.
c/o Don Simpson
P.O. Box 26
Parma, ID 83660-0026


Howard, Laurie
2914 Key Street
Jackson, MI 49202-3898


HR Advantage
14036 Bournemuth
Shelby Twp., MI 48315


Huff, Mary
814 Virginia Street
Jackson, MI 49202


Hulbert, Elva
8733 Manton Drive
Jackson, MI 49201


Hunt, Dolly M.
2623 Hickory Street
Jackson, MI 49202


Hurt, Mary
1500 West North
Apartment D 37
Jackson, MI 49202-3161


HUTCHINSON TOOL SALES IMPERIAL ELECTRIC
350 COUNTRY DRIVE
P O BOX 587
BENSENVILLE, IL 60106-0587


HVB Banque Luxembourg Societe
FKA-KRE/SFB2, 4, rue Alphonse
Weiker, Luxembourg
LUX L-2721

IBM
P O Box 643600
Pittsburgh, PA 15264-3600


Ikon Financial Services
P O Box 9115
Macon, GA 31208-9115


Iles, Beulah F.
9123 River Park Road
Jackson, MI 49201-8737


Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 West Randolph Street
Chicago, IL 60601


IMPERIAL ELECTRIC MOTOR
905 E TYLER
P O BOX 1111
BROWNSVILLE, TX 78522-1111


Instituto Mexicano del Seguro Social
Sub Delegacion Matamoros
Alvaro Obregon No. 238,
esq. Segunda Colonia Jardin
Matamoros Tamaulipas. CP 87330


INTEC AUTOMATED CONTROLS
14050 SIMONE DR
SHELBY TWP, MI 48315


Intermediate Capital Group PLC
20 Old Broad Street
London EC2N 1DP
UNITED KINGDOM


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326


Internal Revenue Service
Mail Stop 5010 CHI
230 South Dearborn Street
Chicago, IL 60604

IPC
P O Box 668307
Pompano Beach, FL 33066-8307


Iron Mountain
P O Box 27128
New York, NY 10087-7128


Irvine, Cheryl
165 East Lowry Street
Brooklyn, MI 49230-9305


Jackson Matamoros S.A. de C.V.
AV Uniones No. 2300
Tamaulipas, MEXICO 87316


Jackson Matamoros SA de CV
AV Uniones#2300 Parque Industrial
Del Norte H. Matamoros
Tamaulipas, MEXICO 87316


Jacobs, Betty L.
3216 Hawthorn Circle
Jackson, MI 49201


James M. Dworman
Dean & Fulkerson, P.C.
801 W. Big Beaver Rd., 5th Floor
Troy, MI 48084


Jenkins, Cindy
2718 Clark Drive
Jackson, MI 49202-1610


Jenkins, James
710 21st Street
Jackson, MI 49201-1314


Jennings, Sherry
1426 Dakota Place
Jackson, MI 49201-8452

JNM TOOL & MANUFACTURE
3900 DELDUCA DRIVE
OLD CASTLE
ONTARIO, CANADA NOR10

Jo-Ad Industries
31465 Stephenson Hwy.
Madison Heights, MI 48071-1683

Johantgen, Wilma
4501 Sears Road
Horton, MI 49246-9561

John F. Muller, Jr.
33233 Woodward Avenue
Birmingham, MI 48009

Johnson, Deborah
207 Forest Court
Jackson, MI 49203-5620

Johnston, E.
1465 Commanche Lane
Jackson, MI 49201-8437

Jones, James
1523 Roswell Road
Apartment 237
Marietta, GA 30062-9027

Jones, Virginia C.
c/o Kathleen A. Jones
703 Oakdale Avenue
Jackson, MI 49203-2919

