# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 09-39055 |
| EDSCHA NORTH AMERICA, INC. d/b/a ) | Hon. Carol A. Doyle |
| EDSCHA U.S.A., INC. and ) | |
| EDSCHA JACKSON, INC. ) | Date: February 2, 2010 |
| ) | Time: 10:00 a.m. |
| Debtor. ) | |

## ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN INTERIM ORDER AUTHORIZING DEBTOR'S USE OF CASH IN THE INVENTORY ESCROW ACCOUNT

This matter having been considered upon the Debtor's Motion for Entry of a Interim Order Authorizing Debtor's Use of Cash from Inventory Escrow Account (the "Motion"),[1] written notice of the Motion having been given to the Office of the United States Trustee, the Lenders, Edscha AG, the Committee, all relevant taxing authorities, any party who has requested notice and the list of twenty largest creditors, the Court having reviewed the Motion and having heard the statements of counsel in support of the relief requested therein and any evidence offered and testimony given in connection therewith, the Court having found that the notice given by the Debtor of the Motion and the Hearing constitutes due and sufficient written notice of the Motion having been given, the Court being fully advised in the premises and after due deliberation and sufficient cause appearing;

NOW, THEREFORE, IT IS ORDERED as follows:

1. The Motion is granted; and

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed thereto in the Motion.

      2. The Debtor is authorized to use the cash from the Inventory Escrow Account at New Century Bank (Account No. 1043157) in the amount of $200,000 as provided in the Budget, provided that the Debtor may deviate from the Budget in an amount no more than 10% per line item per month; and

      3. The hearing has been continued to March \_\_, 2010 at \_\_\_ for the Debtor's further use of cash.

_____
United States Bankruptcy Judge