**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 Case |
| EDSCHA NORTH AMERICA, INC. d/b/a EDSCHA U.S.A., INC. and EDSCHA JACKSON, INC. | Case No. 09-39055 |
| | Hon. Carol A. Doyle<br>Chief Bankruptcy Judge |
| Debtor. | Date: <u>December 7, 2010</u><br>Time: <u>10:00 a.m.</u> |

### NOTICE OF MOTION

To:   See attached Service List

PLEASE TAKE NOTICE that on <u>December 7, 2010 at 10:00 a.m.</u> or as soon thereafter as counsel may be heard, we will appear before United States Bankruptcy Judge Carol A. Doyle, or any other judge sitting in his stead, in Courtroom 742 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, on the attached **FINAL APPLICATION OF BODMAN LLP FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF COSTS AS DEBTOR'S SPECIAL COUNSEL**, at which time and place you may appear as you see fit.

BODMAN LLP

By: _/s/ Colin T. Darke_
Robert J. Diehl, Jr. (P31264)
David J. Nowaczewski (P68950)
Colin T. Darke (P68294);
(IL90785992)
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI 48226
Phone: (313) 259-7777
Fax: (313) 393-7579

Detroit_1033109_2

Document      Page 2 of 13

## CERTIFICATE OF SERVICE

I, Colin T. Darke, hereby certify that I caused a copy of the following documents that were filed with the Clerk of the Bankruptcy Court on November 16, 2010:

1. FINAL APPLICATION OF BODMAN LLP FOR ALLOWANCE OF INTERIM FEES AND REIMBURSEMENT OF COSTS AS DEBTOR'S SPECIAL COUNSEL

2. COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

3. NOTICE OF HEARING ON FEE APPLICATIONS TO ALL CREDITORS

to be served on the parties listed on the attached Service List by the Court's ECF system and/or U.S. Mail, postage prepaid, on November 16, 2010.

Robert J. Diehl, Jr. (P31264)
David J. Nowaczewski (P68950)
Colin T. Darke (P68294); (IL90785992)
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI 48226
Phone: (313) 259-7777
Fax: (313) 393-7579

Detroit_1033109_2

## SERVICE LIST

*In re Edscha North America, Inc. d/b/a Edscha U.S.A., Inc. and Edscha Jackson, Inc., Debtor*
Case No. 09-39055

| | |
|---|---|
| United States Trustee<br>Attn: Cameron M. Gulden<br>219 South Dearborn Street<br>Room 873<br>Chicago, IL 60604<br>Via ECF Service<br>USTPRegion11.ES.ECF@usdoj.gov | HVB Banque Luxembourg Societe<br>FKA-KRE/SFB2, 4, rue Alphonse<br>Weiker, Luxembourg<br>LUX L-2721<br>Via facsimile 352 42 72 4500 |
| Grant Industries, Inc. Organization<br>33415 Grossbeck Highway<br>Fraser, MI 48026<br>Via facsimile 586-293-9346 | Ranger Die, Inc.<br>2024 Kinney N.W.<br>Grand Rapids, MI 49534<br>Via facsimile 616-453-7682 |
| Intermediate Capital Group PLC<br>20 Old Broad Street<br>London EC2N 1DP<br>United Kingdom<br>Via overnight mail | Intermediate Capital Group PLC<br>Herr Brenke<br>An der Welle 5<br>69322 Frankfurt, Germany<br>Via overnight mail |
| 2880 Centerpoint Investments, LLC<br>c/o Bernard Financial<br>Etkin Equities, 200 Franklin Center<br>29100 Northwestern Highway<br>Southfield, MI 48341<br>Via facsimile 248-358-2180 | CEF & Associates<br>c/o Timothy Ferrell<br>Simon, Galasso & Frantz PC<br>363 West Big Beaver Road #250<br>Troy, MI 48084<br>Via facsimile 248-720-0291 |
| Accident Fund Insurance<br>232 South Capital Avenue<br>Lansing, MI 48933<br>Via facsimile 517-367-6713 | A.V. Gauge & Fixture<br>4000 Delduca Drive<br>Old Castle<br>Ontario, Canada N0R1L0<br>Via facsimile 519-737-7844 |
| Chrysler LLC<br>c/o Chris Maeso<br>Dickinson Wright PLLC<br>38525 Woodward Avenue, Suite 2000<br>Bloomfield Hills, MI 48304<br>Via email CMaeso@dickinson-wright.com<br>Via facsimile 248-433-7274 | Ford Motor<br>Stephen S. LaPlante<br>Timothy Engling<br>Miller Canfield Paddock Stone PLC<br>150 West Jefferson Avenue, Suite 2500<br>Detroit, MI 48226<br>Via ECF Service<br>laplante@MillerCanfield.com;<br>engling@MillerCanfield.com;<br>swansonm@MillerCanfield.com |

