## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | **Chapter 11 Case** |
| **EDSCHA NORTH AMERICA, INC. d/b/a EDSCHA U.S.A., INC. and EDSCHA JACKSON, INC.** | **Case No. 09-39055** |
| | **Hon. Carol A. Doyle** |
| **Debtor.** | **Date: September 22, 2011** |
| | **Time: 10:30 a.m.** |

### NOTICE OF MOTION

To:    See Service List

**PLEASE TAKE NOTICE** that on **September 22, 2011 at 10:30 a.m.**, the undersigned shall present to the Honorable Carol A. Doyle, or any judge sitting in her stead, in Courtroom 742 of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, at the Dirksen Federal Courthouse, 219 S. Dearborn St., Chicago, IL 60604, **SECOND AND FINAL APPLICATION OF GRIFO & COMPANY, PLLC FOR COMPENSATION AND REIMBURSEMENT FOR EXPENSES FOR PERIOD MARCH 1, 2011 THROUGH JULY 21, 2011,** a copy of which is served upon you.

Respectfully submitted,
ARNSTEIN & LEHR LLP

By:    /s/ Kevin H. Morse
         One of its Attorneys

Michael L. Gesas (06186924)
Miriam R. Stein (06238163)
Kevin H. Morse (06297244)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288

## CERTIFICATE OF SERVICE

I, Kevin H. Morse, hereby certify that I caused a copy of the following documents that were filed with the Clerk of the Bankruptcy Court on August 23, 2011:

1.    SECOND AND FINAL APPLICATION OF GRIFO & COMPANY, PLLC FOR COMPENSATION AND REIMBURSEMENT FOR EXPENSES FOR PERIOD MARCH 1, 2011 THROUGH JULY 21, 2011

2.    COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

to be served on the parties listed on the attached Service List by the Court's ECF system and/or electronic mail, on August 23, 2011.

_____/s/ Kevin H. Morse___

## SERVICE LIST

*Via E-Mail*:

Darlene S. Knight
Edscha North America, Inc.
Edscha Birmingham
401 South Old Woodward, Suite 438B
Birmingham, MI 48009

*Via ECF*:

Mark E. Abraham
Interested Party – Ann Blackman
mabraham@gouldratner.com
mhuerta@gouldratner.com

Judy B Calton
General Motors LLC
jcalton@honigman.com

W. Kent Carter
Markson Tool & Manufacturing Company
wcarter@clarkhill.com
estoneking@clarkhill.com

Heather M Durian
State of Michigan, Department of Treasury

durianh@michigan.gov

Chizoba Egbuonu
Pension Benefit Guaranty Corporation
egbuonu.chizoba@pbgc.gov
efile@pbgc.gov

Michael M. Eidelman
Creditor Committee
meidelman@vedderprice.com
ecf-docket@vedderprice.com

Timothy Engling
Ford Motor Company
engling@millercanfield.com
laplante@millercanfield.com
swansonm@millercanfield.com

Earle Erman
2800 Centerpoint Parkway Investments, LLC
eerman@ermanteicher.com
deisenberg@ermanteicher.com

Michael C. Hammer
Chrysler Group LLC
mchammer2@dickinsonwright.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Colleen E McManus
Unicredit Luxembourg S.A.
cmcmanus@carlsondash.com

David W Parham
Finsa Northern Assets I
david.parham@bakermckenzie.com
julia.rogic@bakermckenzie.com

Aaron M Silver
Creditor Committee
asilver@honigman.com

William W Thorsness
Creditor Committee
wthorsness@vedderprice.com
ecfdocket@vedderprice.com

Robert B. Weiss
Creditor Committee
rweiss@honigman.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | **Chapter 11 Case** |
| **EDSCHA NORTH AMERICA, INC. d/b/a EDSCHA U.S.A., INC. and EDSCHA JACKSON, INC.** | **Case No. 09-39055** |
| | **Hon. Carol A. Doyle** |
| **Debtor.** | **Date: September 22, 2011 Time: 10:30 a.m.** |

**SECOND AND FINAL APPLICATION OF GRIFO & COMPANY, PLLC FOR
COMPENSATION AND REIMBURSEMENT FOR EXPENSES FOR PERIOD
MARCH 1, 2011 THROUGH JULY 21, 2011**

Arnstein & Lehr LLP ("A&L"), counsel for Edscha North America, Inc. d/b/a Edscha U.S.A., Inc. and Edscha Jackson, Inc., debtor and debtor-in-possession (collectively, "Edscha N.A." or "Debtor"), pursuant to 11 U.S.C. §§ 330 and 331, applies to this Court on behalf of Grifo & Company, PLLC ("Grifo") for an entry of an order: (a) allowing as compensation the amount of $5,575.50 for accounting services rendered during the period March 1, 2011 through July 21, 2011; (b) authorizing Grifo to pay the allowed fees and expenses for the period March 1, 2011 through July 21, 2011 from Grifo's post-petition retainer; and (c) allowing as final compensation the aggregate amount of $29,963.00 for accounting services rendered during the Chapter 11 bankruptcy case (September 14, 2010 through July 21, 2011). In support thereof, A&L respectfully states as follows:

**BACKGROUND**

1. On October 19, 2009 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case"). On the same date, the Debtor filed its Bankruptcy Schedules and Statement of Financial Affairs

2.      Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor continues to operate its business and manage its financial affairs as debtor in possession.

