UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case No.: 09 B 39055 |
| | ) | |
| EDSCHA NORTH AMERICA, INC. d/b/a | ) | Chapter: 11 |
| EDSCHA U.S.A., INC. and EDSCHA | ) | Honorable Carol A. Doyle |
| JACKSON, INC. | ) | |
| | ) | |
| Debtor(s) | ) | GRIFO + COMPANY, PLLC |

ORDER GRANTING SECOND AND FINAL APPLICATION OF ~~ARNSTEIN & LEHR LLP~~ FOR
COMPENSATION AND REIMBURSEMENT FOR EXPENSES

This matter coming to be heard on the SECOND AND FINAL APPLICATION OF GRIFO & COMPANY, PLLC FOR COMPENSATION AND REIMBURSEMENT FOR EXPENSES FOR PERIOD MARCH 1, 2011 THROUGH JULY 21, 2011, pursuant to 11 U.S.C. § 330 of the Bankruptcy Code. The Court finding notice to be sufficient, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that:

1. Grifo & Company, PLLC ("Grifo") is allowed compensation for the period of March 1, 2011 through July 21, 2011, in the amount of $5575.50 for actual and necessary professional services rendered to the Edscha North America, Inc. (the "Debtor") and reimbursement in the amount of $0 for actual and necessary costs and expenses (collectively, the "Grifo Fees").

2. Grifo is allowed final compensation in the aggregate amount of $29,963.00 for actual and necessary professional services rendered and reimbursement in the amount of $0 for actual and necessary costs and expenses incurred for the period of September 14, 2010 through July 21, 2011.

3. Grifo is authorized to immediately apply the Grifo Fees to the retainer held by Grifo.

Enter:

*Carol A. Doyle* (signature)

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: 9/22/11

**Prepared by counsel of Movant:**

Michael L. Gesas
Miriam R. Stein
Kevin H. Morse
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Tel: 312.876.7100
Fax: 312.876.0288

Rev: ILNB20100428_bko