UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | |
| EDSCHA NORTH AMERICA, INC. d/b/a EDSCHA U.S.A., INC. and EDSCHA JACKSON, INC., | Chapter 11<br>Case No. 09-39055<br>Hon. Carol A. Doyle |
| Reorganized Debtor. | |

**ORDER APPROVING THIRD AND FINAL APPLICATION OF VEDDER PRICE P.C. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. §§ 330 AND 331 FOR THE PERIOD NOVEMBER 1, 2010 THROUGH AUGUST 5, 2011**

Upon the Third and Final Application of Vedder Price P.C. ("Vedder Price") for Allowance and Payment of Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 for the Period of November 1, 2010 through August 5, 2011 (the "Final Fee Application"); the Court having reviewed the Final Fee Application of Vedder Price; due and adequate notice having been given under the circumstances and all persons with standing having been afforded the opportunities to be heard on the Application;

It is hereby ORDERED, effective immediately that:

1. The Final Fee Application is granted.

2. Vedder Price is hereby allowed reasonable compensation for actual and necessary legal services rendered by Vedder Price to The Official Committee of Unsecured Creditors ("Committee") during the Subject Period (as defined in the Final Fee Application) in the total amount of $48,752.38, consisting of (i) $48,447.15 for the legal services rendered by Vedder Price during the Subject Period and (ii) $305.23 for the actual and necessary expenses incurred on behalf of the Committee in connection with such legal services during the Subject Period.

The Reorganized Debtor (as defined in the Plan) is hereby authorized and directed to pay Vedder Price such amounts immediately.

3. Vedder Price is hereby allowed final compensation for actual and necessary legal services rendered by Vedder Price to the Committee during the Chapter 11 Case (as defined in the Final Fee Application) in the total amount of $80,030.01, consisting of (i) $78,568.65 for the legal services rendered by Vedder Price during the Chapter 11 Case and (ii) $1,461.36 for the actual and necessary expenses incurred on behalf of the Committee in connection with such legal services during the Chapter 11 Case.

4. To the extent general unsecured creditors receive a distribution greater than ten percent (10%), Vedder Price is hereby allowed additional compensation for actual and necessary legal services rendered by Vedder Price to the Committee during the Chapter 11 Case (as defined in the Final Fee Application) in the total amount of $10,000 (the "Additional Compensation"); and the Reorganized Debtor (as defined in the Plan) is hereby authorized and directed to pay Vedder Price the Additional Compensation as set forth herein without further order of court.

Dated: September 22, 2011

_____
United States Bankruptcy Judge