# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EDSCHA NORTH AMERICA, INC. | ) | Case No. 09-39055 |
| d/b/a EDSCHA USA, INC. | ) | |
| d/b/a EDSCHA JACKSON, INC. | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtor. | ) | |

## NOTICE OF HEARING ON MOTION FOR FINAL DECREE

To:    All Creditors, Interest Holders and Other Parties In Interest

**PLEASE TAKE NOTICE** that on October 19, 2009, Edscha North America, Inc. (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that on July 16, 2011, the Debtor and the Official Committee of Unsecured Creditors filed a Joint Plan of Liquidation of Edscha North America Inc. dated June 13, 2011 (the "Plan") and the related Disclosure Statement setting forth a plan to complete the liquidation of the Debtor and make distributions to creditors. The Plan was confirmed and the Disclosure Statement was approved on July 29, 2011.

**PLEASE TAKE FURTHER NOTICE** that all of the assets of the Debtor have been fully liquidated and all of the claims against the Debtor's estate have been reviewed, settled and/or adjudicated on a final basis. Class 1 (Priority Claims), Class 2 (Lender's Secured Claim), Class 3 (Other Secured Claims) and Class 4 (PBGC Claim) have been paid pursuant to the terms of the confirmed Plan. Concurrently with this Notice of Hearing or shortly thereafter, subject to a reserve for future expenses, the Debtor is making a final distribution to Holders of Allowed Class 5 Claims (General Unsecured Claims) pursuant to the terms of the confirmed Plan.

**PLEASE TAKE FURTHER NOTICE** that the Debtor has filed a Motion for Final Decree requesting that a final decree be entered in the Debtor's bankruptcy case and that the bankruptcy case be closed.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Debtor's Motion for Final Decree shall take place on **Tuesday, June 19, 2012 at 10:30 a.m.** or as soon thereafter as counsel may be heard, before United States Bankruptcy Judge Carol A. Doyle or any other judge sitting in her stead, in courtroom 742 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, at which time and place you may appear as you see fit.

**PLEASE TAKE FURTHER NOTICE** that the Debtor's obligations under the confirmed Plan will remain unaffected by the entry of a final decree in this bankruptcy case.

Please contact counsel's office if you request a copy of the Debtor's Motion for Final Decree – Miriam R. Stein at (312) 876-7119 or mrstein@arnstein.com.

Counsel to Edscha North America, Inc.
Michael L. Gesas · Miriam R. Stein
ARNSTEIN & LEHR LLP · 120 S. Riverside Plaza, Suite 1200 · Chicago, IL  60606
Phone:  (312) 876-7100 · Fax: (312) 876-0288

Error! Unknown document property name.