IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 09-39055 |
| EDSCHA NORTH AMERICA, INC. d/b/a ) | Hon. Carol A. Doyle |
| EDSCHA U.S.A., INC. and ) | |
| EDSCHA JACKSON, INC. ) | Hearing Date: June 19, 2012 |
| ) | Time: 10:30 a.m. |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

I, Miriam R. Stein, an attorney, hereby certify that I caused a copy of **MOTION FOR FINAL DECREE AND TO CLOSE BANKRUPTCY CASE,** to be served on certain parties listed on the attached Service List, via facsimile, email or by overnight mail, in addition to those parties receiving notification by participation in the Court's ECF system, as indicated on the attached Service List, on June 11, 2012. Copies of the June 11, 2012 fax confirmation receipts are attached hereto as Exhibit A.

                              EDSCHA NORTH AMERICA, INC. d/b/a
                              EDSCHA U.S.A., INC. and EDSCHA
                              JACKSON, INC. Reorganized Debtor

                              By:___/s/ Miriam R. Stein_____
                                  One of its Attorneys

Michael L. Gesas (06186924)
Miriam R. Stein (06238163)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312)876-0288

# ECF SERVICE LIST
# EDSCHA NORTH AMERICA, INC.
# 09-39055

Mark E. Abraham on behalf of Interested Party Ann Blackman
mabraham@gouldratner.com, mhuerta@gouldratner.com

George P Apostolides on behalf of Debtor Edscha North America, Inc.
gpapostolides@arnstein.com

Judy B Calton on behalf of Creditor General Motors LLC
jcalton@honigman.com

W. Kent Carter on behalf of Creditor Markson Tool & Manufacturing Company
wcarter@clarkhill.com, estoneking@clarkhill.com

Heather M Durian on behalf of Creditor State of Michigan, Department of Treasury
durianh@michigan.gov

Chizoba Egbuonu on behalf of Creditor Pension Benefit Guaranty Corporation
egbuonu.chizoba@pbgc.gov, efile@pbgc.gov

Michael M. Eidelman on behalf of Attorney Vedder Price
meidelman@vedderprice.com, ecfdocket@vedderprice.com

Timothy Engling on behalf of Creditor Ford Motor Company
engling@millercanfield.com,
laplante@millercanfield.com;swansonm@millercanfield.com

Earle Erman on behalf of Creditor 2800 Centerpoint Parkway Investments, LLC
eerman@ermanteicher.com, druhlandt@ermanteicher.com

Michael L. Gesas on behalf of Debtor Edscha North America, Inc.
mlgesas@arnstein.com,
blsutton@arnstein.com;lcsolomon@arnstein.com;jbmedziak@arnstein.com

Gordon E. Gouveia on behalf of Creditor Tennessee Commerce Bank
ggouveia@shawgussis.com, mwestbrook@shawgussis.com

Michael C. Hammer on behalf of Creditor Chrysler Group LLC
mchammer2@dickinsonwright.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Robert A McKenzie on behalf of Plaintiff Edscha North America, Inc.

ramckenzie@arnstein.com

Colleen E McManus on behalf of Creditor Unicredit Luxembourg S.A.
cmcmanus@carlsondash.com

Kevin H Morse on behalf of Debtor Edscha North America, Inc.
khmorse@arnstein.com

Michelle G Novick on behalf of Debtor Edscha North America, Inc.
mgnovick@arnstein.com, lcsolomon@arnstein.com

David W Parham on behalf of Creditor Finsa Northern Assets I
david.parham@bakermckenzie.com, julia.rogic@bakermckenzie.com

Aaron M Silver on behalf of Creditor Committee Official Committee of Unsecured Creditors of Edscha North America, Inc.
asilver@honigman.com

Miriam R. Stein on behalf of Debtor Edscha North America, Inc.
mrstein@arnstein.com, jbmedziak@arnstein.com

William W Thorsness on behalf of Creditor Committee Official Committee of Unsecured Creditors of Edscha North America, Inc.
wthorsness@vedderprice.com, ecfdocket@vedderprice.com

Robert B. Weiss on behalf of Attorney Honigman Miller Schwartz and Cohn LLP
rweiss@honigman.com

