IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EDSCHA NORTH AMERICA, INC. | ) | Case No. 09-39055 |
| d/b/a EDSCHA USA, INC. | ) | |
| d/b/a EDSCHA JACKSON, INC. | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtor. | ) | |

## FINAL DECREE AND ORDER CLOSING BANKRUPTCY CASE

This matter coming before the Court on the Motion of EDSCHA NORTH AMERICA, INC. d/b/a EDSCHA USA, INC., d/b/a EDSCHA JACKSON, INC., the reorganized debtor (the "Debtor") for Final Decree and to Close Bankruptcy Case ("Motion"). Based upon review and consideration, the Court finds that (1) notice of the Motion was adequate and appropriate under the circumstances and no other notice need be given; (2) the Debtor's estate has been fully administered within the meaning of Bankruptcy Code section 350(a); and (3) other good and sufficient cause exists for granting the relief requested in the Motion.

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. Pursuant to Bankruptcy Code section 350(a), the case of *In re Edscha North America, Inc. d/b/a Edscha USA, Inc. d/b/a Edscha Jackson, Inc.*, Case No. 09-39055 is CLOSED effective upon entry of this Final Decree and Order.

3. Notwithstanding this Final Decree and Order and the closing of this case:

   (a) The Debtor shall continue to be authorized to take any and all action required or reasonably contemplated by the Joint Plan of Liquidation of Edscha North America,

Inc. dated June 13, 2011 (Docket No. 315) (the "Plan") and the Order confirming the Plan (Docket No. 467) (the "Confirmation Order");

(b)  To the extent Debtors are able to make additional distributions to any creditors in excess of twenty-five ($25) dollars, the Debtors will make such additional distribution as funds are available in the Debtors' discretion. If funds are not sufficient to make an additional distribution to a creditor in excess of $25, the pro rata distribution attributable to any such creditor will be donated to the Bankruptcy Assistance Desk of the U.S. Bankruptcy Court for the Northern District of Illinois (or such other court based legal advice desk in Chicago, Illinois in the event that the Bankruptcy Assistance Desk no longer accepts charitable contributions) through a contribution to the Chicago Bar Foundation or the Legal Assistance Foundation of Metropolitan Chicago without further order of the Court, or shall be donated to such other non-for-profit 503(c) organization as approved by further Order of the Court.

(c)  This Court shall retain jurisdiction in accordance with the Confirmation Order and the Plan.

(d)  The Debtor is required to pay all outstanding U.S. Trustee quarterly fees owed by the Debtor pursuant to 28 U.S.C. §1930 through and including the entry of this Final Decree and submit all outstanding quarterly reports to the U.S. Trustee by no later than June 30, 2012.

Dated: 6/21/12

ENTERED:

_____
U.S. Bankruptcy Judge

2