Juan Restrpov
37251 Santa Barabara Dr.
Lathrup Village, MI 48076

Jupp, Susan
200 East Race Street
Apartment 331
Leslie, MI 49251-9431

Karazim, Dorothy
503 Madison Street
Jackson, MI 49202


Karl Spah GmbH
Industriestrasse
Sheer, GERMANY D72516


Karpinski, Mary
c/o Joseph Reason
P.O. Box 426
Napoleon, MI 49261-0426


Kasprzycki, Frances
314 South Dwight Street
Jackson, MI 49203


Keiser, Terry
2108 Glasgow Road
Jackson, MI 49201-9757


Keith, Charles
5000 Mieczewo
Michigan Center, MI 49254


Kemmer, Rose
400 East Argyle
Jackson, MI 49202


Kenwal Steel
Industriestrasse
Sheer, GERMANY D72516


Kies, Bernard
9200 Watson Road
Jackson, MI 49203


Kimmel, Carl R.
101 East Michigan
Apartment 4B
Jackson, MI 49201-1440


Kimmel, Robert
165 Albion Road
Albion, MI 49224-9150

King, Rhonda S.
615 Rock Street
Jackson, MI 49202-2431


King, Vietta M.
113 Bernadette Drive
Michigan Center, MI 49254-1404


Klinger, Shelly
6524 Lansing Road
Charlotte, MI 48813


Kmieciak, Ryan
34199 State St.
Farmington, MI 48335


Knight, Darlene
411 S. Old Woodward
Unit #518
Birmingham, MI 48009


Kochanski, Allan
4209 Blue Heron Drive
Auburn Hills, MI 48326


Konopka, Cecelia E.
32469 Washington Street
Livonia, MI 48150-3715


Kopella, E.
464 Cooper Street
Jackson, MI 49201-1520


Kopski, Frank
17101 Forrister Road
Hudson, MI 49247-8704


Kosnik, Kelly
53654 Pappy Lane
Shelby Twp., MI 48316


Kraft, Frances
2004 West Franklin Street
Jackson, MI 49203-1346

Kraft, Paul D.
2004 West Franklin Street
Jackson, MI 49203-1346


Lacinski, Donald
515 South Gorham Street
Jackson, MI 49203


Lagow, Joseph
3462 Sunnyheart Avenue
Jackson, MI 49202-2646


Laird, Keith
4257 Indian Trail
Jackson, MI 49201-9718


Latoski, Patricia
9126 Greenwood Road
Jackson, MI 49201


Latoski, William
9126 Greenwood Road
Jackson, MI 49201


Leavitt, Carol
3103 Carlton Boulevard
Jackson, MI 49203-2523


Lee Industrial Contracting
631 Oakland Ave.
Ponitac, MI 48342


Lee, Mary A.
14428 Devereaux Road
Albion, MI 49224-9192


Lefaive, Kathleen
3596 Cherry Blossom Drive
Jackson, MI 49201-8060


Leutz, Daniel and Beatrice A.
810 North East Avenue
Jackson, MI 49202-3425

Lewis-Graham, Clarissa
703 Valhalla Drive
Jackson, MI 49202


LINK INDUSTRIAL
1008 W FERGUSON AVE
P O BOX 1783
PHARR, TX 78577


Link, D. Cecil
1749 Park Drive
Jackson, MI 49203-5442


Livingston, Dorothy
816 Woodworth Road
Jackson, MI 49202


Logan, Theodore
132 West Brooklyn Road
Jackson, MI 49201


Lowe, Anis
12180 Curtis Road
Grass Lake, MI 49240


Lowe, Linda
9551 Sayers Road
Munith, MI 49259-9756


Ludwig, Craig
P.O. Box 213
Napoleon, MI 49261-0213


Lusby, Carolyn K.
131 Nevada Avenue
Apartment 201
La Follette, TN 37766-2489


Lyons, Ernest
1580 East Mosherville
Jonesville, MI 49250


MACH1 AIR SERVICE
1530 W BROADWAY
TEMPLE, AZ 85282

Malipsey, Bernice
1529 Locust Street
Jackson, MI 49203


Mallett, Mary
131 West Robinson Street
Jackson, MI 49203-4235


Mallett, Walter
2939 Woods Circle Drive
Parma, MI 49269


Malone, Casey
123 Pierce Avenue
Jackson, MI 49203-4560


Marcella, Claudio Sergio
1140 Woodbriar Ct.
Oxford, MI 48371


Markson Tool & Manufacturing Company