Detroit_1033109_2

| | |
|---|---|
| Cleveland Die & Manufacturing<br>20303 First Ave.<br>Middleburg Heights, OH 44130<br>Via facsimile 440-243-1702 | Detroit Testing Laboratory, Inc.<br>27485 George Merrelli Drive<br>Warren, MI 48092<br>Via facsimile 586-754-9045 |
| Eurospec Tooling<br>130 Harry Walker Pkwy.<br>Newmarket<br>Ontario, Canada L3Y7B2<br>Via facsimile 905-898-0851 | GE Capital<br>P.O. Box 640387<br>Pittsburg, PA 155264-0387<br>Via overnight mail |
| Mercedes<br>c/o David D. Dowd III<br>Burr and Forman<br>420 North 20th Street, Suite 3400<br>Birmingham, AL 35203<br>Via email ddowd@burr.com<br>Via facsimile 205-244-5629 | HEICO Umformtechnik<br>Postfatch 2010<br>59469 ENSE<br>Niederense, Germany<br>Via facsimile 49(0) 2938/805-198 |
| William V. Wilson<br>General Electric Capital Corp.<br>1301 Virginia Drive, Suite 200<br>Fort Washington, PA 19034<br>Via overnight mail | St. Paul Travelers<br>c/o Bank of America<br>91287 Collections Center Drive<br>Chicago, IL 60693-1287<br>Via facsimile 860-277-8604 |
| Nissan Motor<br>c/o Michael R. Paslay<br>Waller Lansden Dortch & Davis LLP<br>511 Union Street, Suite 2700<br>Nashville, TN 37219<br>Via email Mike.Paslay@wallerlaw.com<br>Via facsimile 615-244-6804 | General Motors<br>c/o Donald F. Baty, Jr.<br>Honigman Miller Schwartz and Cohn<br>2290 First National Building<br>660 Woodward<br>Detroit, MI 48226<br>Via email DBaty@honigman.com<br>Via facsimile 313-465-7315 |
| Paul Melville<br>Grant Thornton<br>2777 Franklin Road, Suite 800<br>Southfield, MI 48034<br>Via email paul.melville@gt.com<br>Via facsimile 248-350-3581 | Earle I. Erman<br>David H. Freedman<br>Erman Teicher Miller Zucker & Freedman PC<br>400 Galleria Officentre, Suite<br>444 Southfield, MI 48034<br>Via ECF Service<br>eerman@ermanteicher.com;<br>dfreedman@ermanteicher.com;<br>deisenberg@ermanteicher.com |

| | |
|---|---|
| Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 South Dearborn Street, Suite 2300<br>Chicago, IL 60606<br>Via facsimile 312-566-2826 | Alexander Terras<br>Reed Smith LLP<br>10 South Wacker Drive, 40th Floor<br>Chicago, IL 60606-7507<br>Via email aterras@reedsmith.com<br>Via facsimile 312-207-6400 |
| D. Patrick Mullarkey<br>Tax Division (DOJ)<br>P.O. Box 55<br>Ben Franklin Station<br>Washington, DC 20044<br>Via facsimile 202-514-5238 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114<br>Via facsimile 215-516-2015 |
| Sarah Nye Campbell<br>Clifford Chance US LLP<br>31 West 52nd Street<br>New York, NY 10019<br>Via facsimile 212-878-8375 | Illinois Department of Revenue<br>Bankruptcy Section Level 7-425<br>Attn: Jim Newbold<br>100 West Randolph Street<br>Chicago, IL 60601<br>Via facsimile 312-814-3589 |
| Michigan Unemployment Insurance Agency<br>Tax Office – Suite 11-500<br>3024 West Grand Boulevard<br>Detroit, MI 48202-6024<br>Via overnight mail | Instituto Mexicano del Seguro Social<br>Sub Delegacion Matamoros<br>Alvaro Obregon No. 238<br>Esq. Segunda Colonia Jardin<br>Matamoros Tamaulipas CP 87330<br>Via overnight mail |
| Servicio de Administracion Tributaria<br>Administracion local de Recaudacion de Met<br>Prolongacion Calixto Ayala No. 202<br>Col. Industrial, CP 87350<br>H. Matamoros Tamaulipas<br>Via overnight mail | Michael A. Cox, Attorney General<br>Heather M. Durian, Asst. Attorney General<br>State of Michigan Department of Treasury<br>P.O. Box 30754<br>Lansing, MI 48909<br>Via ECF Service durianh@michigan.gov |
| Hans-Gerd H. Jauch<br>Rechtsanwalt / Partner<br>GORG Rechtsanwalte / Insolvenzverwalter<br>Sachsenring 83, D-50677 Koln<br>Germany<br>Via email JJauch@goerg.de<br>Via facsimile 49 221 33660 85 | Secretaria De Finanzas Gobierno De<br>Tamaulipas<br>Departamento de Atencion al Contribuyente<br>Edificio Tiempo Nuevo, planta baja<br>Blvd Emilio Portes Gil No. 1260<br>Ciudad Victoria Tamaulipas<br>Via overnight mail |
| Edscha AG<br>Hohenhagener Str. 26-28<br>D42855 Remscheid<br>Germany<br>Via facsimile 49(0)2191.363-549 | Lee Industrial Contracting<br>631 Oakland Avenue<br>Pontiac, MI 48342<br>Via facsimile 248-332-9805 |