3.      Historically, the Debtor was a manufacturer and supplier of body hardware, such as hinges, checklinks, crowns, closures, and driver controls, such as hand and foot brakes, for the automotive industry.

4.      On June 30, 2009, the Debtor ceased production of goods (the "Production Cessation Date").  Since the Production Cessation Date, the Debtor has operated its business as a lessor of equipment and licensor of intellectual property.

5.      The Debtor filed this Chapter 11 Case to pursue a controlled final liquidation of its remaining assets by way of structured sales formed prior to the Petition Date, which the Debtor believes will yield the highest and best recovery for the estate for distribution to the Debtor's creditors.

6.      On October 12, 2010, this Court entered an Order approving Debtor's employment of Grifo as Debtor's accountant in the Chapter 11 Case.

7.      On July 21, 2011, this Court entered an order approving the Debtor and Committee's Joint Disclosure Statement and confirming the Joint Plan of Liquidation.

### Narrative Summary of Services

8.      On March 28, 2011, Grifo filed its First Interim Application for Compensation and Reimbursement for Expenses for the period September 14, 2010 thru February 28, 2011.  On April 19, 2011, this Court entered an Order granting the First Interim Application for Compensation, awarding fees in the amount of $24,387.50.

9.      A narrative summary of the services rendered by Grifo during the period March 1, 2011 through July 21, 2011 is set forth below.  Itemized and detailed descriptions of the specific services rendered by Grifo to the Debtor during this period

are reflected on the billing statements attached hereto as <u>Exhibit A</u>.   The billing statements set forth the name of each professional, the amount of time expended rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each professional in each category.

10.     The time expended by professionals is set forth below, and summarized as follows:

| Attorney / Professional | Hours | Hourly Rate | Total Fees |
|---|---|---|---|
| Ford Grifo | 1.8 | $200.00 | $360.00 |
| Jim Campagne | 7.8 | $200.00 | $1,550.00 |
| Dawn Carzoli | 23.5 | $150.00 | $3,560.50 |
| Scott Baker | 1.0 | $105.00 | $105.00 |
| **TOTALS:** | **34.1** | | **$5,575.50** |

11.     The hourly rates listed above are customary and reasonable and are the same hourly rates charged to Grifo's non-bankruptcy clients for various other matters.

12.     There has been no duplication of services by professionals of Grifo. When two or more professionals participated in any activity, such joint participation was necessary as a result of either the complexity of the problems involved or the need to familiarize each attorney with the matters at issue so that each attorney could perform further necessary work.

13.     The tasks performed by Grifo are set forth in the attached <u>Exhibit A</u> and are summarized as follows:

   i.     Preparation of 2009 (year ended June 30, 2010) and 2010 (year ended June 30, 2011) final federal and state tax returns;

    ii.        Correspond with the IRS and local taxing authorities regarding Form 941 tax notices;

    iii.       Resolved Form 5471 tax penalties incurred based on errors by prior accounting firm;

    iv.       Worked with the Debtor and Debtor's representative to finalize and file tax returns; and

    v.        Additional tax services as needed and requested by the Debtor's management.

14.    Grifo expended a total of 34.1 hours for the services provided to the Debtor.  Based on the hourly charges of Grifo set forth above and in <u>Exhibit A</u>, Grifo requests that the Court determine and allow it $5,575.50 as compensation for accounting services provided during the period of March 1, 2011 through July 21, 2011, pursuant to Sections 330 and 331 of the Bankruptcy Code.

15.    Additionally, Grifo requests final approval of all Grifo fees and expenses in the Debtor's Chapter 11 bankruptcy case.  Grifo requests pursuant to Sections 330 and 331 of the Bankruptcy Code that the Court allow $29,963.00 as final compensation for the period of September 14, 2011 through July 21, 2011.

16.    Grifo respectfully submits that the fees and expense reimbursement sought herein are reasonable given the nature, extent and value of the services rendered, the quality and skill which the situation required, and the costs of comparable services in other cases under Chapter 11, and that time has been fairly and properly expended.  Upon this Court's granting of the Application, payment of Grifo's compensation will be applied to the $25,612.50 post-petition retainer held by Grifo.

17.    A copy of the Application has been sent to the Debtor and all parties receiving notice by the Court's ECF system, including the United States Trustee and counsel for the Official Committee of Unsecured Creditors.  Notice of the Application has been provided to all creditors and parties in interest.

WHEREFORE, Arnstein & Lehr LLP respectfully requests on behalf of Grifo & Company, PLLC, as accountants for the Debtor, that the Court enter an Order:

A.   Awarding Grifo $5,575.50 as compensation for the period of March 1, 2011 through July 21, 2011 as set forth herein pursuant to Bankruptcy Code Sections 330 and 331;

B.   Awarding Grifo the aggregate amount of $29,963.00 as final compensation the period of September 14, 2010 through July 21, 2011 as set forth herein pursuant to Bankruptcy Code Section 330 and 331;

C.   Authorizing Grifo to apply the allowed fees to Grifo's postpetition retainer and authorizing the Debtor to pay all any remaining allowed fees; and

D.   Granting such other and further relief as the Court deems just and proper.

ARNSTEIN & LEHR LLP


By:    /s/ Kevin H. Morse
          One of its Attorneys

Michael L. Gesas
Miriam R. Stein
Kevin H. Morse
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288