# EDSCHA NORTH AMERICA, INC.
## SERVICE LIST
### 09-39055

| | |
|---|---|
| HVB Banque Luxemborg Societe<br>FKA-KRE/SFB2,4, rue Alphonse<br>Weiker, Luxembourg<br>LUXL-2721<br>*Facsimile 352 42 72 4500* | HEICO Umformtechnick<br>Postfatch 2010<br>59469 ENSE<br>Niederse, Germany<br>*Facsimile  49 (0) 2938/805-198* |
| Sarah Nye Campbell<br>Clifford Chance US LLP<br>31 West 52nd Street<br>New York, NY  10019<br>*Facsimile 212-878-8375* | Hans-Gerd H. Jauch<br>Rechtsanwalt/Partner<br>GORG Rechtsanwalte/Insolvenzverwalter<br>Sachsenring 83, D-50677 Koln<br>Germany<br>*Facsimile  49 221 33660 85* |
| EDSCHA AG<br>Hohenhagener Str. 26-28<br>D42855 Remscheid<br>Germany | Intermediate Capital Group PLC<br>20 Old Broad Street<br>London EC2N 1DP<br>United  Kingdom<br>*Via Overnight Mail* |
| Intermediate Capital Group PLC<br>Herr Brenke<br>Ander Welle 5<br>69322 Frankfurt, Germany<br>*Via Overnight Mail* | Instituto Mexicano del Seguro Social<br>Sub Delegaciion Matamoros<br>Alvaro Obregon No. 238<br>Esq. Segunda Colonia Jardin<br>Matamoros Tamaulipas CP 87330<br>*Via Overnight Mail* |
| Servicio de Administracion Tributria<br>Administracion  local  de  Recaudacion  de Met<br>Prolongacion Calixto Ayala No. 202<br>Col. Industrial, CP 87350<br>H. Matamoros Tamaulipas<br>*Via Overnight Mail* | Secretaria De Finanzas Gobierno De Tamaulipas<br>Departamento de Atencion al Contribuyente<br>Edificio Tiempo Nuevo, planta baja<br>Blvd Emilio Portes Gil No. 1260<br>Ciudad Victoria Tamaulipas<br>*Via Overnight Mail* |
| Grant Industires, Inc. Organization<br>33415 Grossbeck Highway<br>Fraser, MI  48026 | Ranger Die, Inc.<br>2024 Kinney N.W.<br>Grand Rapids, MI  49534 |
| CEF & Associates<br>c/o Timothy Ferrell<br>Simon, Galasso & Frantz PC<br>363 West  Big Beaver Road, #250 | Accident Fund Insurance<br>232 South Capital Avenue<br>Lansing, MI  48933 |

| | |
|---|---|
| Troy, MI 48084 | |
| A.V. Gauge & Fixture<br>4000 Delduca Drive<br>Old Castle<br>Ontario CANADA N0R 1L0 | Cleveland Die & Manufacturing<br>20303 First Avenue<br>Middleburg Heights, OH 44130 |
| Detroit Testing Laboratory, Inc.<br>27485 George Merrelli Drive<br>Warren, MI 48092 | Eurospec Tooling<br>130 Harry Walker Parkway<br>Newmarket<br>Ontario, CANADA L3Y 7B2 |
| GE Capital<br>P.O. Box 640387<br>Pittsburg, PA 15264-0387 | Mercedes<br>c/o David D. Dowd III<br>Burr and Forman<br>420 North 20th Street, Suite 3400<br>Birmingham, AL 35203 |
| William V. Wilson<br>General Electric Capital Corp.<br>1301 Virginia Drive, Suite 200<br>Fort Washington, PA 19034 | St. Paul Travelers<br>c/o Bank of America<br>91287 Collections Center Drive<br>Chicago, IL 60693-1287 |
| Nissan Motors<br>c/o Michael R. Paslay<br>Waller Lansden Dortch & Davis LLP<br>511 Union Street, Suite 2700<br>Nashville, TN 37219 | Paul Melville<br>Grant Thornton<br>2777 Franklin Road, Suite 800<br>Southfield, MI 48034 |
| Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 South Dearborn Street, Suite 2300<br>Chicago, IL 60606 | Alexander Terras<br>Reed Smith LLP<br>10 South Wacker Drive, 40th Floor<br>Chicago, IL 60606-7507 |
| D. Patrick Mullarkey<br>Tax Division (DOJ)<br>P.O. Box 55 – Ben Franklin Station<br>Washington, DC 20044 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Jim Newbold<br>100 West Randolph Street<br>Bankruptcy Section Level 7-425<br>Chicago, IL 60601 | Michigan Unemployment Insurance Agency<br>Tax Office – Suite 11-50<br>3024 West Grand Boulevard<br>Detroit, MI 48202-6024 |
| David W. Parham | IKON Financial Services |

| | |
|---|---|
| R. Adam Swick<br>Baker & McKenzie LLP<br>2300 Trammell Crow Center<br>2001 Ross Avenue<br>Dallas, TX 75201 | Bankruptcy Administration<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708 |
| Robert J. Diehl, Jr.<br>David J. Nowaczewski<br>Bodman LLP<br>6th Floor at Ford Field<br>1901 St. Antoine Street<br>Detroit, MI 48226 | PayPal, Inc.<br>P.O. Box 45950<br>Omaha, NE 68145-0950 |
| PayPal, Inc.<br>2211 North First Street<br>San Jose, CA 95131 | |