679 South State Street
Sparta, MI 49345


Marsh
25255 Mound Rd
Warren, MI 48091


Marshall, Norsie
7471 South Ardmore Lane
Jackson, MI 49201-9677


Martin, Matthew
1558 Maddox St.
West Bloomfield, MI 48324


Martone, Theresa
5651 Copper Rd.
Jackson, MI 49201


Mast, Betty L.
14 Ackerson Lake Road
Jackson, MI 49201-8749

Mast, Bruce
641 9th Street
Michigan Center, MI 49254-1323


Mayo, Ron
8540 Clough Road
Parma, MI 49269-9631


McClure, Jane
7799 Browns Lake Road
Jackson, MI 49201-8370


McClure, John
7799 Browns Lake Road
Jackson, MI 49201-8370


McClure, Michael
P.O. Box 6396
Jackson, MI 49204-6396


McGlothen, Betty
1224 Loeser Avenue
Jackson, MI 49203


McGraw-Hill
c/o JD Power and Associates
2625 Townsgate Road
Westlake Village, CA 91361


McWilliams, William
370 Watts Road
Jackson, MI 49203-2327


Mercedes c/o David D. Dowd III
420 North 20th Street
Suite 3400
Birmingham, AL 35203


Mercer, Daniel
8650 Big Lake Rd.
Clarkston, MI 48346


MEXICO INDUSTRIAL SUPPLY
P O BOX 5356
BROWNSVILLE, TX 78523-5356

MGA Research
Box 68-9916
Milwaukee, WI 53268-9916


Michael L. Pitt
Pitt McGehee Palmer Rivers & Golden PC
117 West Fourth Street
Suite 200
Royal Oak, MI 48067


Michael R. Stillman
Stillman Law Office
7091 Orchard Lake Road Suite 270
West Bloomfield, MI 48322-3651


Michael S. Holmes
306 South Washington Avenue
Suite 215
Royal Oak, MI 48067


Michigan Chamber of Commerce
600 S. Walnut St.
Lansing, MI 00489-3322


MICHIGAN COATING PRODUCTS INC
601 IONIA AVE
GRAND RAPIDS, MI


Michigan Department of Treasury
Collection/Bankruptcy Unit
P.O. Box 30168
Lansing, MI 48909


Michigan Department of Treasury
P.O. Box 30059
Lansing, MI 48909


Michigan Department of Treasury
Collections Division
P.O. Box 30199
Lansing, MI 48909-7699

Michigan Department of Treasury
c/o Attorney General's Office
3030 West Grand Boulevard
Suite 10-200
Detroit, MI 48202-6030


Michigan Department of Treasury
P.O. Box 30783
Lansing, MI 48909


Michigan Unemployment Insurance Agency
Tax Office - Suite 11-500
3024 West Grand Boulevard
Detroit, MI 48202-6024


Mickel, Kenneth
315 South Berrien Street
Albion, MI 49224-1803


Mills, Barbara A.
7393 SW 10th Street
Ocala, FL 34474


Mills, Maretta
5039 Pine Drive
Jackson, MI 49201


Mills, William S.
4474 Springbrook Road
Jackson, MI 49201


Miskowski, David
5055 Rimers Drive
Jackson, MI 49201-9339


MNP CORPORATION
DRAWER 0116
P O BOX B33321
DETROIT, MI 48232-5231


Moeller Manufacturing Company, Inc.
James M Dworman-Dean & Fulkerson PC
801 W. Big Beaver Rd., 5th Floor
Troy, MI 48084

Mohr, Diana
11649 Hickory Lane
Tavares, FL 32778


Moore, Eddie
1030 Maple Street
Jackson, MI 49203-3149


Morrison, Steven
1600 South Sandstone Road
Jackson, MI 49201-8984


Morton, Emily
1610 Cascade Court
Jackson, MI 49203


Mosley, Douglas
1276 Sheffield Drive
Somerset Center, MI 49282-9507


MOTION INDUSTRIES INC
P O BOX 849737
DALLAS, TX 78284


Motor City Fastener
1600 East Ten Mile Road
Hazel Park, MI 48030


Moull, Linda D.
29651 South Drive N
Springport, MI 49284-9448


Muller Muller Richmond Harms & Myers, PC
33233 Woodward
Box 3026
Birmingham, MI 48012-3026