| | |
|---|---|
| Chizoba Egbuonu<br>Mike Maricco<br>Pension Benefit Guaranty Corporation<br>1200 K. Street NW<br>Washington, DC 2005<br>Via facsimile 202-326-4112 | Robert B. Weiss<br>E. Todd Sable<br>Daniel N. Adams<br>Honigman Miller Schwartz and Cohn LLP<br>660 Woodward Avenue, Suite 2290<br>Detroit, MI 48226<br>Via ECF Service<br>rweiss@honigman.com;<br>tsable@honigman.com; |
| William W. Thorsness<br>Vedder Price P.C.<br>222 North LaSalle Street, Suite 2600<br>Chicago, IL 60601<br>Via ECF Service<br>wthorsness@vedderprice.com | David W. Parham<br>R. Adam Swick<br>Baker & McKenzie LLP<br>2300 Trammell Crow Center<br>2001 Ross Avenue<br>Dallas, TX 75201<br>Via facsimile 214-978-3099 |
| Mark E. Abraham<br>Gould & Ratner LLP<br>222 North LaSalle Street, Eighth Floor<br>Chicago, IL 60601-1086<br>Via ECF Service<br>mabraham@gouldratner.com<br>mhannon@gouldratner.com | Bankruptcy Administration<br>IKON Financial Services<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708<br>Via facsimile 678-868-2456 |
| Colleen E. McManus<br>Much Shelist Denenberg<br>Ament & Rubenstein, P.C.<br>191 North Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>Via ECF Service<br>cmcmanus@muchshelist.com | Robert J. Diehl, Jr.<br>David J. Nowaczewski<br>Colin T. Darke<br>Bodman LLP<br>6th Floor at Ford Field<br>1901 St. Antoine Street<br>Detroit, MI 48226<br>Via facsimile 313-393-7579 |
| Michael L. Pitt<br>Pitt McGehee Palmer Rivers & Golden PC<br>117 W. 4th Street<br>Suite 200<br>Royal Oak, MI 48067<br>Via facsimile 248-398-9804 | William Kent Carter<br>Clark Hill PLC<br>150 North Michigan Avenue<br>Suite 2700<br>Chicago, IL 60601<br>Via ECF Service wcarter@clarkhill.com |
| PayPal, Inc.<br>P.O. Box 45950<br>Omaha, NE 68145-0950<br>Via facsimile 402-537-5733 | PayPal, Inc.<br>2211 North First Street<br>San Jose, CA 95131<br>Via facsimile 402-537-5733 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Chapter 11 Case |
|---|---|
| EDSCHA NORTH AMERICA, INC. d/b/a EDSCHA U.S.A., INC. and EDSCHA JACKSON, INC. | Case No. 09-39055 |
|  | Hon. Carol A. Doyle Chief Bankruptcy Judge |
| Debtor. | Date: December 7, 2010 Time: 10:00 a.m. |

## FINAL APPLICATION OF BODMAN LLP FOR COMPENSATION AND REIMBURSEMENT FOR EXPENSES FOR PERIOD FROM APRIL 30, 2010

Bodman LLP ("Bodman"), special counsel for Edscha North America, Inc. d/b/a Edscha U.S.A., Inc. and Edscha Jackson, Inc., debtor and debtor-in-possession (collectively, "Edscha N.A." or "Debtor"), pursuant to 11 U.S.C. §§ 327, 330 and 331, applies to this Court for an entry of an order: (a) allowing as final compensation the amount of $5,660.50 for legal services rendered during the period from October 19, 2009 through November 16, 2010 ("Application Period") and reimbursement to Bodman in the amount of $788.25 in expenses; and (b) authorizing and directing the Debtor to pay the allowed fees and expenses for the Application Period. In support thereof, Bodman respectfully states as follows:

### BACKGROUND

1. On October 19, 2009 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case"). On the same date, the Debtor filed its Bankruptcy Schedules and Statement of Financial Affairs.