Mullins, Anne K.
392 Richard
Spring Arbor, MI 49283


Murdock, Eleanor
239 East Cairo Drive
Tempe, AZ 85282-3607

Murray, Jack
7908 West Circle Drive
Jackson, MI 49202


Myers, Paul
5625 Bennett Road
Jackson, MI 49201-9476


Naragon, Roy
44 Whitney Estate Boulevard
Hillsdale, MI 49242


NGS American, Inc.
P.O. Box 7676
Saint Clair Shores, MI 48080-7676


Nichols, Daniel
7801 East Michigan Avenue
Jackson, MI 49201


Nichols, Dolores
519 Dalton Road
Jackson, MI 49201-8828


Nichols, Georgia
307 Douglas Street
Jackson, MI 49203-4127


Nissan Motor c/o Michael R. Paslay
Waller Lansden Dortch & Davis LLP
511 Union Street, Suite 2700
Nashville, TN 37219


Nixon, F.
811 Seymour Avenue
Jackson, MI 49202


Nortley, Daniel
102 Oak Street
Jackson, MI 49203-5643


O'Bryan, Gary
19537 Waltham
Beverly Hills, MI 48025

O'Keefe, Timothy
8919 Knolson Ave.
Livonia, MI 48150


Oancea, Timothy
2753 Bradway Blvd.
Bloomfield Hills, MI 48301


OESA
1301 West Long Lake    Ste 225
Troy, MI 48098


Office Depot
c/o James Stevens & Daniels
1283 College Park Drive
Dover, DE 19904-8713


Ojeda, Irene J.
216 Frost Street
Jackson, MI 49202-2310


Oliver, Patricia
612 Steward Avenue
Jackson, MI 49202-3220


Olney, Deborah
10991 Bibbins Road
Horton, MI 49246-9604


ORBITFORM
1600 EXECUTIVE DR
JACKSON, MI 49203


Pacer Service Center
P O Box 70951
Charlotte, NC 28272-0951


Painter (Hefferman), Lena
464 Schoolhouse St.
Ortonville, MI 48462


Palace of Auburn Hills
c/o Palace Sports & Entertainment
6 Championship Drive
Auburn Hills, MI 48326

Palmer, Carolyn
1702 Pringle Avenue
Jackson, MI 49203-2078


Park, Jeffry
118 E. Washington
Milford, MI 48381


PARKER & COMPANY
P O BOX 271
BROWNSVILLE, TX 78521


Parker, Thomas
7107 Elder Ct. S.
West Bloomfield, MI 48324


Partridge, Susan
923 Whitney Street
Jackson, MI 49202-3418


Patrick, Marie
4617 Moscow Road
Spring Arbor, MI 49283-9766


Pawlak, Gertrude
c/o Ronald Pawlak
711 Lake Drive
Six Lakes, MI 48886-9781


Payne, Greg
2554 Mentz Dr.
Romeo, MI 48065


PEARTREE SOFTWARE
550 PARKSIDE DR  UNIT 8A
WATERLOO, ONTARIO, CANADA N2L5V4


Pelham, Denise
2655 East Alpine Lake Drive
Apartment B
Jackson, MI 49203-6337


Pentar Stamping
P.O. Box 1449
Jackson, MI 49204

Pepperman, Cyndi
1650 High Pointe Dr.
Commerce Twp., MI 48390


Perrin, Christine
214 West South Street
Jackson, MI 49203


Peterson, Alberta
297 South Nellsville Road
Houghton Lake, MI 48629-9080


Phelps, Alldine
4010 Locust
Jackson, MI 49201


Phillips, Mark
10761 Resort Road
Pleasant Lake, MI 49272-9718


Phillips, Patricia
10761 Resort Road
Pleasant Lake, MI 49272-9718


Philpott, Karl
P.O. Box 513
Spring Arbor, MI 49283-0513


Pickell, Joyce
1108 Herbert J Avenue
Jackson, MI 49202-1928


Pierce, Orpha
c/o Nancy Hicks
517 North Pleasant Street
Jackson, MI 49202-3623


Pitney Bowes Global Financial Services
c/o LTD Financial Services, L.P.
7322 Southwest Freeway
Suite 1600
Houston, TX 77074