2. On January 26, 2010, this Court entered an Order approving Debtor's employment of the law firm of Bodman LLP ("Bodman") as Debtor's special counsel in the Chapter 11 Case retroactive to the Petition Date.

3. Prepetition Bodman represented Debtor with respect to historical corporate matters and certain penalties assessed against Debtor by the DOL. Prepetition, DOL alleges that Debtor failed to file timely certain audits in connection with filing tax reports for its 401(k) Plans maintained for union and non-union workers at its Jackson, Michigan facility. Debtor appealed the DOL's imposition of a $96,000 penalty and that appeal is currently before an administrative law judge. Prepetition, Bodman advised debtor regarding its appeal and has knowledge of all the relevant facts involved. The Bodman attorney primarily responsible for assisting Debtor in this matter is David B. Walters. Bodman's representation of Debtor postpetition was limited to this matter, which has now been resolved.

4. Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor continues to operate its business and manage its financial affairs as debtor in possession.

5. Historically, the Debtor was a manufacturer and supplier of body hardware, such as hinges, checklinks, crowns, closures, and driver controls, such as hand and foot brakes, for the automotive industry.

6. On May 27, 2010, Bodman filed its 1st Interim Application for Compensation and Reimbursement for Expenses for the period October 19, 2009 through April 30, 2010. Bodman requested fees in the amount of $14,812.50 for legal services and expenses in the amount of $146.36. By this application, Bodman requests that these fees be allowed on a final basis. Additionally, Bodman seeks approval of fees for legal services provided and reimbursement for costs incurred for the period

from April 30, 2010 through November 16, 2010 ("Outstanding Period") on a final basis. The legal services provided by Bodman during the Outstanding Period have been detailed on the invoices attached hereto as Exhibit A. The invoices attached also include the amounts requested for the reimbursement of actual and necessary costs incurred during the Outstanding Period. The time expended by professionals during the Outstanding Period is summarized as follows:

7. The services rendered by Bodman during the Outstanding Period have been segregated into two (2) categories as follows: (A) Department of Labor Appeal; and (B) Employment of Professionals. The time expended is set forth below, and summarized as follows:

| Attorney / Professional | Specialty | Hours | Hourly Rate 2010 |
|---|---|---|---|
| David B. Walters ("DBW") | Employee Benefits | 13.10 | $330 |
| David J. Nowaczewski ("DJN") | Bankruptcy | 5.5 | $205 |
| Colin T. Darke ("CTD") | Bankruptcy | 1.0 | $210 |
| TOTALS | | 19.6 | $5,660.50 |

8. The hourly rates listed above are customary and reasonable and are the same hourly rates charged to Bodman's non-bankruptcy clients for various other matters.

9. The fees sought by Bodman in each of the aforesaid billing categories are summarized as follows:

| EXHIBIT | TITLE OF CATEGORY | AMOUNT SOUGHT |
|---|---|---|
| A | Department of Labor Appeal | $4,323.00 |

EDSCHA – Final Fee Application 3

Detroit_1033142_4

| B | Employment of Professionals | $1,337.50 |
|---|---|---|
| | **TOTAL FEES** | **$5,660.50** |
| D | Expenses | $788.25 |

10. There has been no duplication of services, either by partners or associates of Bodman. When two or more attorneys participated in any activity, such joint participation was necessary as a result of either the complexity of the problems involved or the need to familiarize each attorney with the matters at issue so that each attorney could perform further necessary work.