Pline, Kathleen
403 East Argyle Street
Jackson, MI 49202


Porter, John J.
3112 Timberline Drive
Lansing, MI 48911


PRECISION RESOURCE KETCHENER PLANT
265 BREITHAUPT ST
KITCHENER,  ONTARIO, CANADA N2H5H3


PRODUCT ACTION INTERNATIONAL
2506 RELIABLE PARKWAY
CHICAGO, IL 60686-0025


Proffit, Shawn
18540 Morningside
Eastpointe, MI 48021


PROMESS INCOR.
11429 EAST GRAND RIVER
P O BOX 748
BRIGHTON, MI 48116


PSI REPAIR SERVICES INC
11900 MAYFIELD
LIVONIA, MI 48150-1785


Ptak, John
1127 Grace Avenue
Jackson, MI 49203


QCT TECH
1605 EAST AVIS DRIVE
MADISON HEIGHTS, MI 48071


Radar Fishman
6756 Reliable Parkway
Chicago, IL 60686


Raheem, Wali E.
144 West Euclid Avenue
Munith, MI 49259

Ramme, Richard
1500 West North Street
Apartment C30
Jackson, MI 49202-3156


Ranger Die, Inc.
2024 Kinney N.W.
Grand Rapids, MI 49534


Reagle, Omey
14496 18 1/2 Mile Road
Marshall, MI 49068


Reber, Billy
59 Pete Street
Jackson, MI 49203


Reber, Virginia
2 Ackerson Lake Road
Jackson, MI 49201


Reed, Rosemary
222 M. Grinnell Street
Jackson, MI 49202


REINFRO LLC
3320 E  14TH STREET
BROWNSVILLE, TX 78521


Rench, Barbara
1232 Lamoine Street
Jackson, MI 49203


Renfer, Margaret T.
c/o Theodore A. Renfer
902 Virginia Street
Jackson, MI 49202-2454


Rice, Mollie
306 West Cody Circle
Payson, AZ 85541-3172


Richey, Randall
6831 Price lake Road N
49201-8013

Ricoh Americas Corp
PO Box 4245
Carol Stream, IL 60197-4245


Rider, Edwin
911 North Blackstone Street
Jackson, MI 49202-3304


RIF ERVICES LLC
1900 BILLY MITCHELL BLVD. STE B
BROWNSVILLE, TX 78521


Riker, Glenola M.
505 Stonehenge Drive
Lebanon, TN 37090


Riley, Anne
2714 Granada Drive
Apartment 1C
Jackson, MI 49202-5227


Rinehart Properties
802 Flamingo Drive
Apollo Beach, FL 33572


Rinnert, Joyce A.
299 South Moore Road
Bad Axe, MI 48413


Robarge, Louise
211 North Manning Street
Apartment 1
Hillsdale, MI 49242-1267


Robert Anderson
Divine and Service, Ltd.
13809 Research Blvd. Suite 800
Austin, TX 78750


Roberts, Owen
4475 Yuma Drive
Jackson, MI 49201

Robinson, Velma
947 Russell Street
Jackson, MI 49203


Rocket Enterprise
30660 Ryan
Warren, MI 48092


Rodriguez, Janice G.
813 Virginia Street
Jackson, MI 49202-2453


Roland, Christine
301 Steward Avenue
Apartment F18
Jackson, MI 49201-1186


Rose, B.I.
8540 Folks Road
Hanover, MI 49241-9788


Roush Industries
12011 Market Street
Livonia, MI 48150


RPK Mexico
RFC REM-010301-JY8
Oriente5, no. 132, Ciudad Industrial
C.P. 38010 Celaya    GTO, MEXICO 38010-0


Russell, Barbara
414 Woodworth Street
Leslie, MI 49251-9483


Rutledge, Valerie
6861 Draper Road
Jackson, MI 49201-8731


Sabin, John E.
6031 Leora Lane
Jackson, MI 49201-8979

Sachjen, Doris M.
c/o Sachjen, Roy D.
12503 West Michigan Avenue
Parma, MI 49269-9607


Sadowski, John
743 North State Street
Jackson, MI 49203


Sage, Jeff
124 Cambridge Drive
Charlotte, MI 48813-2114


SAINT GOBAIN - GMBH
AM NORDKANAL 37
WILLICH NORDRHEIN
WESTFALEN, GERMANY D47877


SAINT GOBAIN PERFORMANCE
P O BOX 64-2625
PITTSBURGH, PA 15264-2625


SAINT GOBAIN PERFORMANCE PLASTICS
INDUSTRIAL AEROSPACIAL 3601
FRACC.INDUSTRIAL SALTILLO-RAMOS
RAMOS ARIZPE, COAHILA MEXICO