11. The tasks performed by Bodman in each of the listed categories and expenses incurred by Bodman are set forth in the attached exhibit and are summarized as follows:

Employment of Professionals: This category includes the following: preparation of first and final fee application. Bodman spent 6.5 hours of attorney time (DJN: 5.5; CTD: 1.0) on the foregoing services, as is more fully described in Exhibit A. Said services have a value of $1,337.50 for which Bodman is seeking compensation.

| **Employment of Professionals** | | | |
|---|---|---|---|
| **Professional** | **Position** | **Hours** | **Compensation Sought** |
| DJN | Associate | 5.5 | $1,127.50 |
| CTD | Associate | 1.0 | $210.00 |
| **Total** | | **6.5** | **$1,337.50** |

Department of Labor Issues: This category includes all work related to the Debtor's pension plan, retiree benefit issues and all issues relating to Debtor's negotiation with the Department of Labor regarding an appeal of penalties assessed by the Department of Labor. Bodman spent 13.10 hours of attorney and paralegal time (DBW: 13.10) on the foregoing services, as is more fully described in Exhibit A. Said services have a value of $4,323.00, for which Bodman is seeking compensation.

| Department of Labor Appeal | | | |
|---|---|---|---|
| **Professional** | **Position** | **Hours** | **Compensation Sought** |
| DBW | Partner | 13.10 | $4,323.00 |
| **Total** | | **13.10** | **$4,323.00** |

<u>Expenses</u>: Exhibit A lists expenses, such as copying costs at 10¢ per page and phone calls, fax and other charges. Bodman seeks $146.36 in expenses.

12. Bodman respectfully submits that the fees and expense reimbursement sought herein are reasonable given the nature, extent and value of the services rendered, the quality and skill which the situation required, and the costs of comparable services in other cases under Chapter 11, and that time has been fairly and properly expended.

13. Bodman expended a total of 73.1 hours for the services provided to the Debtor. Based on the hourly charges of Bodman set forth above, Bodman requests that the Court determine and allow it $20,473 as compensation and $934.61 for the reimbursement of reasonable out-of-pocket expenses pursuant to Section 330 and 331 of the Bankruptcy Code.

### Final Fee Request

14. Since the Petition Date, Bodman has continued to render actual and necessary legal services on behalf of the Debtor which include resolving

15. The 1st Interim Fee Application contained detailed invoices for the fees requested and for the reimbursement of actual and necessary costs incurred. The information set forth in the 1st Interim Fee Application and corresponding Order is incorporated by reference herein as though set forth in full. A copy of the invoice for the 1st Interim Fee Application is attached as <u>Exhibit B</u>.

16. The time expended by Bodman's professionals throughout the pendency of the case is summarized as follows:

| Attorney / Professional | Specialty | Hours | Hourly Rate 2009 | Hourly Rate 2010 |
|---|---|---|---|---|
| Gene P. Bowen | Corporate | .20 | $285 | $290 |
| Charles S. Russman | Employee Benefits | 14.10 | $190 | $195 |
| David B. Walters | Employee Benefits | 41.4 | $325 | $330 |
| Robert J. Diehl, Jr. | Bankruptcy | 1.5 | $550 | $560 |
| David J. Nowaczewski | Bankruptcy | 5.5 | $200 | $205 |
| Colin T. Darke | Bankruptcy | 1.0 | $210 | $210 |

17.    Bodman respectfully submits that the fees and expense reimbursement sought herein are reasonable given the nature, extent and value of the services rendered, the quality and skill which the situation required, and the costs of comparable services in other cases under Chapter 11, and that time has been fairly and properly expended.

18.    Bodman respectfully requests that the Court authorize payment of $20,473.00 for services rendered and $934.61 for the reimbursement of its reasonable out-of-pocket expenses, as final compensation for the Application October 19, 2009 through November 16, 2010 pursuant to section 330 of the Bankruptcy Code.

19.    A copy of the Application has been sent to the Debtor and all parties receiving notice by the Court's ECF system, including the United States Trustee and counsel for the Official Committee of Unsecured Creditors. Notice of the Application and hearing date has been sent to all creditors of the estate and all parties entitled to notice.

WHEREFORE, the firm of Bodman LLP, respectfully requests that the Court enter an Order:

A. Awarding it $20,473.00 in fees and $934.61 in reimbursement of expenses for the Application Period as set forth herein pursuant to Bankruptcy Code Section 330 and 331;

B. Allowing its final compensation in the aggregate amount of $5,660.50 for actual and necessary professional services rendered and reimbursed in the amount of $934.61 for actual and necessary costs and expense incurred, and;

C. Granting such other and further relief as the Court deems just and proper.

BODMAN LLP

By: _____
Robert J. Diehl, Jr. (P31264)
David J. Nowaczewski (P68950)
Colin T. Darke (P68294); (IL90785992)
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI 48226
Phone: (313) 259-7777
Fax: (313) 393-7579

Dated: November 16, 2010