Salazar, Marcelo
615 Woodglen Cir.
Apt. #207
Auburn Hills, MI 48341


Saldana, Julia
9250 Starvation Lake Road NE
Mancelona, MI 49659-9595


Sanders, Monte G.
567 7th Street
P.O. Box 756
Michigan Center, MI 49254-0756


Sanford, Jerilyn
5303 Cooper Road
Leslie, MI 49251

Sauceda, Manuel
808 Hibbard
Jackson, MI 49202


Saumier, Mary J.
713 South Webster Street
Jackson, MI 49203-1637


Savicki, Ellaruth
3300 Spirea Court
Apt. 110
Jackson, MI 49202


Scheuer, Thomas
195 North harrington Road
Parma, MI 49269-9707


Schneider-Weidmann, Gunnar
508 Georgian Ct.
Troy, MI 48098


Schrader, Doug
214 South Gorham Street
Jackson, MI 49203-2019


Schweda, Linda
727 North State Street
Jackson, MI 49202


Scott, Mary A.
1266 Oakbrook West
Jackson, MI 49201


SecretariaDeFinanzasGobiernoDeTamaulipas
Departamento deAtencion al Contribuyente
Edificio Tiempo Nuevo, planta baja
Blvd Emilio Portes Gil No. 1260
Ciudad Victoria Tamaulipas


Seidenstucker, Clarence
661 South Street
Grass Lake, MI 49240

Selepak, Pauline
18 Montford Street
Battle Creek, MI 49017-5412


Servicio de Administracion Tributaria
Administracion local deRecaudacion deMet
Prolongacion Calixto Ayala No. 202
Col. Industrial, CP 87350
H. Matamoros Tamaulipas


Shafer, Laurie
11455 Hayes Road
Jackson, MI 49202


Shafer, Olive P.
9 Westwood Avenue
Tequesta, FL 33469


Shaltz Fluid Power
5163 Commerce Rd.
Flint, MI 48507


Sharlow, Kenneth
113 Gibson Place
Jackson, MI 49202-3329


Shaw, Richard
2621 South Saint Anthony Street
Jackson, MI 49203-3712


Shelley, Luttie Mae
195 Maple Road
P.O. Box 887
Michigan Center, MI 49254-0887


Shepherd, Carla
7250 Wooster Road
Jackson, MI 49201


Shew, Diane
5660 Trailer Park Drive
Jackson, MI 49201-8839

SHIELDS, LISA
4000 ALPINE PRWY A4
ZANESFIELD, OH 43360

Shook, Melinda
452 Roxbury Circle
Jackson, MI 49203-7187

Shred-it
1351 Combermere
Troy, MI 48083

Siemens Product Lifecycle
P O Box 502825
Sterling Heights, MI 63150-2825

SIEMERS INSPECTION SERVICE
713 W PRAIRIE ST
VICKSBURG, MI 49097

Simpson, Donald W.
P.O. Box 26
Parma, ID 83660-0026

Sisk, Sylvia M.
4134 N. Draper Road
Jackson, MI 49203

Skinner, Elsie E.
2719 Hillcrest Blvd.
Jackson, MI 49203

Skrzynski, Richard
5100 Ackerson Lake Road
Jackson, MI 49201-8716

Slater, Tenaglia, Fritz & Hunt, PA
P.O. Box 5476
Mount Laurel, NJ 08054

Smak, Eugene J.
5670 Trailer Park Drive
Jackson, MI 49201

Smith, Clarence
10840 Bunkerhill Road
Jackson, MI 49201


Smith, Marion
1585 Hiawatha
Jackson, MI 49201


Smith, Martin
8100 East Michigan Avenue
Jackson, MI 49201


Smith, William
P.O. Box 602
Concord, MI 49237-0602


Snelling Staffing
P O Box 214059
Auburn Hills, MI 48321


Sparks, James M.
505 North Pleasant Street
Jackson, MI 49202


Sprague, Darlene
P.O. Box 167
Grass Lake, MI 49240


SPRING ENTERPRISES LLC
414 N. JACKSON ST. 87/11
JACKSON, MI 49201


Squires, Richard L.
412 Camellia Terrace
Maryville, TN 37801-3582


St. Paul Travelers
c/o Bank of America
91287 Collections Center Drive
Chicago, IL 60693-1287


Stanley, Donna M.
18 Kulp Court
Apartment 8
Battle Creek, MI 49017-3852

Steffey, Jean
5722 Reynolds Road
Jackson, MI 49201


Stephens, Jacquelyne
4366 Zion Road
Jackson, MI 49201-9594


Stephens, John
9850 Moscow Road
Horton, MI 49246-9799


Stephens, Mildred
239 North Dwight Street
Jackson, MI 49202


Stevick, Eric
424 Pattie Avenue
Albion, MI 49224


Stewart, Marlene
3100 East South Street
Jackson, MI 49201-8777


Stiles, L.
4568 Sears Road
Horton, MI 49246-9561


Stone, Frances
10650 North Black River Road
Cheboygan, MI 49721


STORK TECHNIMET INC
P O BOX 673666
DETROIT, MI 48267-3666


Stover, Harold
335 Lakeside
Grass Lake, MI 49240


Straub, Marilyn A.
3336 Seymour Road
Jackson, MI 49201-8880

STS Manufacturing, Inc.
3547 East 14th Street
Suite G
Brownsville, TX 78521-3242


Sunkle, Denise
7637 Caryn Way
Parma, MI 49269-9535


Sunkowski, Ronald
5281 Oak Point Road
Jackson, MI 49201


SunTel Services
1095 Crooks Road
Suite 100
Troy, MI 48084


Swartz, Jule T.
4600 Blackman Road
Jackson, MI 49201


Tabacaru, Danut
2180 Bass Lake Rd.
Commerce Twp., MI 48382


Teller, Betty E.
c/o Wayne Teller
1912 San Silvestro Drive
Venice, FL 34285-4572


Templeton, Thomas
P.O. Box 2
Jonesville, MI 49250-0002


Terry, Clara
1060 Grasvenor Road
Grass Lake, MI 49240-9315


THE COPYLADY LLC
P O BOX 3229
BROWNSVILLE, TX 48523-3229

Thermatron Industries
MB Unit 689590
Milwaukee, WI 53268


Thompson, Glina J.
149 North Harvey Road
Jackson, MI 49201-8415


Thompson, Theresa A.
122 Stanley Avenue
Jackson, MI 49203-3247


THOMSON FASTENERS INC
290 FOURTH STREET
POSTAL BAG 5300
GANANOQUE   ONTARIO, CANADA K7G-2W9


Threloff, Debra
856 White Street
Lincoln Park, MI 48146


Tobey, Joe
146 Woodland Avenue
Jackson, MI 49203-1045


Tool Ventures, Inc.
4621 Spartan Industrial Drive
Grandville, MI 49418


Tool-Plas Systems, Inc.
1905 Black Acre Drive
Oldcastle
Ontario CANADA NOR 1L0


Towers Perrin
P.O. Box 8500
S-6110
Philadelphia, PA 19178-6110


Treadway, Betty
320 1/2 Orange Street
Jackson, MI 49202

Treichel, Gary L.
10909 Hart Highway
Dimondale, MI 48821


Treichel, Janice M.
1809 Tyson Street
Jackson, MI 49203


TRICO COMPONENTS
1354 RELIABLE PARKWAY
CHICAGO, IL 60686-0001


Turner, Larry
3800 Fairview Avenue
Jackson, MI 49203-2455


Valdez, Bobby
707 Winifred Street
Jackson, MI 49202-3059


Van Straaten, Maxine
310 Ashley Court
Brooklyn, MI 49230-9369


Vaught, Sandra
826 Orange Street
Jackson, MI 49202-2521


Vazquez, Agustin
Calle hacienda SanDiego delos Padres 28
Fraccionamiento Santa Elena
San Mateo Atenco 52100
Estado de MEXICO, IA 52100


Vickery, Onaria
407 Wood Street
Stockbridge, MI 49285


Vickery, Quinton G.
158 Blocker Hollow Road
Somerville, AL 35670-6400


Vincent, Gregory
805 North Monroe Street
Jackson, MI 49203

Wagoner, Constance
612 Winifred Street
Jackson, MI 49202-3060


Walker, Denzial W.
123 East Addison
Jackson, MI 49203


Walsh, Janice
9943 Rexford Road
Jackson, MI 49201-9250


Walsh, Ronald
2624 Bow Street
Parma, MI 49269


Walz, George P.
3645 Saint Luke St.
Jackson, MI 49201-8830


Wardcraft Conveyor & Die Products
One Wardcraft Drive
Spring Arbor, MI 49283


Watts, Rose
352 North Arbor View Drive
Spring Arbor, MI 49283-9656


Weaver, Asa N.
4200 Springport Road
Jackson, MI 49201


Webb, Roy
54651 Marissa Way
Shelby Twp., MI 48316


Webb, Sean
2441 East Territorial Road
Rives Junction, MI 49277-9745


WEIGHT & TEST SOLUTIONS INC.
P O BOX 4296
BROWNSVILLE, TX 78523-4296

Welch, B.M.
2933 Wolhaven Lane
Jackson, MI 49201


WELLS FARGO FINANCIAL LEASING
P O BOX 6434
CAROLD STREAM, IL 60197-6434


Wells, Irene
1655 West Sturgeon Bay Trail
Levering, MI 49755-9766


Wells, Irene M.
800 Fairyland
Jackson, MI 49202


West, Carol F.
1180 herbert
Jackson, MI 49202


West, Frank
18310 Birch Dr.
Macomb, MI 48044


Wheeler, Robert
7250 N. Village Dr.
Clarkston, MI 48346


White, Sam
156 West Mansion
Jackson, MI 49203-4268


Whiteaker, Donald
3236 matthews Street
Jackson, MI 49203


Whiteaker, Paul
23 Embassy Road
Jackson, MI 49202-3801


Wiese, Crystal
56445 Scotland Blvd.
Shelby Twp., MI 48316

Wiese, Stephen
9560 Arnold
Fair Haven, MI 48023


Wiggins, Dorothy
Rt. 3 8106 Lansing
Jackson, MI 49201


Wiggins, Thais
3748 Dibble
Jackson, MI 49201


Wilburn, Deborah
14273 Nmoor Drive
Jackson, MI 49201


Wilcox, Mary Jane
5625 Poplar Drive
Jackson, MI 49201


Williams, Harold
12501 Brooklyn Road
Brooklyn, MI 49230-8304


Williams, Ida
425 North Pleasant Street
Jackson, MI 49202-3665


Williams, Linda
119 West Addison
Jackson, MI 49203-4208


Williams, Sandra J.
6252 Pomeroy Road
Jackson, MI 49201-9424


Williams, William
425 North Pleasant Street
Jackson, MI 49202-3665


Wilson, Joseph
5425 Brooklyn Road
Apartment 10
Jackson, MI 49201-8541

Wines, Joseph C.
c/o Jackson County Guardian
1715 Lansing Avenue
Jackson, MI 49202


Winters, Michelle
115 Stanley Avenue
Jackson, MI 49203-3246


Woodard, James
272 Ackerson Lake Drive
Jackson, MI 49201-8755


Woodard, Joyce M.
1251 Fairfax St.
Jackson, MI 49203-3505


Worthington, Patricia E.
748 Loomis Street
Jackson, MI 49202-3449


Wyatt, R.G.
578 Gilletts Lake Road
Jackson, MI 49201


Wysocki, Kirk
7881 Hollywood Drive
Jackson, MI 49201-9237


Zawacki, Richard J.
3122 South Rose Avenue
Inverness, FL 34450


Zentgraf, Gail
237 Gilman Road
Michigan Center, MI 49254-1120


Zoldak, Timothy
920 Elm Ave.
Windsor, Ont.  Canada N9A 5H5


Zul, Jose
738 North East Avenue
Jackson, MI 49202-3423

Zyla, Dennis
300 River Terrace Drive
Apartment 812
Benton Harbor, MI 49022-5046

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Edscha North America, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Edscha North America, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 19, 2009**

Date

**/s/ Michael L. Gesas**

**Michael L. Gesas 06186924**

Signature of Attorney or Litigant

Counsel for  **Edscha North America, Inc.**

**Arnstein & Lehr LLP**

**120 South Riverside Plaza**
**Suite 1200**
**Chicago, IL 60606**
**(312) 876-7125 Fax:(312) 876-6260**
**mlgesas@arnstein.com**